UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
CIVIL ACTION NO: _____
(ELECTRONICALLY FILED)

CREATIVE PACKAGING COMPANY                                                          PLAINTIFF

v.                                            **NOTICE OF REMOVAL**

SECURA INSURANCE, A MUTUAL COMPANY                                           DEFENDANT

\* \* \* \* \*

To the Honorable Judges of the United States District Court for the Eastern District of Kentucky:

The Removing Party, SECURA Insurance, A Mutual Company, by its undersigned counsel, respectfully shows this Court:

1.      SECURA Insurance, A Mutual Company is the Defendant in a civil action brought against it in the Shelby Circuit Court, Commonwealth of Kentucky, styled <u>Creative Packaging Company v. SECURA Insurance, A Mutual Company</u>, Civil Action No. 21-CI-00101, on February 24, 2021.  Copies of all process, pleadings and Orders served upon the Removing Party in such action are attached hereto and marked as "Exhibit A" pursuant to 28 U.S.C. §1446(a).

2.      Process was issued to the Removing Party on February 26, 2021; therefore, this Notice of Removal is timely filed.

3.      Any civil action filed in the state court over which the Federal District Court would have original jurisdiction may be removed.  28 U.S.C. § 1441(A).

4.      This lawsuit asserts claims against SECURA Insurance, A Mutual Company for compensatory damages in excess of $75,000.00 (see attached estimate) and further asserts claims for alleged unfair claims settlement practices and bad faith. This case is removable because this

Court has original subject matter jurisdiction over this matter on diversity grounds.

5. Plaintiff, Creative Packaging Company, is a corporation which, at the time of the loss at issue and the time of the filing of this Notice of Removal, was domiciled in the Commonwealth of Kentucky, incorporated in Commonwealth of Kentucky, and maintained its principal place of business in Commonwealth of Kentucky.

6. Defendant, SECURA Insurance, A Mutual Company is a corporation which, at the time of the loss at issue, the time of the filing of Plaintiff's Complaint, and at the time of the filing of this Notice of Removal, was domiciled in Wisconsin, incorporated in Wisconsin, and maintained its principal place of business in Wisconsin. Further, at the time of the loss at issue, the time of the filing of Plaintiff's Complaint and at the time of the filing of this Notice of Removal, Defendant, SECURA Insurance, A Mutual Company, was not incorporated nor domiciled in the Commonwealth of Kentucky, nor did it maintain its principal place of business in the Commonwealth of Kentucky.

7. Because, at all relevant times herein, this case is a case between a corporation domiciled in the Commonwealth of Kentucky, incorporated in Commonwealth of Kentucky, and which maintained its principal place of business in Commonwealth of Kentucky, and a Wisconsin corporation, domiciled in Wisconsin, and maintaining its principal place of business in Wisconsin, there is a complete diversity of citizenship under 28 U.S.C. § 1332(A) and (C)(1).

8. Because the amount in controversy exceeds $75,000.00, the amount in controversy requirement for diversity jurisdiction in this Court is satisfied, pursuant to 28 U.S.C. §1332.

9. For the reasons set forth above, this Honorable Court has original jurisdiction over this case, and the case is removable to this Court pursuant to 28 U.S.C. §1441(a) and (b).

10. SECURA Insurance, A Mutual Company has complied with all applicable

requirements of 28 U.S.C. §1446 and is promptly giving notice of this removal to the Plaintiff and the Shelby Circuit Court in Kentucky.

11.     This Notice of Removal was filed with this Court within thirty (30) days after Service of Process on the Removing Party, and removal is timely under 28 U.S.C. §1446(b)(3).

**WHEREFORE**, Removing Party, SECURA Insurance, A Mutual Company, prays that this Notice of Removal be filed and that the above-entitled action be removed from the Shelby Circuit Court to this Honorable Court.

s/ David K. Barnes_____
David K. Barnes
SCHILLER BARNES MALONEY PLLC
401 W. Main Street, Suite 1600
Louisville, KY 40202
T: (502) 583-4777
F: (502) 583-4780
dbarnes@sbmkylaw.com
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

It is hereby certified that a copy of the foregoing was this 25th day of March 2021, electronically filed using the Court's E-filing System which will send electronic notification to:

Clinton H. Scott (KYBN 95862)
54 Exeter Rd., Suite D
Jackson, Tennessee 38305
(731) 664-1340
clint@msb.law
*Counsel for Plaintiff*


/s/ David K. Barnes_____
SCHILLER BARNES MALONEY PLLC

3