Filed          21-CI-00101          02/24/2021

NOT ORIGINAL DOCUMENT
03/01/2021 01:55:21 PM
87453-1

**COMMONWEALTH OF KENTUCKY**
**53rd JUDICIAL CIRCUIT**
SHELBY COUNTY CIRCUIT COURT
DIVISION _____
CIVIL ACTION NO. _____

---

CREATIVE PACKAGING COMPANY,                    PLAINTIFF

vs.                    **COMPLAINT AND JURY DEMAND**

SECURA INSURANCE, A Mutual
Company,                              DEFENDANT

---

COMES NOW Creative Packaging Company, by and through counsel, and respectfully submits the following Complaint against Secura Insurance, A Mutual Company:

**PARTIES AND JURISDICTION**

1.       Creative Packaging Company (hereafter "Creative Packaging") is a Kentucky corporation and is the owner of commercial property located as 6301 Midland Industrial Drive, Shelbyville, Kentucky 40065 (the "Insured Premises").  Creative Packaging's principal office is located at the Insured Premises.

2.       Secura Insurance, A Mutual Company (hereafter "Secura") is a Wisconsin insurance company engaged in the business of insurance in the Commonwealth of Kentucky, including in Shelby County, Kentucky.  Upon information and belief, Secura is a foreign corporation and maintains its headquarters in the State of Wisconsin. Secura is a "foreign insurer."

3.       This Complaint originates as the result of a severe storm with large hail that severely damaged the Insured Premises, and Secura's unlawful actions in denying Creative Packaging's claim for insurance proceeds.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

COM : 000001 of 000009

NOT ORIGINAL DOCUMENT
03/01/2021 01:55:21 PM
87453-1

## FACTS

4.      At all times material hereto, Creative Packaging was an insured in an insurance contract whereby Secura agreed to insure the Insured Premises against property damage, being Policy No. 20-CP-003196759-4/000 (the "Policy"). A copy of the Policy is attached as ***Exhibit 1*** to this Complaint and is incorporated herein by reference as if set forth verbatim. As relevant hereto, the term of the policy was August 21, 2014 to August 21, 2015.

5.      At all times relevant hereto, the Insured Premises consisted of a commercial building located at 6301 Midland Industrial Drive, Shelbyville, Kentucky 40065, as identified in the Policy.

6.      The Policy provided insurance coverage for direct physical loss or damage to the Insured Premises. The Policy is an "all risks" policy, which means that it provides insurance coverage for all direct physical loss of or damage to covered property within the policy period unless the loss is specifically excluded or limited in the Policy.

7.      The Policy's coverage for the buildings and structures on the Insured Premises was on a replacement cost valuation basis, which means that coverage is provided on a replacement cost basis without deduction for depreciation.

8.      Pursuant to the Policy, Creative Packaging paid a premium to Secura in exchange for insurance coverage. Creative Packaging paid the required premiums at all times relevant to this Complaint.

9.      On April 25, 2015, a severe storm event (involving large hail) struck the Insured Premises causing substantial damage (the "Loss"). As a result of the Loss, the Insured Premises

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

COM : 000002 of 000009

NOT ORIGINAL DOCUMENT
03/01/2021 01:55:21 PM
87453-1

suffered immediate direct physical loss/damage, including but not limited to, damage to the roof, HVAC coils, other exterior components, etc.

10.     The roofing system and other exterior components of the Insured Premises were in good condition prior to the Loss.

11.     After the Loss and despite due diligence, Creative Packaging was unaware that the Insured Premises had been damaged as a result of the storm that caused the Loss.  Upon discovery of the Loss, notice of the Loss was promptly reported to Secura by a Notice of Loss dated May 11, 2020.

12.     The damage to the Insured Premises was typical of damage consistent with a hailstorm event such as the one that caused the Loss.

13.     On May 11, 2020, as promptly as possible upon learning of the Loss, Creative Packaging notified Secura of the Loss.

14.     Thereafter, on June 15, 2020, Secura issued a denial letter, refusing to pay Creative Packaging for the Loss, as required under the Policy.  A copy of the denial letter is attached to this Complaint as *Exhibit 2* and is incorporated by reference as if set forth verbatim.

15.     The Policy was in effect at the time of the Loss, and the Loss is a compensable claim under the terms of the Policy.  As it relates to the Loss, there is no applicable exclusion.

16.     Upon discovery of the Loss, Creative Packaging provided prompt notice to Secura of the Loss, which included a description of the property involved and how, when, and where the Loss occurred.

17.     Creative Packaging fulfilled all of the duties after discovery of the Loss that were imposed upon it by the Policy.  This Complaint is timely brought pursuant to the Policy and Kentucky law.  Creative Packaging's cause of action against Secura did not accrue until Creative

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

COM : 000003 of 000009

Filed 21-CI-00101 02/24/2021 Wendy Graney, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03/01/2021 01:55:21 PM
87453-1

Packaging's receipt of Secura's denial letter dated June 15, 2020. Furthermore, pursuant to KRS § 304.14-370, this complaint is deemed filed within one (1) year of the time in which Creative Packaging's cause of action against Secura accrued.

18.     Secura wrongfully denied Creative Packaging's claim in contravention of the express terms and conditions of the Policy, as well as Kentucky law.

19.     There is no reasonable coverage dispute concerning the Loss.

20.     Secura's refusal to promptly and fully pay Creative Packaging the amounts owed as a result of the Loss was without justification and was in bad faith.

21.     Secura's refusal to pay the money and benefits due and owing Creative Packaging under the Policy caused Creative Packaging to seek legal counsel and to initiate this Complaint to recover the insurance proceeds and/or other Policy benefits to which Creative Packaging is entitled.

## **CAUSES OF ACTION**

### **Count I – Breach of Contract**

22.     The allegations contained in paragraphs 1-21 of this Complaint are incorporated herein by reference, as if set forth verbatim.

23.     The Policy issued by Secura to Creative Packaging is a binding contract and is supported by valid consideration.

24.     Secura is in total, material breach of the Policy, and Secura is liable to Creative Packaging in the maximum amount allowed by the Policy for the Loss. Specifically, Secura breached its contract with Creative Packaging by its failure and refusal to fully and promptly pay the amounts owed to Creative Packaging pursuant to the Policy as a result of the Loss, as required by the terms of the Policy.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

COM : 000004 of 000009

Filed 21-CI-00101 02/24/2021 Wendy Graney, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03/01/2021 01:55:21 PM
87453-1

25.    As a result of Secura's breach of contract, Creative Packaging sustained substantial compensable losses for the amounts claimed under the Policy, including but not limited, to the replacement cost value and/or the actual cash value of the damage to the Insured Premises, as well as consequential damages.

26.    Secura is liable to Creative Packaging for its losses.

## Count II –Bad Faith

27.    The allegations contained in paragraphs 1-26 of this Complaint are incorporated by reference as if set forth verbatim herein.

28.    Secura had a duty to exercise good faith in dealing with Creative Packaging. Secura's refusal to pay the amounts contractually owed to Creative Packaging is arbitrary and capricious and constitutes bad faith.

29.    The bad faith of Secura is evidenced by the fact that, at all times hereto, Secura knew, or reasonably should have known, that Creative Packaging was justifiably relying on the money and benefits due under the terms of the Policy, as well as the actions of Secura as set forth in paragraph 30 below.  Nevertheless, acting with conscious disregard for Creative Packaging's rights and with the intention of causing or willfully disregarding the probability of causing unjust and cruel hardship on Creative Packaging, Secura consciously refused to pay Creative Packaging's valid claim and withheld monies and benefits rightfully due Creative Packaging. Secura was obligated to pay Creative Packaging's claim associated with the Loss, Secura lacked a reasonable basis in law and fact for its refusal and failure to pay the claim, Secura knew there was no reasonable basis for its refusal and failure to pay the claim, and/or Secura acted with reckless disregard for whether such a basis existed.

30.    Secura's bad faith is evidenced by all of the facts and allegations set forth above

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

COM : 000005 of 000009

Filed        21-CI-00101        02/24/2021        Wendy Graney, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03/01/2021 01:55:21 PM
87453-1

in this Complaint, together with the following actions or inactions by Secura which were perpetuated with evil motive or with reckless indifference to the rights of Creative Packaging:

    a.  Secura's intentional or reckless failure to fully inform Creative Packaging of its rights and obligations under the Policy;

    b.  Secura's intentional or reckless failure to attempt in good faith to effectuate a prompt, fair and equitable settlement of Creative Packaging's claim when liability was reasonably clear;

    c.  Secura's intentional or reckless refusal to pay Creative Packaging's claim and to otherwise honor its obligations under the Policy;

    d.  Secura's misrepresentations to Creative Packaging concerning a "reporting period" within the Policy that does not exist in the Policy;

    e.  Secura's failure to perform any investigation with respect to the Loss;

    f.  Secura's intentional refusal to pay Creative Packaging fully for its losses;

    g.  Secura's intentional failure to pay all amounts due and owing under the Policy with no reasonable or justifiable basis; and

    h.  Secura's unreasonable and arbitrary interpretation of policy provisions that are contrary to reason, good faith, Kentucky law, and the foreseeable expectations of its insureds.

    31.    In so acting, Secura intended to and did injure Creative Packaging in order to protect its own financial interests and should be punished.

**Count III – Violations of the Unfair Claims Settlement Practices Act**

    32.    The allegations contained in paragraphs 1-31 of this Complaint are incorporated by reference as if set forth verbatim herein.

Filed        21-CI-00101        02/24/2021        Wendy Graney, Shelby Circuit Clerk

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

COM : 000006 of 000009

NOT ORIGINAL DOCUMENT
03/01/2021 01:55:21 PM
87453-1

33.    Secura has violated KRS § 304.12-230 (the Unfair Claims Settlement Practices Act), resulting in damage and harm Creative Packaging for which Secura is liable pursuant to KRS § 446.070.

**Count IV – Violation of KRS 304.12-235**

34.    The allegations contained in paragraphs 1-33 of this Complaint are incorporated by reference as if set forth verbatim herein.

35.    Secura's failure to promptly and fully pay Creative Packaging's claim was and is without reasonable foundation.  Secura failed to make a good faith attempt to settle Creative Packaging's claim within 30 days, and Secura owes Creative Packaging interest at the rate of 12% from 30 days after the filing of notice and proof of Creative Packaging's claim until paid on the final claim payment.

36.    Secura failed to settle Creative Packaging's claim within 30 days of being provided adequate information to adjust the claim, and its delay was without reasonable foundation. Creative Packaging is entitled to recovery of its attorney's fees and costs incurred in obtaining a claim settlement.

**Count V – Violation of Consumer Protection Act – KRS 367.110 *et seq.***

37.    The allegations contained in paragraphs 1-36 of this Complaint are incorporated by reference as if set forth verbatim herein.

38.    The insurance coverage purchased by Creative Packaging qualifies as a service intended to be protected by Kentucky's Consumer Protection Act, KRS § 367.110 through KRS § 367.360.

39.    Secura made false, unfair, misleading, and/or deceptive statements in advising Creative Packaging that it would have insurance for covered losses and financial protection at the

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

COM : 000007 of 000009

Filed 21-CI-00101 02/24/2021 Wendy Graney, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03/01/2021 01:55:21 PM
87453-1

time it purchased the Policy.

40. Secura made false, unfair, misleading, and/or deceptive statements during the claim process by refusing payment of Creative Packaging's valid claim without a reasonable basis and advising it that the damage to the Insured Property caused by the Loss was not covered by the Policy when it is, in fact, covered by the Policy. In its denial letter, Secura falsely asserted that "the date of loss is outside the reporting period." There is no "reporting period" contained within the Policy.

41. Secura engaged in unfair, false, misleading, and/or deceptive practices with respect to Creative Packaging's claim, as set forth above in this Complaint.

42. Creative Packaging suffered an ascertainable loss of money or property as a result of Secura's unlawful methods, acts, and practices.

43. Creative Packaging is entitled to compensatory and punitive damages, attorney's fees and costs, and punitive damages for Secura's violations of the Consumer Protection Act.

**WHEREFORE**, as a result of the foregoing, Creative Packaging would respectfully request that this Honorable Court award a judgment against Secura as follows:

A. For performance of the Policy and for compensatory damages as a result of Secura's breach of contract in an amount to be determined by the jury;

B. For compensatory damages for inconvenience, financial distress, and worry in an amount to be determined by the jury;

C. For punitive damages in an amount to be determined by the jury;

D. For reasonable attorney's fees pursuant to KRS § 304.12-235, the Consumer Protection Act, and other laws;

E. For all costs incurred by Creative Packaging as a result of this action;

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

COM : 000008 of 000009

Filed 21-CI-00101 02/24/2021 Wendy Graney, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03/01/2021 01:55:21 PM
87453-1

F.      For pre- and post-judgment interest;

G.      For statutory interest on the final claim payment at 12% interest; and

H.      For such other further and general relief as this Court deems just and equitable.


## JURY DEMAND

Creative Packaging demands a jury.


Respectfully submitted,

McWHERTER SCOTT BOBBITT, PLC


*s/ Clinton H. Scott*
CLINTON H. SCOTT (KYBN 95862)
clint@msb.law
54 Exeter Rd., Suite D
Jackson, Tennessee 38305
(731) 664-1340

*Attorneys for Creative Packaging Company*

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

COM : 000009 of 000009

Filed 21-CI-00101 02/24/2021 Wendy Graney, Shelby Circuit Clerk

Filed      21-CI-00101      02/24/2021      Wendy Graney, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1



STATE OF WISCONSIN          )
                            : ss
WINNEBAGO COUNTY            )


I, the undersigned, do hereby certify as follows:

That I am a custodian of records for SECURA Insurance, A Mutual Company.

That the attached is a true and correct copy of policy number CP 3196759, which was issued to Creative Packaging Company Inc  Creative Properties LLC, and was in full force and effect on 04/26/2015.

That subject to any policy changes after the date stated above, this policy of insurance was in effect during the policy term 08/21/2014 to 08/21/2015.

That this policy of insurance was compiled pursuant to company procedures to ensure its accuracy.


_____
Customer Service Representative


Subscribed and sworn to before me
this 23rd day of October, 2020.

_____

Notary Public, State of Wisconsin
My commission expires: 6/25/2024



Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000001 of 000205

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

**SECURA INSURANCE, A Mutual Company**

P. O. BOX 819    APPLETON, WI 54912-0819

SECURA
INSURANCE COMPANIES

## GENERAL CHANGE ENDORSEMENT

**POLICY NO. 20-CP-003196759-4/001**

**ACCOUNT NUMBER: 00007254873**
**NAMED INSURED AND MAILING ADDRESS**          **AGENCY AND MAILING ADDRESS 160110    09**

CREATIVE PACKAGING COMPANY INC
CREATIVE PROPERTIES LLC                  ASSURED PARTNERS NL
6301 MIDLAND INDUSTRIAL DR               2305 RIVER RD
SHELBYVILLE KY 40065                     LOUISVILLE KY   40206

POLICY PERIOD:   From 08/21/2014 to 08/21/2015 AT 12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.
EFFECTIVE  08-29-14 THIS POLICY IS AMENDED AS SHOWN

**This is not a bill.**
The annualized effect of this endorsement premium would be

**COMMERCIAL PROPERTY**
For an additional/return premium, the items below are changed as indicated:
ADDING LOSS PAYEE FIRST & PEOPLES BANK & TRUST COMPANY

**LOSS PAYEES:**                                 **DESCRIPTION OF PROPERTY:**
CP1218 (06-07) - C. LOSS PAYABLE
FIRST & PEOPLES BANK AND TRUST COMPANY          BUSINESS PERSONAL PROPERTY
PO BOX AB                                        6301 MIDLAND INDUSTRIAL DR
RUSSELL KY 41169                                 SHELBYVILLE KY 40065

**FORMS AND ENDORSEMENTS**
APPLYING TO COMMERCIAL PROPERTY COVERAGE PART AND MADE PART OF THIS POLICY AT TIME OF ISSUE:
IL1202 (01-97)   CP1218 (06-07)

COUNTERSIGNED AT: _____   DATE: _____   BY: _____
                                                                    AUTHORIZED REPRESENTATIVE
                                             Original          1500DM
IL 0000 9601     09-09-14 CRR   ID93         Page   1 of   1

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000002 of 000205

Filed 21-CI-00101 02/24/2021 Wendy Graney, Shelby Circuit Clerk
NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

# SECURA INSURANCE, A Mutual Company

P. O. BOX 819     APPLETON, WI 54912-0819

## FORMS SCHEDULE

**POLICY NO. 20-CP-003196759-4/001**

**ACCOUNT NUMBER: 00007254873**

**NAMED INSURED AND MAILING ADDRESS**

CREATIVE PACKAGING COMPANY INC
CREATIVE PROPERTIES LLC
6301 MIDLAND INDUSTRIAL DR
SHELBYVILLE KY 40065

**AGENCY AND MAILING ADDRESS 160110   09**

ASSURED PARTNERS NL
2305 RIVER RD
LOUISVILLE KY   40206

POLICY PERIOD:   From 08/21/2014 to 08/21/2015 AT 12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

ENDORSEMENT DATE:       08/29/2014

**COMMERCIAL PROPERTY FORMS**

IL1202 (01-97)     KENTUCKY POLICY CHANGES
CP1218 (06-07)     LOSS PAYABLE PROVISIONS

AUTHORIZED REPRESENTATIVE

Original

09-09-14                CRR   ID93        Page    1 of   1

Filed      21-CI-00101      02/24/2021      Wendy Graney, Shelby Circuit Clerk

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000003 of 000205

Filed 21-CI-00101 02/24/2021 Wendy Graney, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

POLICY NUMBER:

IL 12 02 01 97

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# KENTUCKY POLICY CHANGES

Effective Date of Change:

Change Endorsement No.:

Named Insured:

The following item(s):

| ☐ Insured's Name | ☐ Insured's Mailing Address |
|---|---|
| ☐ Policy Number | ☐ Company |
| ☐ Effective/Expiration Date | ☐ Insured's Legal Status/Business of Insured |
| ☐ Payment Plan | ☐ Premium Determination |
| ☐ Additional Interested Parties: | ☐ Coverage Forms and Endorsements |
| ☐ Limits/Exposures | ☐ Deductibles |
| ☐ Covered Property/Located Description | ☐ Classification/Class Codes |
| ☐ Rates | ☐ Underlying Insurance |

is (are) changed to read **{See Additional Page(s)}**:

The above amendments result in a change in the premium as follows:

| ☐ | NO CHANGES | ☐ | TO BE ADJUSTED AT AUDIT | ADDITIONAL PREMIUM | RETURN PREMIUM |
|---|---|---|---|---|---|
| | | | | $ | $ |
| Countersigned By: | | | | | |

(Authorized Agent)

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000004 of 000205

IL 12 02 01 97

Copyright, Insurance Services Office, Inc., 1996

**Page 1 of 2**   ☐

Filed 21-CI-00101 02/24/2021 Wendy Graney, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

## POLICY CHANGES ENDORSEMENT DESCRIPTION

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000005 of 000205

Copyright, Insurance Services Office, Inc., 1996

**IL 12 02 01 97**

Filed 21-CI-00101 02/24/2021 Wendy Graney, Shelby Circuit Clerk

Filed 21-CI-00101 02/24/2021 Wendy Graney, Shelby Circuit Clerk
NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

POLICY NUMBER:

**COMMERCIAL PROPERTY
CP 12 18 06 07**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LOSS PAYABLE PROVISIONS

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
BUILDERS' RISK COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY

### SCHEDULE

| Premises Number: | | Building Number: | | Applicable Clause (Enter C., D., E., or F.): | |
|---|---|---|---|---|---|
| **Description Of Property:** | | | | | |
| **Loss Payee Name:** | | | | | |
| **Loss Payee Address:** | | | | | |
| Premises Number: | | Building Number: | | Applicable Clause (Enter C., D., E., or F.): | |
| **Description Of Property:** | | | | | |
| **Loss Payee Name:** | | | | | |
| **Loss Payee Address:** | | | | | |
| Premises Number: | | Building Number: | | Applicable Clause (Enter C., D., E., or F.): | |
| **Description Of Property:** | | | | | |
| **Loss Payee Name:** | | | | | |
| **Loss Payee Address:** | | | | | |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

Filed 21-CI-00101 02/24/2021 Wendy Graney, Shelby Circuit Clerk

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000006 of 000205

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

**A.** When this endorsement is attached to the Standard Property Policy **CP 00 99,** the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** Nothing in this endorsement increases the applicable Limit of Insurance. We will not pay any Loss Payee more than their financial interest in the Covered Property, and we will not pay more than the applicable Limit of Insurance on the Covered Property.

The following is added to the **Loss Payment** Loss Condition, as indicated in the Declarations or in the Schedule:

**C. Loss Payable Clause**

For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

**1.** Adjust losses with you; and

**2.** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

**D. Lender's Loss Payable Clause**

**1.** The Loss Payee shown in the Schedule or in the Declarations is a creditor, including a mortgageholder or trustee, whose interest in Covered Property is established by such written instruments as:

**a.** Warehouse receipts;

**b.** A contract for deed;

**c.** Bills of lading;

**d.** Financing statements; or

**e.** Mortgages, deeds of trust, or security agreements.

**2.** For Covered Property in which both you and a Loss Payee have an insurable interest:

**a.** We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.

**b.** The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure or similar action on the Covered Property.

**c.** If we deny your claim because of your acts or because you have failed to comply with the terms of the Coverage Part, the Loss Payee will still have the right to receive loss payment if the Loss Payee:

**(1)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

**(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

**(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the Loss Payee.

All of the terms of this Coverage Part will then apply directly to the Loss Payee.

**d.** If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

**(1)** The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

**(2)** The Loss Payee's rights to recover the full amount of the Loss Payee's claim will not be impaired.

At our option, we may pay to the Loss Payee the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.

**3.** If we cancel this policy, we will give written notice to the Loss Payee at least:

**a.** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**b.** 30 days before the effective date of cancellation if we cancel for any other reason.

**4.** If we elect not to renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000007 of 000205

Filed                21-CI-00101    02/24/2021        Wendy Graney, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

**E. Contract Of Sale Clause**

1. The Loss Payee shown in the Schedule or in the Declarations is a person or organization you have entered a contract with for the sale of Covered Property.

2. For Covered Property in which both you and the Loss Payee have an insurable interest we will:

   a. Adjust losses with you; and

   b. Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

3. The following is added to the **Other Insurance** Condition:

   For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

**F. Building Owner Loss Payable Clause**

1. The Loss Payee shown in the Schedule or in the Declarations is the owner of the described building, in which you are a tenant.

2. We will adjust losses to the described building with the Loss Payee. Any loss payment made to the Loss Payee will satisfy your claims against us for the owner's property.

3. We will adjust losses to tenants' improvements and betterments with you, unless the lease provides otherwise.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000008 of 000205

Filed                21-CI-00101    02/24/2021        Wendy Graney, Shelby Circuit Clerk

**SECURA INSURANCE, A Mutual Company** NOT ORIGINAL DOCUMENT

P. O. BOX 819    APPLETON, WI 54912-0819    03/01/2021 01:58:19 PM

87453-1

## GENERAL CHANGE ENDORSEMENT

**POLICY NO. 20-CP-003196759-4/002**

**ACCOUNT NUMBER: 00007254873**
**NAMED INSURED AND MAILING ADDRESS**          **AGENCY AND MAILING ADDRESS 160110   09**

CREATIVE PACKAGING COMPANY INC
CREATIVE PROPERTIES LLC
6301 MIDLAND INDUSTRIAL DR
SHELBYVILLE KY 40065

ASSURED PARTNERS NL
2305 RIVER RD
LOUISVILLE KY   40206

POLICY PERIOD:   From 08/21/2014 to 08/21/2015 AT 12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.
EFFECTIVE 02-03-15 THIS POLICY IS AMENDED AS SHOWN

**This is not a bill.**
The annualized effect of this endorsement premium would be

**COMMERCIAL GENERAL LIABILITY**
For an additional/return premium, the items below are changed as indicated:
ADDING ADDITIONAL INSURED AS SHOWN

ADDITIONAL INSURED(S)

FIFTH THIRD BANK                                    PER FORM: CG2018 (11-85)
1830 EAST PAIRS AVE SE RSCB3A
GRAND RAPIDS MI 49546
VACANT LAND

**FORMS AND ENDORSEMENTS**
APPLYING TO COMMERCIAL GENERAL LIABILITY COVERAGE PART AND MADE PART OF THIS POLICY AT TIME OF ISSUE:
IL1202 (01-97)   CG2018 (11-85)

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000009 of 000205

COUNTERSIGNED AT: _____    DATE: _____    BY: _____
                                                                    AUTHORIZED REPRESENTATIVE
                                          Original              1500DM
IL 0000 9601      02-18-15 CRR   ID152    Page    1 of    1

Filed 21-CI-00101 02/24/2021 Wendy Graney, Shelby Circuit Clerk
NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

# SECURA INSURANCE, A Mutual Company

P. O. BOX 819    APPLETON, WI 54912-0819

## FORMS SCHEDULE

**POLICY NO. 20-CP-003196759-4/002**

**ACCOUNT NUMBER:** 00007254873

**NAMED INSURED AND MAILING ADDRESS**

**AGENCY AND MAILING ADDRESS** 160110    09

CREATIVE PACKAGING COMPANY INC
CREATIVE PROPERTIES LLC
6301 MIDLAND INDUSTRIAL DR
SHELBYVILLE KY 40065

ASSURED PARTNERS NL
2305 RIVER RD
LOUISVILLE KY   40206

**POLICY PERIOD:** From 08/21/2014 to 08/21/2015 AT 12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

ENDORSEMENT DATE:     02/03/2015

## COMMERCIAL GENERAL LIABILITY FORMS

IL1202 (01-97)    KENTUCKY POLICY CHANGES
CG2018 (11-85)    ADDTL INSURED-MORTGAGEE,ASSIGNEE, OR RECEIVER

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000010 of 000205

AUTHORIZED REPRESENTATIVE

Original

02-18-15              CRR   ID152          Page    1 of    1

Filed    21-CI-00101    02/24/2021    Wendy Graney, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

POLICY NUMBER:

IL 12 02 01 97

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# KENTUCKY POLICY CHANGES

Effective Date of Change:

Change Endorsement No.:

Named Insured:

The following item(s):

| | | |
|---|---|---|
| ☐ Insured's Name | ☐ | Insured's Mailing Address |
| ☐ Policy Number | ☐ | Company |
| ☐ Effective/Expiration Date | ☐ | Insured's Legal Status/Business of Insured |
| ☐ Payment Plan | ☐ | Premium Determination |
| ☐ Additional Interested Parties: | ☐ | Coverage Forms and Endorsements |
| ☐ Limits/Exposures | ☐ | Deductibles |
| ☐ Covered Property/Located Description | ☐ | Classification/Class Codes |
| ☐ Rates | ☐ | Underlying Insurance |

is (are) changed to read **{See Additional Page(s)}**:

The above amendments result in a change in the premium as follows:

| ☐ | NO CHANGES | ☐ | TO BE ADJUSTED AT AUDIT | ADDITIONAL PREMIUM | RETURN PREMIUM |
|---|---|---|---|---|---|
| | | | | $ | $ |
| Countersigned By: | | | | | |

(Authorized Agent)

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000011 of 000205

Copyright, Insurance Services Office, Inc.,  1996

Filed        21-CI-00101        02/24/2021        Wendy Graney, Shelby Circuit Clerk

Filed          21-CI-00101     02/24/2021          Wendy Graney, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

## POLICY CHANGES ENDORSEMENT DESCRIPTION

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000012 of 000205

Copyright, Insurance Services Office, Inc., 1996                    IL 12 02 01 97

Filed          21-CI-00101     02/24/2021          Wendy Graney, Shelby Circuit Clerk

Filed          21-CI-00101     02/24/2021          Wendy Graney, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

POLICY NUMBER:                                                                    COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED –
# MORTGAGEE, ASSIGNEE, OR RECEIVER

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## SCHEDULE

**Name of Person or Organization:**

**Designation of Premises:**

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

1.  WHO IS AN INSURED (Section II) is amended to include as an insured the person(s) or organization(s) shown in the Schedule but only with respect to their liability as mortgagee, assignee, or receiver and arising out of the ownership, maintenance, or use of the premises by you and shown in the Schedule.

2.  This insurance does not apply to structural alterations, new construction and demolition operations performed by or for that person or organization.

Filed          21-CI-00101     02/24/2021          Wendy Graney, Shelby Circuit Clerk

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000013 of 000205

Filed    21-CI-00101    02/24/2021    Wendy Graney, Shelby Circuit Clerk
NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

**SECURA INSURANCE, A Mutual Company**

P. O. BOX 819    APPLETON, WI 54912-0819

## GENERAL CHANGE ENDORSEMENT

POLICY NO. 20-CP-003196759-4/003

ACCOUNT NUMBER: 00007254873

| NAMED INSURED AND MAILING ADDRESS | AGENCY AND MAILING ADDRESS 160110   09 |
|---|---|
| CREATIVE PACKAGING COMPANY INC<br>CREATIVE PROPERTIES LLC<br>6301 MIDLAND INDUSTRIAL DR<br>SHELBYVILLE KY 40065 | ASSURED PARTNERS NL<br>2305 RIVER RD<br>LOUISVILLE KY   40206 |

POLICY PERIOD:   From 08/21/2014 to 08/21/2015 AT 12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.
EFFECTIVE  08-21-14 THIS POLICY IS AMENDED AS SHOWN

| | |
|---|---|
| KENTUCKY  LOCAL GOVERNMENT  PREMIUM CITY  TAX | $73.50 |
| KENTUCKY  COLLECTION FEE | $11.03 |
| KENTUCKY  SURCHARGE | $26.46 |

**This is not a bill.**

The annualized effect of this endorsement premium would be       $1,500

### COMMERCIAL GENERAL LIABILITY

For an additional/return premium, the items below are changed as indicated:
  FINAL AUDIT FOR THE 14/15 POLICY TERM

  TERRORISM RISK INSURANCE ACT (ANNUAL) CHARGE IS                              $157

| ADDITIONAL PREMIUM DUE FOR COMMERCIAL GENERAL LIABILITY | $1,500 |
|---|---|

| COUNTERSIGNED AT: _____ | DATE: _____ | BY: _____ |
|---|---|---|
| | | AUTHORIZED REPRESENTATIVE |

| | | | Original | 1500DM |
|---|---|---|---|---|
| IL 0000 9601 | 07-29-16 CRR | AUD20 | Page   1 of   1 | |

Filed    21-CI-00101    02/24/2021    Wendy Graney, Shelby Circuit Clerk

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000014 of 000205

Filed 21-CI-00101 02/24/2021 Wendy Graney, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

# SECURA INSURANCE, A Mutual Company
P. O. BOX 819    APPLETON, WI 54912-0819

## COMMERCIAL GENERAL LIABILITY
KENTUCKY TAX SCHEDULE

**POLICY NO. 20-CP-003196759-4/003**

**ACCOUNT NUMBER: 00007254873**
**NAMED INSURED AND MAILING ADDRESS**          **AGENCY AND MAILING ADDRESS 160110   09**

| |
|---|
| CREATIVE PACKAGING COMPANY INC<br>CREATIVE PROPERTIES LLC<br>6301 MIDLAND INDUSTRIAL DR<br>SHELBYVILLE KY 40065 |

| |
|---|
| ASSURED PARTNERS NL<br>2305 RIVER RD<br>LOUISVILLE KY   40206 |

POLICY PERIOD:   From 08/21/2014 to 08/21/2015 AT 12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.
ENDORSEMENT DATE:      08/21/2014

KENTUCKY TAX SCHEDULE

| State | Municipality | Code | Annual Premium | Tax% | LGP Tax | Collection Fee | Subtotal | State Surcharge | Total Tax Paid |
|-------|-------------|------|----------------|------|---------|----------------|----------|-----------------|----------------|
| 001 | Shelbyville | 0107 | $7,353 | 5.00 | $73.50 | $11.03 | $84.53 | $26.46 | $110.99 |

07-29-16                    CRR   AUD20          Original
                                                 Page   1 of   1

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000015 of 000205

Filed      21-CI-00101      02/24/2021      Wendy Graney, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM

# SECURA

**SECURA INSURANCE, A Mutual Company**

P. O. BOX 819   APPLETON, WI 54912-0819

## COMMON POLICY DECLARATIONS

RENEWAL DECLARATION

| POLICY NO. 20-CP-003196759-4/000 |
|---|
| RENEWAL OF  20-CP-003196759-3 |

**ACCOUNT NUMBER:** 00007254873
**NAMED INSURED AND MAILING ADDRESS**       **AGENCY AND MAILING ADDRESS 160110   09**

| CREATIVE PACKAGING COMPANY INC<br>CREATIVE PROPERTIES LLC<br>6301 MIDLAND INDUSTRIAL DR<br>SHELBYVILLE KY 40065 | ASSURED PARTNERS NL<br>2305 RIVER RD<br>LOUISVILLE KY   40206 |
|---|---|

**POLICY PERIOD:**   From 08/21/2014 to 08/21/2015 AT 12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.
ATTACH THIS RENEWAL DECLARATION TO YOUR POLICY.
**THIS POLICY IS BEING RENEWED AT RATES IN EFFECT ON THE DATE OF RENEWAL.**

**THE NAMED INSURED IS :**  Corporation & LLC       **BUSINESS DESC :**  FOAM & CORRUGATED PACKAGING

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF
THIS POLICY, WE AGREE WITH YOU TO PROVIDE INSURANCE AS STATED IN THIS
POLICY.

**THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A
PREMIUM IS INDICATED.   THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.**

|  | **PREMIUM** |
|---|---|
| **COMMERCIAL PROPERTY** | 10,389 |
| **COMMERCIAL GENERAL LIABILITY** | 6,484 |
| **COMMERCIAL CRIME** | 194 |
| **COMMERCIAL INLAND MARINE** | NOT COVERED |

| | |
|---|---|
| **ESTIMATED TOTAL PREMIUM** | $17,067 |
| **KENTUCKY LOCAL GOVERNMENT PREMIUM CITY TAX** | 836.80 |
| **KENTUCKY COLLECTION FEE** | 125.53 |
| **KENTUCKY SURCHARGE** | 301.24 |
| **GRAND TOTAL** | $18,330.57 |

**This is not a bill - Invoice to follow.**
**Total premium is payable in monthly installments.**

**FORMS AND ENDORSEMENTS APPLICABLE TO ALL COVERAGE PARTS**
PLI4001 0801*   IL0017 (11-98)   IL0263 (09-08)   IL0263 (07-02)   ALD9999 0711   ILE0020 0304
ILE7000 0301

THESE DECLARATIONS AND THE COMMON POLICY DECLARATIONS, IF APPLICABLE, TOGETHER WITH THE COMMON POLICY CONDITIONS,
COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000016 of 000205

**SECURA INSURANCE, A Mutual Company**

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM

P. O. BOX 819    APPLETON, WI 54912-0819

**COMMON POLICY DECLARATIONS** 8453-1

RENEWAL DECLARATION

**SECURA**
INSURANCE COMPANIES

| |
|---|
| **POLICY NO. 20-CP-003196759-4/000**<br>RENEWAL OF   20-CP-003196759-3 |

**ACCOUNT NUMBER: 00007254873**
**NAMED INSURED AND MAILING ADDRESS**          **AGENCY AND MAILING ADDRESS 160110   09**

| |
|---|
| CREATIVE PACKAGING COMPANY INC<br>CREATIVE PROPERTIES LLC<br>6301 MIDLAND INDUSTRIAL DR<br>SHELBYVILLE KY 40065 |

| |
|---|
| ASSURED PARTNERS NL<br>2305 RIVER RD<br>LOUISVILLE KY   40206 |

POLICY PERIOD:   From 08/21/2014 to 08/21/2015 AT 12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.
ATTACH THIS RENEWAL DECLARATION TO YOUR POLICY.

COUNTERSIGNED AT: _____   DATE: _____   BY: _____
                                                                                 AUTHORIZED REPRESENTATIVE

                                                            Original
IL 0019 9601       08-29-14 CRR   ID162       Page   2 of   10

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000017 of 000205

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

**SECURA INSURANCE, A Mutual Company**

P. O. BOX 819    APPLETON, WI 54912-0819

**COMMERCIAL PROPERTY**

RENEWAL DECLARATION

**POLICY NO. 20-CP-003196759-4/000**
RENEWAL OF 20-CP-003196759-3

**ACCOUNT NUMBER: 00007254873**
**NAMED INSURED AND MAILING ADDRESS**          **AGENCY AND MAILING ADDRESS 160110    09**

CREATIVE PACKAGING COMPANY INC
CREATIVE PROPERTIES LLC
6301 MIDLAND INDUSTRIAL DR
SHELBYVILLE KY 40065

ASSURED PARTNERS NL
2305 RIVER RD
LOUISVILLE KY    40206

POLICY PERIOD:   From 08/21/2014 to 08/21/2015 AT 12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.
ATTACH THIS RENEWAL DECLARATION TO YOUR POLICY.

**ACCOUNT CREDIT FOR MULTIPLE POLICIES APPLY**

**RENEWAL REWARDS APPLY. THANK YOU.**

  **BUILDING-1**

PREM. NO.   1    BLDG. NO.   1
6301 MIDLAND INDUSTRIAL DR SHELBYVILLE KY 40065

COVERAGES  PROVIDED
INSURANCE AT THE DESCRIBED PREMISES APPLIES ONLY FOR COVERAGES FOR WHICH A LIMIT OF INSURANCE IS SHOWN

| COVERAGE | CAUSE OF LOSS | DED $ | COINSURANCE | LIMIT OF INSURANCE $ |
|---|---|---|---|---|
| BUILDING | SPECIAL-Incl theft | 5,000 | 80% | 7,879,725 |
|  | EARTHQUAKE | 10% | 80% | 7,879,725 |
| BUSINESS  PERSONAL  PROPERTY |  |  |  |  |
|  | SPECIAL-Incl theft | 5,000 | 80% | 2,200,000 |
|  | EARTHQUAKE | 10% | 80% | 2,200,000 |
| BUSINESS  INCOME - INCLUDING RENTAL VALUE |  |  |  |  |
| BUSINESS INCOME WITH EXTRA EXPENSE   SPECIAL-Incl theft |  |  | 100% | 213,750 |

OPTIONAL  COVERAGES

INFLATION GUARD:   BUILDING  6% ANNUAL INCREASE      PERSONAL PROPERTY NA%
BUILDING: REPLACEMENT COST                    PERSONAL PROPERTY: REPLACEMENT COST
PROT. SAFEGUARDS:    P-1 Automatic Sprinkler System

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000018 of 000205

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

**SECURA INSURANCE, A Mutual Company**

P. O. BOX 819    APPLETON, WI 54912-0819

**COMMERCIAL PROPERTY**

RENEWAL DECLARATION

| **POLICY NO. 20-CP-003196759-4/000** |
| RENEWAL OF  20-CP-003196759-3 |

**ACCOUNT NUMBER: 00007254873**
**NAMED INSURED AND MAILING ADDRESS**

**AGENCY AND MAILING ADDRESS 160110   09**

| CREATIVE PACKAGING COMPANY INC |
| CREATIVE PROPERTIES LLC |
| 6301 MIDLAND INDUSTRIAL DR |
| SHELBYVILLE KY 40065 |

| ASSURED PARTNERS NL |
| 2305 RIVER RD |
| LOUISVILLE KY   40206 |

POLICY PERIOD:  From 08/21/2014 to 08/21/2015 AT 12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.
ATTACH THIS RENEWAL DECLARATION TO YOUR POLICY.

```
MANUSCRIPT FORMS:

CPT 7605 1001  -  ELITE MANUFACTURING WRAP SCHEDULE
CPT 7610 1001  -  ELITE MANUFACTURING WRAP
HSB 5000 1001  -  CAUSES OF LOSS - BREAKDOWN PLUS

                 Expediting Expenses          $25,000
                 Hazardous Substances         $25,000
                      CFC Refrigerants         INCLUDED

             EXPANDED COVERAGE PLUS SECTION
                 The following endorsements are added to the policy:
                 Computer Coverage            IM 7201
                 Telecommunications Equipment IM 7228
                 Spoilage Coverage            CP 0440
                 Utility Services - Direct Damage  CP 0417
                 Utility Services - Time Element   CP 1545 (only when Business Income
                                                       And Extra Expense applies)
             LIMITS AND ADDITIONAL INFORMATION APPLYING TO THESE
             ENDORSEMENTS ARE SHOWN IN THE SCHEDULE ON FORM HSB 5000,
             UNLESS MODIFIED ON SPECIFIED BREAKDOWN COVERAGE
             MODIFICATION ENDORSEMENT HEE 1025. SPECIFICALLY PURCHASED
             SUPPLEMENTAL COVERAGE SHALL BE SHOWN SEPARATELY ON THESE
             DECLARATIONS.


HEE 1025 1001  -  SPECIFIED BREAKDOWN COVERAGE MODIFICATION ENDORSEMENT
                 SUPPLEMENTAL DEDUCTIBLES:
                      EQUIPMENT BREAKDOWN CAUSE OF LOSS    $2,500
CPE 1555 1001  - BUSINESS INCOME - ACTUAL LOSS SUSTAINED
```

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000019 of 000205

**SECURA INSURANCE, A Mutual Company** NOT ORIGINAL DOCUMENT

P. O. BOX 819    APPLETON, WI 54912-0819    03/01/2021 01:58:19 PM

**COMMERCIAL PROPERTY**    87453-1

RENEWAL DECLARATION

SECURA
INSURANCE COMPANIES

Filed    21-CI-00101    02/24/2021    Wendy Graney, Shelby Circuit Clerk

┌─────────────────────────────────────────┐
│ **POLICY NO. 20-CP-003196759-4/000**    │
│ RENEWAL OF   20-CP-003196759-3          │
└─────────────────────────────────────────┘

**ACCOUNT NUMBER: 00007254873**

**NAMED INSURED AND MAILING ADDRESS**        **AGENCY AND MAILING ADDRESS 160110    09**

┌───────────────────────────────────┐    ┌───────────────────────────────────┐
│ CREATIVE PACKAGING COMPANY INC    │    │                                   │
│ CREATIVE PROPERTIES LLC           │    │ ASSURED PARTNERS NL               │
│ 6301 MIDLAND INDUSTRIAL DR        │    │ 2305 RIVER RD                     │
│ SHELBYVILLE KY 40065              │    │ LOUISVILLE KY   40206             │
└───────────────────────────────────┘    └───────────────────────────────────┘

POLICY PERIOD:   From 08/21/2014 to 08/21/2015 AT 12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.
ATTACH THIS RENEWAL DECLARATION TO YOUR POLICY.

┌──────────────────────────────────────────────────────────────────────────┐
│ MANUSCRIPT FORMS:                                                        │
│                                                                          │
│        BUSINESS INCOME APPLIES ON AN ACTUAL LOSS SUSTAINED BASIS.        │
│        COINSURANCE DOES NOT APPLY.  REFER TO FORM CPE 1555 1001.         │
└──────────────────────────────────────────────────────────────────────────┘

┌──────────────────────────────────────────────────────────────────────────┐
│                        **TOTAL PROPERTY PREMIUM**        **$10,389**      │
└──────────────────────────────────────────────────────────────────────────┘

**MORTGAGE HOLDERS:**                              APPLY TO:
FIFTH THIRD BANK                                  6301 MIDLAND INDUSTRIAL DR
5050 KINGSLEY DR                                  SHELBYVILLE KY 40065
CINCINNATI                    OH 45227

LOAN #:

    TERRORISM RISK INSURANCE ACT (ANNUAL) CHARGE IS                              $204

┌──────────────────────────────────────────────────────────────────────────┐
│  **FORMS AND ENDORSEMENTS**                                              │
│  APPLYING TO COMMERCIAL PROPERTY COVERAGE PART AND MADE PART OF THIS POLICY AT TIME OF ISSUE: │
│  CP0090 (07-88)   CP0166 (09-00)   CP0140 (07-06)   CP1032 (08-08)   IL0415 (04-98)   CP0010 (06-07) │
│  CP1030 (06-07)   CP1040 (08-99)   CP0030 (06-07)   CPT 7605 1001   CPT 7610 1001   HSB 5000 1001 │
│  HEE 1025 1001    IM7228 (05-01)   IM7201 (05-01)   CP0440 (06-07)   CP0417 (06-07)   CP1545 (06-07) │
│  ILE0666 9806     CPE 1555 1001    IL0952 (03-08)   IL0030 (01-06)   IL0995 (01-07)              │
└──────────────────────────────────────────────────────────────────────────┘

THESE DECLARATIONS AND THE COMMON POLICY DECLARATIONS, IF APPLICABLE, TOGETHER WITH THE COMMON POLICY CONDITIONS,
COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

COUNTERSIGNED AT: _____    DATE: _____    BY: _____
                                                                          AUTHORIZED REPRESENTATIVE
                                              Original
CPP 4505 9601    08-29-14 CRR   ID162    Page    5 of    10

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000020 of 000205

Filed 21-CI-00101 02/24/2021 Wendy Graney, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

**SECURA INSURANCE, A Mutual Company**

P. O. BOX 819    APPLETON, WI 54912-0819

## COMMERCIAL GENERAL LIABILITY
RENEWAL DECLARATION

**POLICY NO. 20-CP-003196759-4/000**
RENEWAL OF  20-CP-003196759-3

**ACCOUNT NUMBER: 00007254873**
**NAMED INSURED AND MAILING ADDRESS**

**AGENCY AND MAILING ADDRESS 160110    09**

CREATIVE PACKAGING COMPANY INC
CREATIVE PROPERTIES LLC
6301 MIDLAND INDUSTRIAL DR
SHELBYVILLE KY 40065

ASSURED PARTNERS NL
2305 RIVER RD
LOUISVILLE KY   40206

POLICY PERIOD:   From 08/21/2014 to 08/21/2015 AT 12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.
ATTACH THIS RENEWAL DECLARATION TO YOUR POLICY.

ACCOUNT CREDIT FOR MULTIPLE POLICIES APPLY

RENEWAL REWARDS APPLY. THANK YOU.

| LIMITS OF INSURANCE | | |
|---|---|---|
| GENERAL AGGREGATE | $ 2,000,000 | |
| PRODUCTS-COMPLETED OPERATIONS AGGREGATE | $ 2,000,000 | |
| PERSONAL INJURY & ADVERTISING INJURY | $ 1,000,000 | |
| EACH OCCURRENCE | $ 1,000,000 | |
| DAMAGE TO PREMISES RENTED TO YOU | $ 100,000 | ANY ONE PREMISES |
| MEDICAL EXPENSE | $ 10,000 | ANY ONE PERSON |

STATE-1

**LOCATION OF ALL PREMISES YOU OWN, RENT OR OCCUPY:**
LOC #   1: 6301 MIDLAND INDUSTRIAL SHELBYVILLE DR KY 40065
LOC #   2: 1702 ISAAC SHELBY DR SHELBYVILLE KY 40065

| LOC CLASSIFICATION | CODE | PREMIUM BASIS | | PMS RATE | PDTS RATE |
|---|---|---|---|---|---|
| 1 | PLASTIC OR RUBBER GOODS MFG. - OTHER THAN HOUSEHOLD | 58058 | GROSS SALES | 7,000,000 | .129 | .711 |
| 2 | VACANT LAND - OTHER THAN NOT-FOR-PROFIT | 49451 | EACH | 5 | .622 | INCL |
| | PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT | | | | | |

CPP 4506 9601    08-29-14 CRR   ID162

Original
Page   6 of   10

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000021 of 000205

Filed    21-CI-00101    02/24/2021    Wendy Graney, Shelby Circuit Clerk    NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

**SECURA INSURANCE, A Mutual Company**
P. O. BOX 819    APPLETON, WI 54912-0819
**COMMERCIAL GENERAL LIABILITY**
RENEWAL DECLARATION

| POLICY NO. 20-CP-003196759-4/000 |
| --- |
| RENEWAL OF  20-CP-003196759-3 |

**ACCOUNT NUMBER: 00007254873**
**NAMED INSURED AND MAILING ADDRESS**        **AGENCY AND MAILING ADDRESS 160110   09**

| CREATIVE PACKAGING COMPANY INC |
| --- |
| CREATIVE PROPERTIES LLC |
| 6301 MIDLAND INDUSTRIAL DR |
| SHELBYVILLE KY 40065 |

| ASSURED PARTNERS NL |
| --- |
| 2305 RIVER RD |
| LOUISVILLE KY   40206 |

POLICY PERIOD:   From 08/21/2014 to 08/21/2015 AT 12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.
ATTACH THIS RENEWAL DECLARATION TO YOUR POLICY.

ADDITIONAL INSURED(S)

ROYAL BANK AMERICA LEASING LP AND/OR ITS ASSIGNS                    PER FORM: CG2028 (07-04)
550 TOWNSHIP LINE RD STE 425
BLUE BELL PA 19422

FINANCIAL PACIFIC LEASING LLC                                      PER FORM: CG2028 (07-04)
3455 S 344TH WAY STE 300
FEDERAL WAY WA  98001-9546

ILE0677 9309   : EMPLOYEE BENEFITS LIABILITY
————————    **NOTICE: THIS IS A CLAIMS MADE COVERAGE**
                 Limits of Insurance
                 $1,000,000   Each Claim
                 $2,000,000   Annual Aggregate
                 Deductible Amount
                    $1,000   Each Claim
                 Retroactive Date 08-21-12

CGT1000 1001   : GENERAL LIABILITY WRAP
————————

 TERRORISM RISK INSURANCE ACT (ANNUAL) CHARGE IS                              $127

| GENERAL LIABILITY ADVANCE PREMIUM | $6,484 |
| --- | --- |

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000022 of 000205

                                        Original
CPP 4506 9601        08-29-14 CRR    ID162      Page    7 of    10

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
67453-1

**SECURA**
INSURANCE COMPANIES

**SECURA INSURANCE, A Mutual Company**
P. O. BOX 819    APPLETON, WI 54912-0819
**COMMERCIAL GENERAL LIABILITY**
RENEWAL DECLARATION

---

**POLICY NO. 20-CP-003196759-4/000**
RENEWAL OF  20-CP-003196759-3

---

**ACCOUNT NUMBER: 00007254873**
**NAMED INSURED AND MAILING ADDRESS**

**AGENCY AND MAILING ADDRESS 160110   09**

CREATIVE PACKAGING COMPANY INC
CREATIVE PROPERTIES LLC
6301 MIDLAND INDUSTRIAL DR
SHELBYVILLE KY 40065

ASSURED PARTNERS NL
2305 RIVER RD
LOUISVILLE KY   40206

POLICY PERIOD:   From 08/21/2014 to 08/21/2015 AT 12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.
ATTACH THIS RENEWAL DECLARATION TO YOUR POLICY.

---

**FORMS AND ENDORSEMENTS**

APPLYING TO COMMERCIAL GENERAL LIABILITY COVERAGE PART AND MADE PART OF THIS POLICY AT TIME OF ISSUE:

| | | | | | |
|---|---|---|---|---|---|
| IL0021 (07-02) | CG0067 (03-05) | CG0001 (10-01) | CG2147 (07-98) | ILE0196 9309 | ILE0195 9812 |
| CG2028 (07-04) | CG2167 (04-02) | CG2426 (07-04) | ILE0677 9309 | CGT1000 1001 | CG2160 (09-98) |
| ILE 0465 1009 | CG2170 (01-08) | CG2169 (01-02) | CG2187 (01-07) | | |

---

THESE DECLARATIONS AND THE COMMON POLICY DECLARATIONS, IF APPLICABLE, TOGETHER WITH THE COMMON POLICY CONDITIONS,
COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

COUNTERSIGNED AT: _____    DATE: _____    BY: _____
                                                                                      AUTHORIZED REPRESENTATIVE
                                                         Original
CPP 4506 9601      08-29-14 CRR   ID162         Page    8 of    10

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000023 of 000205

EXH : 000023 of 000205

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM

**SECURA INSURANCE, A Mutual Company**
P. O. BOX 819    APPLETON, WI 54912-0819
**COMMERCIAL CRIME POLICY** 87453-1
RENEWAL DECLARATION

**POLICY NO. 20-CP-003196759-4/000**
RENEWAL OF 20-CP-003196759-3

**ACCOUNT NUMBER: 00007254873**
**NAMED INSURED AND MAILING ADDRESS**        **AGENCY AND MAILING ADDRESS 160110   09**

CREATIVE PACKAGING COMPANY INC
CREATIVE PROPERTIES LLC
6301 MIDLAND INDUSTRIAL DR
SHELBYVILLE KY 40065

ASSURED PARTNERS NL
2305 RIVER RD
LOUISVILLE KY   40206

POLICY PERIOD:   From 08/21/2014 to 08/21/2015 AT 12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.
ATTACH THIS RENEWAL DECLARATION TO YOUR POLICY.

ACCOUNT CREDIT FOR MULTIPLE POLICIES APPLY

RENEWAL REWARDS APPLY. THANK YOU.

INSURING AGREEMENTS, LIMITS OF INSURANCE AND DEDUCTIBLES:

| INSURING AGREEMENTS | LIMIT OF INSURANCE Per Occurrence | DEDUCTIBLE Per Occurrence |
|---|---|---|
| 1. EMPLOYEE THEFT | $      50,000 | $       500 |
| 2. FORGERY OR ALTERATION | NOT COVERED | |
| 3. INSIDE THE PREMISES - THEFT OF MONEY AND SECURITIES | NOT COVERED | |
| 4. INSIDE THE PREMISES - ROBBERY OR SAFE BURGLARY OF OTHER PROPERTY | NOT COVERED | |
| 5. OUTSIDE THE PREMISES | NOT COVERED | |
| 6. COMPUTER FRAUD | NOT COVERED | |
| 7. MONEY ORDERS AND COUNTERFEIT PAPER CURRENCY | NOT COVERED | |

IF "NOT COVERED" IS INSERTED ABOVE OPPOSITE ANY SPECIFIED INSURING AGREEMENT, SUCH INSURING AGREEMENT AND ANY OTHER
REFERENCE THERETO IN THIS POLICY IS DELETED.

TERRORISM COVERAGE IS EXCLUDED

**TOTAL CRIME PREMIUM       $194**

**FORMS AND ENDORSEMENTS**
APPLYING TO COMMERCIAL CRIME COVERAGE PART AND MADE PART OF THIS POLICY AT TIME OF ISSUE:
CR0021 (05-06)    CR0253 (10-10)   IL0030 (01-06)

**CANCELLATION OF PRIOR INSURANCE**
By acceptance of this policy you give us notice cancelling prior policy or bond No(s).
The cancellation to be effective at the time this policy becomes effective.

Original
CPP 4508 9601        08-29-14 CRR    ID162        Page   9 of   10

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000024 of 000205

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

# SECURA INSURANCE, A Mutual Company

P. O. BOX 819    APPLETON, WI 54912-0819

## COMMERCIAL CRIME POLICY

### RENEWAL DECLARATION

**POLICY NO. 20-CP-003196759-4/000**
RENEWAL OF  20-CP-003196759-3

**ACCOUNT NUMBER:** 00007254873
**NAMED INSURED AND MAILING ADDRESS**

**AGENCY AND MAILING ADDRESS 160110   09**

```
CREATIVE PACKAGING COMPANY INC
CREATIVE PROPERTIES LLC
6301 MIDLAND INDUSTRIAL DR
SHELBYVILLE KY 40065
```

```
ASSURED PARTNERS NL
2305 RIVER RD
LOUISVILLE KY   40206
```

POLICY PERIOD:   From 08/21/2014 to 08/21/2015 AT 12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.
ATTACH THIS RENEWAL DECLARATION TO YOUR POLICY.
THESE DECLARATIONS AND THE COMMON POLICY DECLARATIONS, IF APPLICABLE, TOGETHER WITH THE COMMON POLICY CONDITIONS,
COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

COUNTERSIGNED AT: _____    DATE: _____    BY: _____
                                                                                    AUTHORIZED REPRESENTATIVE
                                              Original
CPP 4508 9601    08-29-14 CRR   ID162    Page   10 of   10

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000025 of 000205

Filed 21-CI-00101 02/24/2021 Wendy Graney, Shelby Circuit Clerk
NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
85453-1

# SECURA INSURANCE, A Mutual Company

P. O. BOX 819     APPLETON, WI 54912-0819

## COMMON POLICY DECLARATIONS

### EXTENDED NAMED INSURED

**SECURA**
INSURANCE COMPANIES

---

**POLICY NO. 20-CP-003196759-4/000**
RENEWAL OF 20-CP-003196759-3

---

**ACCOUNT NUMBER: 00007254873**
**NAMED INSURED AND MAILING ADDRESS**

**AGENCY AND MAILING ADDRESS 160110   09**

CREATIVE PACKAGING COMPANY INC
CREATIVE PROPERTIES LLC
6301 MIDLAND INDUSTRIAL DR
SHELBYVILLE KY 40065

ASSURED PARTNERS NL
2305 RIVER RD
LOUISVILLE KY   40206

**POLICY PERIOD:**   From 08/21/2014 to 08/21/2015 AT 12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

SW REALTY COMPANY

---

AUTHORIZED REPRESENTATIVE

08-29-14                    CRR   ID162        Original
                                              Page   1 of   1

Filed     21-CI-00101     02/24/2021     Wendy Graney, Shelby Circuit Clerk

**SECURA INSURANCE, A Mutual Company**
P. O. BOX 819    APPLETON, WI 54912-0819

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

## FORMS SCHEDULE

| POLICY NO. 20-CP-003196759-4/000 |
| RENEWAL OF 20-CP-003196759-3 |

**ACCOUNT NUMBER:** 00007254873
**NAMED INSURED AND MAILING ADDRESS**          **AGENCY AND MAILING ADDRESS** 160110   09

CREATIVE PACKAGING COMPANY INC
CREATIVE PROPERTIES LLC
6301 MIDLAND INDUSTRIAL DR
SHELBYVILLE KY 40065

ASSURED PARTNERS NL
2305 RIVER RD
LOUISVILLE KY   40206

**POLICY PERIOD:**   From 08/21/2014 to 08/21/2015 AT 12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

**COMMON POLICY FORMS**
PLI4001 0801*     DISCLOSURE PURSUANT TO TRIA - TERRORISM COV NOTICE
IL0017 (11-98)    COMMON POLICY CONDITIONS
IL0263 (09-08)    KENTUCKY CHANGES - CANCELLATION AND NONRENEWAL
IL0263 (07-02)    KENTUCKY CHANGES - CANCELLATION & NONRENEWAL
ALD9999 0711      OFFICER SIGNATURE PAGE
ILE0020 0304      MUTUAL COMPANY PARTICIPATION PROVISIONS
ILE7000 0301      MULTIPLE DEDUCTIBLE COORDINATION

**COMMERCIAL PROPERTY FORMS**
CP0090 (07-88)    COMMERCIAL PROPERTY CONDITIONS
CP0166 (09-00)    KENTUCKY CHANGES
CP0140 (07-06)    EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA
CP1032 (08-08)    WATER EXCLUSION ENDORSEMENT
IL0415 (04-98)    PROTECTIVE SAFEGUARDS
CP0010 (06-07)    BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CP1030 (06-07)    CAUSES OF LOSS - SPECIAL FORM
CP1040 (08-99)    EARTHQUAKE AND VOLCANIC ERUPTION ENDORSEMENT
CP0030 (06-07)    BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM
CPT 7605 1001     ELITE MANUFACTURING WRAP SCHEDULE
CPT 7610 1001     ELITE MANUFACTURING WRAP
HSB 5000 1001     EQUIPMENT BREAKDOWN WRAP - BREAKDOWN PLUS
HEE 1025 1001     BREAKDOWN COVERAGE MODIFICATION
IM7228 (05-01)    TELECOMMUNICATIONS EQUIPMENT
IM7201 (05-01)    EDP - COMPUTER COVERAGE
CP0440 (06-07)    SPOILAGE COVERAGE
CP0417 (06-07)    UTILITY SERVICES - DIRECT DAMAGE
CP1545 (06-07)    UTILITY SERVICES - TIME ELEMENT
ILE0666 9806      EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES
CPE 1555 1001     BUSINESS INCOME - ACTUAL LOSS SUSTAINED
IL0952 (03-08)    CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM
IL0030 (01-06)    EXCLUSION OF TERRORISM
IL0995 (01-07)    CONDITIONAL EXCLUSION OF TERRORISM

\* Forms revised during the previous policy term or added as part of the renewal.
Current editions of these forms are included with the Original copy of the Renewal.

Original
08-29-14              CRR   ID162        Page   1 of   2

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000027 of 000205

Filed    21-CI-00101    02/24/2021    Wendy Graney, Shelby Circuit Clerk    NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

**SECURA INSURANCE, A Mutual Company**

P. O. BOX 819    APPLETON, WI 54912-0819

FORMS SCHEDULE

**POLICY NO. 20-CP-003196759-4/000**
RENEWAL OF  20-CP-003196759-3

**ACCOUNT NUMBER: 00007254873**
**NAMED INSURED AND MAILING ADDRESS**          **AGENCY AND MAILING ADDRESS 160110    09**

CREATIVE PACKAGING COMPANY INC
CREATIVE PROPERTIES LLC                    ASSURED PARTNERS NL
6301 MIDLAND INDUSTRIAL DR                 2305 RIVER RD
SHELBYVILLE KY 40065                       LOUISVILLE KY   40206

POLICY PERIOD:  From 08/21/2014 to 08/21/2015 AT 12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

**COMMERCIAL GENERAL LIABILITY FORMS**
IL0021 (07-02)    NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
CG0067 (03-05)    EXCLUSION -VIOLATION OF STATUTES THAT GOVERN EMAIL
CG0001 (10-01)    COMMERCIAL GENERAL LIABILITY COVERAGE FORM
CG2147 (07-98)    EMPLOYMENT-RELATED PRACTICES EXCLUSION
ILE0196 9309      LEAD LIABILITY EXCLUSION
ILE0195 9812      ASBESTOS EXCLUSION
CG2028 (07-04)    ADDITIONAL INSURED-LESSOR OF LEASED EQUIPMENT
CG2167 (04-02)    FUNGI OR BACTERIA EXCLUSION
CG2426 (07-04)    AMENDMENT OF INSURED CONTRACT DEFINITION
ILE0677 9309      EMPLOYEE BENEFITS LIABILITY COVERAGE
CGT1000 1001      GENERAL LIABILITY WRAP
CG2160 (09-98)    EXCLUSION-YR 2000 COMPUTER RELATED AND OTHER ELECT
ILE 0465 1009     TWO OR MORE COVERGE FORMS OR POLICIES ISSUED BY US
CG2170 (01-08)    CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM
CG2169 (01-02)    WAR OR TERRORISM EXCLUSION
CG2187 (01-07)    CONDITIONAL EXCLUSION OF TERRORISM

**COMMERCIAL CRIME FORMS**
CR0021 (05-06)    COMMERCIAL CRIME COVERAGE FORM (LOSS SUSTAINED)
CR0253 (10-10)    KENTUCKY CHANGES - TERMINATION OF EMPLOYEE
IL0030 (01-06)    EXCLUSION OF TERRORISM

AUTHORIZED REPRESENTATIVE

Original
08-29-14          CRR  ID162          Page   2 of    2

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000028 of 000205

Filed 21-CI-00101 02/24/2021 Wendy Graney, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

 **SECURA**

## Disclosure Pursuant To Terrorism Risk Insurance Act
## **Terrorism Coverage Notice**

This notice is part of your policy. Please read it carefully.

Welcome to SECURA. Thank you for the opportunity to protect you with solid, reliable insurance for your business

The Terrorism Risk Insurance Program Reauthorization Act of 2007 mandates that we make certain terrorism insurance available to specified policyholders, provides instructions on how policyholders can respond, and specifies methods of potential future surcharges.

### Terrorism-Related Losses
You should know that coverage provided by this policy for losses caused by certified acts of terrorism is partially reimbursed by the United States under a formula established by federal law. Under this formula, the United States pays 85% of covered terrorism losses exceeding the statutorily established deductible paid by us. The premium charged for this coverage does not include any charges for the portion of loss covered by the federal government.

### Cap On Our Participation In Payment Of Terrorism Losses
If aggregate insured losses attributable to terrorist acts certified under the Act exceed $100 billion in a Program Year (January 1 through December 31) and we have met our insurer deductible under the Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion. In such case, insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

### Policy Types Excluded
The following lines of insurance are not covered by the Act:

- Commercial Auto
- Crime Division of any CP policy
- Farmowners policies

Statutory terrorism coverage is excluded and no longer available for these lines of insurance.

### Premium For Terrorism Risk Insurance Act Coverage
The premium for statutory terrorism coverage on this policy is shown as a separate item on the policy declarations page.

### Federal Recoupment Provisions
The funding for the portion of loss covered by the federal government is under the direction of the U.S. Treasury Department. General tax revenues are initially used; however, partial recovery is allowed via a policyholder surcharge.

**The current Federal Recoupment Surcharge is 0%.**

The Federal Recoupment can be instituted at any time and applies even if you reject the statutory coverage.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000029 of 000205

PLI4001
0801

Filed 21-CI-00101 02/24/2021 Wendy Graney, Shelby Circuit Clerk

Filed                21-CI-00101    02/24/2021        Wendy Graney, Shelby Circuit Clerk
NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

## Conditional Exclusions Continue To Apply

The Terrorism Risk Insurance Program Reauthorization Act of 2007 extends the provision to offer terrorism coverage until Dec. 31, 2014. The continuation of coverage beyond that sunset period will be determined in the future by Congress. The attached Conditional Exclusion of Terrorism endorsements become part of your policy. The provisions apply as follows:

**IF the Act**, including federal funding, **is extended** with essentially similar terms:
   The current terrorism coverage continues without change beyond Dec. 31, 2014.

**IF the Act**, including federal funding, **is not extended** with essentially similar terms, and the Act is allowed to expire Dec. 31, 2014:
   The Conditional Exclusion endorsements supersede the terrorism endorsements upon expiration of the Act. The policy will then not pay for terrorism when one or more of the following is attributed to an incident of terrorism:
   - Nuclear, biological, chemical, or radioactive materials are released or dispersed.
   - Damages to all types of property in the coverage territory exceed $25 million. Your state law may require an exception covering certain fire losses.

**Please carefully read the policy, including any Conditional Exclusion of Terrorism endorsements which are part of your policy!**

## Terrorism Coverage Pricing

The terrorism coverage pricing for any policy term that will take affect prior to the expiration of the Act contemplates the partial period of coverage.  We will not charge more premium if the Act is extended again.  We will not return premium if the Act is allowed to expire.

## Help Is Just A Phone Call Away

To explore all coverage and pricing opportunities available to you, or if you have questions concerning your rights, we encourage you to contact your SECURA agent.

Filed                21-CI-00101    02/24/2021        Wendy Graney, Shelby Circuit Clerk

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000030 of 000205

Filed        21-CI-00101        02/24/2021        Wendy Graney, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

**IL 00 17 11 98**

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Filed        21-CI-00101        02/24/2021        Wendy Graney, Shelby Circuit Clerk

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000031 of 000205

Filed 21-CI-00101 02/24/2021 Wendy Graney, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

IL 02 63 09 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# KENTUCKY CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraph **2.** of the **Cancellation** Common Policy Condition is replaced by the following:

**2. Cancellation Of Policies In Effect For 60 Days Or Less**

If this policy has been in effect for 60 days or less, we may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation, stating the reason for cancellation, at least 14 days before the effective date of cancellation.

**B.** The following is added to the **Cancellation** Common Policy Condition:

**7. Cancellation Of Policies In Effect For More Than 60 Days**

**a.** If this policy has been in effect for more than 60 days or is a renewal of a policy we issued, we may cancel this policy only for one or more of the following reasons:

**(1)** Nonpayment of premium;

**(2)** Discovery of fraud or material misrepresentation made by you or with your knowledge in obtaining the policy, continuing the policy, or in presenting a claim under the policy;

**(3)** Discovery of willful or reckless acts or omissions on your part which increase any hazard insured against;

**(4)** The occurrence of a change in the risk which substantially increases any hazard insured against after insurance coverage has been issued or renewed;

**(5)** A violation of any local fire, health, safety, building, or construction regulation or ordinance with respect to any insured property or the occupancy thereof which substantially increases any hazard insured against;

**(6)** We are unable to reinsure the risk covered by the policy; or

**(7)** A determination by the commissioner that the continuation of the policy would place us in violation of the Kentucky insurance code or regulations of the commissioner.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000032 of 000205

IL 02 63 09 08      © ISO Properties, Inc., 2007      **Page 1 of 2** ☐

Filed 21-CI-00101 02/24/2021 Wendy Graney, Shelby Circuit Clerk

Filed 21-CI-00101 02/24/2021 Wendy Graney, Shelby Circuit Clerk
NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

**b.** If we cancel this policy based on Paragraph **7.a.** above, we will mail or deliver a written notice of cancellation to the first Named Insured, stating the reason for cancellation, at least:

  **(1)** 14 days before the effective date of the cancellation, if cancellation is for non-payment of premium; or

  **(2)** 75 days before the effective date of the cancellation, if cancellation is for any reason stated in **7.a.(2)** through **7.a.(7)** above.

**C.** The following is added and supersedes any provision to the contrary:

**NONRENEWAL**

**1.** For the purpose of this Condition:

  **a.** Any policy period or term of less than six months shall be considered to be a policy period or term of six months; and

  **b.** Any policy period or term of more than one year or any policy with no fixed expiration date shall be considered a policy period or term of one year.

**2.** If we elect not to renew this policy, we will mail or deliver written notice of nonrenewal, stating the reason for nonrenewal, to the first Named Insured shown in the Declarations, at the last mailing address known to us, at least 75 days before the expiration date of the policy period.

**3.** If notice of nonrenewal is not provided pursuant to this Condition, coverage under the same terms and conditions shall be deemed to be renewed for the ensuing policy period upon payment of the appropriate premium until you have accepted replacement coverage with another insurer, or until you have agreed to the nonrenewal.

**4.** If we mail or deliver a renewal notice to the first Named Insured at least 30 days before the end of the policy period, stating the renewal premium and its due date, the policy will terminate without further notice unless the renewal premium is received by us or our authorized agent by the due date.

**5.** If this policy terminates because the renewal premium has not been received by the due date, we will, within 15 days, mail or deliver to the first Named Insured at his last known address a notice that the policy was not renewed and the date it was terminated.

**6.** If notice is mailed, proof of mailing is sufficient proof of notice.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000033 of 000205

Filed 21-CI-00101 02/24/2021 © ISO Properties, Inc., 2007 Wendy Graney, Shelby Circuit Clerk IL 02 63 09 08 □

Filed        21-CI-00101        02/24/2021        Wendy Graney, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

IL 02 63 07 02

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# KENTUCKY CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART

**A.** Paragraph **2.** of the **Cancellation** Common Policy Condition is replaced by the following:

**2. Cancellation Of Policies In Effect For 60 Days Or Less**

If this policy has been in effect for 60 days or less, we may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation, stating the reason for cancellation, at least 14 days before the effective date of cancellation.

**B.** The following is added to the **Cancellation** Common Policy Condition:

**7. Cancellation Of Policies In Effect For More Than 60 Days**

**a.** If this policy has been in effect for more than 60 days or is a renewal of a policy we issued, we may cancel this policy only for one or more of the following reasons:

**(1)** Nonpayment of premium;

**(2)** Discovery of fraud or material misrepresentation made by you or with your knowledge in obtaining the policy, continuing the policy, or in presenting a claim under the policy;

**(3)** Discovery of willful or reckless acts or omissions on your part which increase any hazard insured against;

**(4)** The occurrence of a change in the risk which substantially increases any hazard insured against after insurance coverage has been issued or renewed;

**(5)** A violation of any local fire, health, safety, building, or construction regulation or ordinance with respect to any insured property or the occupancy thereof which substantially increases any hazard insured against;

**(6)** We are unable to reinsure the risk covered by the policy; or

**(7)** A determination by the commissioner that the continuation of the policy would place us in violation of the Kentucky insurance code or regulations of the commissioner.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000034 of 000205

IL 02 63 07 02                    © ISO Properties, Inc., 2001                    **Page 1 of 2**          □

Filed        21-CI-00101        02/24/2021        Wendy Graney, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

**b.** If we cancel this policy based on Paragraph **7.a.** above, we will mail or deliver a written notice of cancellation to the first Named Insured, stating the reason for cancellation, at least:

**(1)** 14 days before the effective date of the cancellation, if cancellation is for non-payment of premium; or

**(2)** 75 days before the effective date of the cancellation, if cancellation is for any reason stated in **7.a.(2)** through **7.a.(7)** above.

**C.** The following is added and supersedes any provision to the contrary:

**NONRENEWAL**

**1.** For the purpose of this Condition:

**a.** Any policy period or term of less than 6 months shall be considered to be a policy period or term of six months; and

**b.** Any policy period or term of more than 1 year or any policy with no fixed expiration date shall be considered a policy period or term of 1 year.

**2.** If we elect not to renew this policy, we will mail or deliver written notice of nonrenewal, stating the reason for nonrenewal, to the first Named Insured shown in the Declarations, at the last mailing address known to us, at least 75 days before the expiration date of the policy period.

**3.** If notice of nonrenewal is not provided pursuant to this Condition, coverage under the same terms and conditions shall be deemed to be renewed for the ensuing policy period upon payment of the appropriate premium until you have accepted replacement coverage with another insurer, or until you have agreed to the nonrenewal.

**4.** If we mail or deliver a renewal notice to the first Named Insured at least 30 days before the end of the policy period, stating the renewal premium and its due date, the policy will terminate without further notice unless the renewal premium is received by us or our authorized agent by the due date.

**5.** If this policy terminates because the renewal premium has not been received by the due date, we will, within 15 days, mail or deliver to the first Named Insured at his last known address a notice that the policy was not renewed and the date it was terminated.

**6.** If notice is mailed, proof of mailing is sufficient proof of notice.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000035 of 000205

**Filed**    21-CI-00101    02/24/2021    © ISO Properties, Inc., 2001    **IL 02 63 07 02**    ☐

Wendy Graney, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1



**SECURA**
INSURANCE COMPANIES
PO Box 819 Appleton, WI 54912-0819 * (920) 739-3161

## COMMERCIAL LINES INSURANCE PROVISIONS
This information page with "Policy Provisions" completes the below numbered

Company:  **SECURA Insurance Companies**

Policy Number:                              Account Number:

Renewal of :

Named Insured and Mailing Address          Producer and Mailing Address

### OFFICER SIGNATURE PAGE

In Witness Whereof, we have caused this policy to be executed and attested. If required by statute, it is countersigned by our authorized representative.

_____          _____
Secretary                                 President and CEO

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000036 of 000205

ALD 9999                                                          Page 1 of 1
0711

Filed 21-CI-00101 02/24/2021 Wendy Graney, Shelby Circuit Clerk
NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

**SECURA INSURANCE, A Mutual Company**
P.O. Box 819
Appleton, WI 54912-0819
920-739-3161

## MUTUAL COMPANY PARTICIPATION PROVISIONS

**MUTUALS MEMBERSHIP AND VOTING NOTICE**

You are a member of SECURA INSURANCE, A Mutual Company of Appleton, Wisconsin, and are entitled to vote, in person or by proxy, at our meetings. The Annual Meeting is held in our Home Office at 2401 South Memorial Drive, in the City of Appleton, Wisconsin, the last Monday of April, at 1:30 p.m. in each year, beginning 2004 and thereafter.

**MUTUAL PARTICIPATION CLAUSE WITHOUT CONTINGENT LIABILITY**

No Contingent Liability. This policy is nonassessable. You are a member of the Company and shall participate, as determined by the Board of Directors and subject to law, in the distribution of any dividends.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000037 of 000205

Filed 21-CI-00101 02/24/2021 Wendy Graney, Shelby Circuit Clerk
NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453 1

# MULTIPLE DEDUCTIBLE COORDINATION

THIS ENDORSEMENT CHANGES YOUR POLICY. PLEASE READ IT CAREFULLY

This endorsement modifies insurance provided under the following:

**COMMERCIAL PROTECTION POLICY**
**BUSINESS PROTECTOR POLICY**

Subject to the provisions of the Property, Inland Marine, and Crime Divisions of the policies above, and this endorsement, the following changes apply:

All deductibles will apply to each coverage part within the policy. The total amount deducted from all damages for any single applicable occurrence, event, or accident will not exceed the largest applicable deductible.

All other coverage terms and conditions shall apply.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000038 of 000205

Filed        21-CI-00101        02/24/2021        Wendy Graney, Shelby Circuit Clerk

Filed 21-CI-00101 02/24/2021 Wendy Graney, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

COMMERCIAL PROPERTY

# COMMERCIAL PROPERTY CONDITIONS

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

## A. CONCEALMENT, MISREPRESENTATION OR FRAUD

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

**1.** This Coverage Part;

**2.** The Covered Property;

**3.** Your interest in the Covered Property; or

**4.** A claim under this Coverage Part.

## B. CONTROL OF PROPERTY

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

## C. INSURANCE UNDER TWO OR MORE COVERAGES

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

## D. LEGAL ACTION AGAINST US

No one may bring a legal action against us under this Coverage Part unless:

**1.** There has been full compliance with all of the terms of this Coverage Part; and

**2.** The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

## E. LIBERALIZATION

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

## F. NO BENEFIT TO BAILEE

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

## G. OTHER INSURANCE

**1.** You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

**2.** If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

## H. POLICY PERIOD, COVERAGE TERRITORY

Under this Coverage Part:

**1.** We cover loss or damage commencing:

   **a.** During the policy period shown in the Declarations; and

   **b.** Within the coverage territory.

**2.** The coverage territory is:

   **a.** The United States of America (including its territories and possessions);

   **b.** Puerto Rico; and

   **c.** Canada.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000039 of 000205

Filed       21-CI-00101       02/24/2021       Wendy Graney, Shelby Circuit Clerk

Filed 21-CI-00101 02/24/2021 Wendy Graney, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

**I. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

1. Prior to a loss to your Covered Property or Covered Income.

2. After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

   **a.** Someone insured by this insurance;

   **b.** A business firm:

      **(1)** Owned or controlled by you; or

      **(2)** That owns or controls you; or

   **c.** Your tenant.

This will not restrict your insurance.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000040 of 000205

Copyright, ISO Commercial Risk Services, Inc., 1983, 1987 **CP 00 90 07 88** □

Filed 21-CI-00101 02/24/2021 Wendy Graney, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

COMMERCIAL PROPERTY
CP 01 66 09 00

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# KENTUCKY CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** The following exclusion and related provisions are added to Paragraph **B.2. Exclusions** in the Causes Of Loss Forms and to any Coverage Form or policy to which a Causes Of Loss Form is not attached:

**1.** We will not pay for loss or damage arising out of any act committed:

**a.** By or at the direction of any insured; and

**b.** With the intent to cause a loss.

**2.** However, this exclusion will not apply to deny coverage to an innocent co-insured who did not cooperate in or contribute to the creation of the loss, provided the loss is otherwise covered under this Coverage Part and:

**a.** The loss arose out of a pattern of domestic violence and abuse; and

**b.** The perpetrator of the loss is criminally prosecuted for the act causing the loss.

**3.** If we pay a claim pursuant to Paragraph **A.2.,** our payment to the insured is limited to that insured's ownership interest in the property less any payments we first made to a mortgagee or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

**B.** The **Transfer Of Rights Of Recovery Against Others To Us** Condition, in the Commercial Property Conditions, is amended by adding the following:

If we pay an innocent co-insured for loss described in Paragraph **A.2.,** the rights of the innocent co-insured to recover damages from the perpetrator are transferred to us to the extent of our payment. Following the loss, the innocent co-insured may not waive such rights to recover against the perpetrator of the domestic violence.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000041 of 000205

Copyright, Insurance Services Office, Inc., 2000

Filed        21-CI-00101        02/24/2021        Wendy Graney, Shelby Circuit Clerk

Filed 21-CI-00101 02/24/2021 Wendy Graney, Shelby Circuit Clerk
NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

**COMMERCIAL PROPERTY**
CP 01 40 07 06

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** The exclusion set forth in Paragraph **B.** applies to all coverage under all forms and endorsements that comprise this Coverage Part or Policy, including but not limited to forms or endorsements that cover property damage to buildings or personal property and forms or endorsements that cover business income, extra expense or action of civil authority.

**B.** We will not pay for loss or damage caused by or resulting from any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

However, this exclusion does not apply to loss or damage caused by or resulting from "fungus", wet rot or dry rot. Such loss or damage is addressed in a separate exclusion in this Coverage Part or Policy.

**C.** With respect to any loss or damage subject to the exclusion in Paragraph **B.,** such exclusion supersedes any exclusion relating to "pollutants".

**D.** The following provisions in this Coverage Part or Policy are hereby amended to remove reference to bacteria:

**1.** Exclusion of "Fungus", Wet Rot, Dry Rot And Bacteria; and

**2.** Additional Coverage – Limited Coverage for "Fungus", Wet Rot, Dry Rot And Bacteria, including any endorsement increasing the scope or amount of coverage.

**E.** The terms of the exclusion in Paragraph **B.,** or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this Coverage Part or Policy.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000042 of 000205

Filed 21-CI-00101 02/24/2021 Wendy Graney, Shelby Circuit Clerk

Filed 21-CI-00101 02/24/2021 Wendy Graney, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

**COMMERCIAL PROPERTY**
**CP 10 32 08 08**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WATER EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** The exclusion in Paragraph **B.** replaces the **Water** Exclusion in this Coverage Part or Policy.

**B. Water**

1. Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

2. Mudslide or mudflow;

3. Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

4. Water under the ground surface pressing on, or flowing or seeping through:

   **a.** Foundations, walls, floors or paved surfaces;

   **b.** Basements, whether paved or not; or

   **c.** Doors, windows or other openings; or

5. Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **1.**, **3.** or **4.**, or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs **1.** through **5.**, is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

But if any of the above, in Paragraphs **1.** through **5.**, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage (if sprinkler leakage is a Covered Cause of Loss).

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000043 of 000205

Filed 21-CI-00101 02/24/2021 Wendy Graney, Shelby Circuit Clerk

Filed 21-CI-00101 02/24/2021 Wendy Graney, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

POLICY NUMBER:

**INTERLINE**
**IL 04 15 04 98**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# PROTECTIVE SAFEGUARDS

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART

### SCHEDULE*

| Prem. No. | Bldg. No. | Protective Safeguards Symbols Applicable |
|-----------|-----------|------------------------------------------|
| | | |
| **Describe any "P-9":** | | |
| | | |

* Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

**A.** The following is added to the:

Commercial Property Conditions
General Conditions in the
    Farm Property – Other Farm
    Provisions Form – Additional Coverages,
    Conditions, Definitions
General Conditions in the Mobile Agricultural
    Machinery and Equipment Coverage Form
General Conditions in the Livestock Coverage
    Form

**PROTECTIVE SAFEGUARDS**

1. As a condition of this insurance, you are required to maintain the protective devices or services listed in the Schedule above.

2. The protective safeguards to which this endorsement applies are identified by the following symbols:

   **"P-1" Automatic Sprinkler System,** including related supervisory services.

   Automatic Sprinkler System means:

   **a.** Any automatic fire protective or extinguishing system, including connected:

   **(1)** Sprinklers and discharge nozzles;

   **(2)** Ducts, pipes, valves and fittings;

   **(3)** Tanks, their component parts and supports; and

   **(4)** Pumps and private fire protection mains.

   **b.** When supplied from an automatic fire protective system:

   **(1)** Non-automatic fire protective systems; and

   **(2)** Hydrants, standpipes and outlets.

   **"P-2" Automatic Fire Alarm,** protecting either the building, that is:

   **a.** Connected to a central station; or

   **b.** Reporting to a public or private fire alarm station.

   **"P-3" Security Service,** with a recording system or watch clock, making hourly rounds covering the entire building, when the premises are not in actual operation.

   **"P-4" Service Contract** with a privately owned fire department providing fire protection service to the described premises.

   **"P-9"** The protective system described in the Schedule.

---

**IL 04 15 04 98**
Copyright, Insurance Services Office, Inc., 1997
**Page 1 of 2** ☐

Filed 21-CI-00101 02/24/2021 Wendy Graney, Shelby Circuit Clerk

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000044 of 000205

Filed 21-CI-00101 02/24/2021 Wendy Graney, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

**B.** The following is added to the EXCLUSIONS section of:

CAUSES OF LOSS – BASIC FORM
CAUSES OF LOSS – BROAD FORM
CAUSES OF LOSS – SPECIAL FORM
MORTGAGE HOLDERS ERRORS AND
   OMISSIONS COVERAGE FORM
STANDARD PROPERTY POLICY
CAUSES OF LOSS FORM – FARM
   PROPERTY
MOBILE AGRICULTURAL MACHINERY AND
   EQUIPMENT COVERAGE FORM
LIVESTOCK COVERAGE FORM

We will not pay for loss or damage caused by or resulting from fire if, prior to the fire, you:

**1.** Knew of any suspension or impairment in any protective safeguard listed in the Schedule above and failed to notify us of that fact; or

**2.** Failed to maintain any protective safeguard listed in the Schedule above, and over which you had control, in complete working order.

If part of an Automatic Sprinkler System is shut off due to breakage, leakage, freezing conditions or opening of sprinkler heads, notification to us will not be necessary if you can restore full protection within 48 hours.

Filed 21-CI-00101 02/24/2021 Copyright, Insurance Services Office, Inc., 1997 Wendy Graney, Shelby Circuit Clerk IL 04 15 04 98

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000045 of 000205

COMMERCIAL PROPERTY
CP 00 10 06 07

# BUILDING AND PERSONAL PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **H.,** Definitions.

## A. Coverage

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

### 1. Covered Property

Covered Property, as used in this Coverage Part, means the type of property described in this section, **A.1.,** and limited in **A.2.,** Property Not Covered, if a Limit of Insurance is shown in the Declarations for that type of property.

**a. Building,** meaning the building or structure described in the Declarations, including:

**(1)** Completed additions;

**(2)** Fixtures, including outdoor fixtures;

**(3)** Permanently installed:

**(a)** Machinery and

**(b)** Equipment;

**(4)** Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

**(a)** Fire-extinguishing equipment;

**(b)** Outdoor furniture;

**(c)** Floor coverings; and

**(d)** Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

**(5)** If not covered by other insurance:

**(a)** Additions under construction, alterations and repairs to the building or structure;

**(b)** Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

**b. Your Business Personal Property** located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises, consisting of the following unless otherwise specified in the Declarations or on the Your Business Personal Property – Separation Of Coverage form:

**(1)** Furniture and fixtures;

**(2)** Machinery and equipment;

**(3)** "Stock";

**(4)** All other personal property owned by you and used in your business;

**(5)** Labor, materials or services furnished or arranged by you on personal property of others;

**(6)** Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

**(a)** Made a part of the building or structure you occupy but do not own; and

**(b)** You acquired or made at your expense but cannot legally remove;

**(7)** Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property Of Others.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000046 of 000205

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

**c.** **Personal Property Of Others** that is:

(1) In your care, custody or control; and

(2) Located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**2. Property Not Covered**

Covered Property does not include:

**a.** Accounts, bills, currency, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities;

**b.** Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings;

**c.** Automobiles held for sale;

**d.** Bridges, roadways, walks, patios or other paved surfaces;

**e.** Contraband, or property in the course of illegal transportation or trade;

**f.** The cost of excavations, grading, backfilling or filling;

**g.** Foundations of buildings, structures, machinery or boilers if their foundations are below:

(1) The lowest basement floor; or

(2) The surface of the ground, if there is no basement;

**h.** Land (including land on which the property is located), water, growing crops or lawns;

**i.** Personal property while airborne or waterborne;

**j.** Bulkheads, pilings, piers, wharves or docks;

**k.** Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

**l.** Retaining walls that are not part of a building;

**m.** Underground pipes, flues or drains;

**n.** Electronic data, except as provided under the Additional Coverage, Electronic Data. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data. This paragraph, **n.,** does not apply to your "stock" of prepackaged software;

**o.** The cost to replace or restore the information on valuable papers and records, including those which exist as electronic data. Valuable papers and records include but are not limited to proprietary information, books of account, deeds, manuscripts, abstracts, drawings and card index systems. Refer to the Coverage Extension for Valuable Papers And Records (Other Than Electronic Data) for limited coverage for valuable papers and records other than those which exist as electronic data;

**p.** Vehicles or self-propelled machines (including aircraft or watercraft) that:

(1) Are licensed for use on public roads; or

(2) Are operated principally away from the described premises.

This paragraph does not apply to:

(a) Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

(b) Vehicles or self-propelled machines, other than autos, you hold for sale;

(c) Rowboats or canoes out of water at the described premises; or

(d) Trailers, but only to the extent provided for in the Coverage Extension for Non-owned Detached Trailers;

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000047 of 000205

Filed 21-CI-00101 02/24/2021 Wendy Graney, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

**q.** The following property while outside of buildings:

**(1)** Grain, hay, straw or other crops;

**(2)** Fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, trees, shrubs or plants (other than "stock" of trees, shrubs or plants), all except as provided in the Coverage Extensions.

### 3. Covered Causes Of Loss

See applicable Causes Of Loss Form as shown in the Declarations.

### 4. Additional Coverages

#### a. Debris Removal

**(1)** Subject to Paragraphs **(3)** and **(4)**, we will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

**(2)** Debris Removal does not apply to costs to:

**(a)** Extract "pollutants" from land or water; or

**(b)** Remove, restore or replace polluted land or water.

**(3)** Subject to the exceptions in Paragraph **(4),** the following provisions apply:

**(a)** The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

**(b)** Subject to **(a)** above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

**(4)** We will pay up to an additional $10,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

**(a)** The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

**(b)** The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

Therefore, if **(4)(a)** and/or **(4)(b)** apply, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $10,000.

**(5) Examples**

The following examples assume that there is no Coinsurance penalty.

#### EXAMPLE #1

| | | |
|---|---|---|
| Limit of Insurance: | $ | 90,000 |
| Amount of Deductible: | $ | 500 |
| Amount of Loss: | $ | 50,000 |
| Amount of Loss Payable: | $ | 49,500 |
| | ($50,000 – $500) | |
| Debris Removal Expense: | $ | 10,000 |
| Debris Removal Expense Payable: | $ | 10,000 |
| ($10,000 is 20% of $50,000.) | | |

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore the full amount of debris removal expense is payable in accordance with the terms of Paragraph **(3).**

#### EXAMPLE #2

| | | |
|---|---|---|
| Limit of Insurance: | $ | 90,000 |
| Amount of Deductible: | $ | 500 |
| Amount of Loss: | $ | 80,000 |
| Amount of Loss Payable: | $ | 79,500 |
| | ($80,000 – $500) | |
| Debris Removal Expense: | $ | 30,000 |
| Debris Removal Expense Payable | | |
| Basic Amount: | $ | 10,500 |
| Additional Amount: | $ | 10,000 |

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

Filed 21-CI-00101 02/24/2021 Wendy Graney, Shelby Circuit Clerk

EXH : 000048 of 000205

Filed 21-CI-00101 02/24/2021 Wendy Graney, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

The basic amount payable for debris removal expense under the terms of Paragraph **(3)** is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000; capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph **(4)**, because the debris removal expense ($30,000) exceeds 25% of the loss payable plus the deductible ($30,000 is 37.5% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $30,000 = $109,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $10,000, the maximum payable under Paragraph **(4)**. Thus the total payable for debris removal expense in this example is $20,500; $9,500 of the debris removal expense is not covered.

### b. Preservation Of Property

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

### c. Fire Department Service Charge

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000, unless a higher limit is shown in the Declarations, for your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

No Deductible applies to this Additional Coverage.

### d. Pollutant Clean-up And Removal

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12-month period of this policy.

### e. Increased Cost Of Construction

**(1)** This Additional Coverage applies only to buildings to which the Replacement Cost Optional Coverage applies.

**(2)** In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with enforcement of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in **e.(3)** through **e.(9)** of this Additional Coverage.

**(3)** The ordinance or law referred to in **e.(2)** of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises, and is in force at the time of loss.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000049 of 000205

© ISO Properties, Inc., 2007
**CP 00 10 06 07** ☐

Filed 21-CI-00101 02/24/2021 Wendy Graney, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

**(4)** Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

**(a)** You were required to comply with before the loss, even when the building was undamaged; and

**(b)** You failed to comply with.

**(5)** Under this Additional Coverage, we will not pay for:

**(a)** The enforcement of any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

**(b)** Any costs associated with the enforcement of an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

**(6)** The most we will pay under this Additional Coverage, for each described building insured under this Coverage Form, is $10,000 or 5% of the Limit of Insurance applicable to that building, whichever is less. If a damaged building is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for that damaged building, is the lesser of: $10,000 or 5% times the value of the damaged building as of the time of loss times the applicable Coinsurance percentage.

The amount payable under this Additional Coverage is additional insurance.

**(7)** With respect to this Additional Coverage:

**(a)** We will not pay for the Increased Cost of Construction:

**(i)** Until the property is actually repaired or replaced, at the same or another premises; and

**(ii)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

**(b)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the same premises.

**(c)** If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the new premises.

**(8)** This Additional Coverage is not subject to the terms of the Ordinance Or Law Exclusion, to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

**(9)** The costs addressed in the Loss Payment and Valuation Conditions, and the Replacement Cost Optional Coverage, in this Coverage Form, do not include the increased cost attributable to enforcement of an ordinance or law. The amount payable under this Additional Coverage, as stated in **e.(6)** of this Additional Coverage, is not subject to such limitation.

**f. Electronic Data**

**(1)** Under this Additional Coverage, electronic data has the meaning described under Property Not Covered, Electronic Data.

**(2)** Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore electronic data which has been destroyed or corrupted by a Covered Cause of Loss. To the extent that electronic data is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the electronic data was stored, with blank media of substantially identical type.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)
EXH : 000050 of 000205

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

**(3)** The Covered Causes of Loss applicable to Your Business Personal Property apply to this Additional Coverage, Electronic Data, subject to the following:

**(a)** If the Causes Of Loss – Special Form applies, coverage under this Additional Coverage, Electronic Data, is limited to the "specified causes of loss" as defined in that form, and Collapse as set forth in that form.

**(b)** If the Causes Of Loss – Broad Form applies, coverage under this Additional Coverage, Electronic Data, includes Collapse as set forth in that form.

**(c)** If the Causes Of Loss Form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage, Electronic Data.

**(d)** The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, modify, maintain, repair or replace that system.

**(4)** The most we will pay under this Additional Coverage, Electronic Data, is $2,500 for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in but not after that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

**5. Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

If a Coinsurance percentage of 80% or more, or a Value Reporting period symbol, is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**a. Newly Acquired Or Constructed Property**

**(1) Buildings**

If this policy covers Building, you may extend that insurance to apply to:

**(a)** Your new buildings while being built on the described premises; and

**(b)** Buildings you acquire at locations, other than the described premises, intended for:

**(i)** Similar use as the building described in the Declarations; or

**(ii)** Use as a warehouse.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

**(2) Your Business Personal Property**

**(a)** If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

**(i)** Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions;

**(ii)** Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations; or

**(iii)** Business personal property that you newly acquire, located at the described premises.

The most we will pay for loss or damage under this Extension is $100,000 at each building.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000051 of 000205

**(b)** This Extension does not apply to:

**(i)** Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

**(ii)** Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

**(3) Period Of Coverage**

With respect to insurance on or at each newly acquired or constructed property, coverage will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** 30 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

**(c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

**b. Personal Effects And Property Of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

**(1)** Personal effects owned by you, your officers, your partners or members, your managers or your employees. This Extension does not apply to loss or damage by theft.

**(2)** Personal property of others in your care, custody or control.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**c. Valuable Papers And Records (Other Than Electronic Data)**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to the cost to replace or restore the lost information on valuable papers and records for which duplicates do not exist. But this Extension does not apply to valuable papers and records which exist as electronic data. Electronic data has the meaning described under Property Not Covered, Electronic Data.

**(2)** If the Causes Of Loss – Special Form applies, coverage under this Extension is limited to the "specified causes of loss" as defined in that form, and Collapse as set forth in that form.

**(3)** If the Causes Of Loss – Broad Form applies, coverage under this Extension includes Collapse as set forth in that form.

**(4)** Under this Extension, the most we will pay to replace or restore the lost information is $2,500 at each described premises, unless a higher limit is shown in the Declarations. Such amount is additional insurance. We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist), and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and therefore coverage of such costs is not additional insurance.

**d. Property Off-premises**

**(1)** You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described premises, if it is:

**(a)** Temporarily at a location you do not own, lease or operate;

**(b)** In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or

**(c)** At any fair, trade show or exhibition.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)
EXH : 000052 of 000205

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

**(2)** This Extension does not apply to property:

**(a)** In or on a vehicle; or

**(b)** In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition.

**(3)** The most we will pay for loss or damage under this Extension is $10,000.

**e. Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas (including satellite dishes), trees, shrubs and plants (other than "stock" of trees, shrubs or plants), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

**(1)** Fire;

**(2)** Lightning;

**(3)** Explosion;

**(4)** Riot or Civil Commotion; or

**(5)** Aircraft.

The most we will pay for loss or damage under this Extension is $1,000, but not more than $250 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

**f. Non-owned Detached Trailers**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to trailers that you do not own, provided that:

**(a)** The trailer is used in your business;

**(b)** The trailer is in your care, custody or control at the premises described in the Declarations; and

**(c)** You have a contractual responsibility to pay for loss or damage to the trailer.

**(2)** We will not pay for any loss or damage that occurs:

**(a)** While the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;

**(b)** During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

**(3)** The most we will pay for loss or damage under this Extension is $5,000, unless a higher limit is shown in the Declarations.

**(4)** This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

Each of these Extensions is additional insurance unless otherwise indicated. The Additional Condition, Coinsurance, does not apply to these Extensions.

**B. Exclusions And Limitations**

See applicable Causes Of Loss Form as shown in the Declarations.

**C. Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

The most we will pay for loss or damage to outdoor signs, whether or not the sign is attached to a building, is $2,500 per sign in any one occurrence.

The amounts of insurance stated in the following Additional Coverages apply in accordance with the terms of such coverages and are separate from the Limit(s) of Insurance shown in the Declarations for any other coverage:

**1.** Fire Department Service Charge;

**2.** Pollutant Clean-up And Removal;

**3.** Increased Cost Of Construction; and

**4.** Electronic Data.

Payments under the Preservation Of Property Additional Coverage will not increase the applicable Limit of Insurance.

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

## D. Deductible

In any one occurrence of loss or damage (hereinafter referred to as loss), we will first reduce the amount of loss if required by the Coinsurance Condition or the Agreed Value Optional Coverage. If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss. If the adjusted amount of loss exceeds the Deductible, we will then subtract the Deductible from the adjusted amount of loss, and will pay the resulting amount or the Limit of Insurance, whichever is less.

When the occurrence involves loss to more than one item of Covered Property and separate Limits of Insurance apply, the losses will not be combined in determining application of the Deductible. But the Deductible will be applied only once per occurrence.

## EXAMPLE #1

(This example assumes there is no Coinsurance penalty.)

| | | |
|---|---|---|
| Deductible: | $ | 250 |
| Limit of Insurance – Building #1: | $ | 60,000 |
| Limit of Insurance – Building #2: | $ | 80,000 |
| Loss to Building #1: | $ | 60,100 |
| Loss to Building #2: | $ | 90,000 |

The amount of loss to Building #1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Building #1 plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Building #1:

$ 60,100
– 250
$ 59,850 Loss Payable – Building #1

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of loss payable for Building #2. Loss payable for Building #2 is the Limit of Insurance of $80,000.

Total amount of loss payable:

$59,850 + $80,000 = $139,850

## EXAMPLE #2

(This example, too, assumes there is no Coinsurance penalty.)

The Deductible and Limits of Insurance are the same as those in Example #1.

| | | |
|---|---|---|
| Loss to Building #1: | $ | 70,000 |
| (Exceeds Limit of Insurance plus Deductible) | | |
| Loss to Building #2: | $ | 90,000 |
| (Exceeds Limit of Insurance plus Deductible) | | |
| Loss Payable – Building #1: | $ | 60,000 |
| (Limit of Insurance) | | |
| Loss Payable – Building #2: | $ | 80,000 |
| (Limit of Insurance) | | |
| Total amount of loss payable: | $ | 140,000 |

## E. Loss Conditions

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

**1. Abandonment**

There can be no abandonment of any property to us.

**2. Appraisal**

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000054 of 000205

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

## 3. Duties In The Event Of Loss Or Damage

**a.** You must see that the following are done in the event of loss or damage to Covered Property:

**(1)** Notify the police if a law may have been broken.

**(2)** Give us prompt notice of the loss or damage. Include a description of the property involved.

**(3)** As soon as possible, give us a description of how, when and where the loss or damage occurred.

**(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(5)** At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

**(6)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(7)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(8)** Cooperate with us in the investigation or settlement of the claim.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

## 4. Loss Payment

**a.** In the event of loss or damage covered by this Coverage Form, at our option, we will either:

**(1)** Pay the value of lost or damaged property;

**(2)** Pay the cost of repairing or replacing the lost or damaged property, subject to **b.** below;

**(3)** Take all or any part of the property at an agreed or appraised value; or

**(4)** Repair, rebuild or replace the property with other property of like kind and quality, subject to **b.** below.

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.

**b.** The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

**c.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**d.** We will not pay you more than your financial interest in the Covered Property.

**e.** We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**f.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**g.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part and:

**(1)** We have reached agreement with you on the amount of loss; or

**(2)** An appraisal award has been made.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000055 of 000205

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

**h.** A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties. In settling covered losses involving a party wall, we will pay a proportion of the loss to the party wall based on your interest in the wall in proportion to the interest of the owner of the adjoining building. However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value of the loss to the party wall, subject to all applicable policy provisions including Limits of Insurance, the Valuation and Coinsurance Conditions and all other provisions of this Loss Payment Condition. Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the adjoining building, and does not alter the terms of the Transfer Of Rights Of Recovery Against Others To Us Condition in this policy.

**5. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**6. Vacancy**

    **a. Description Of Terms**

        **(1)** As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in **(1)(a)** and **(1)(b)** below:

            **(a)** When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

            **(b)** When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

                **(i)** Rented to a lessee or sub-lessee and used by the lessee or sub-lessee to conduct its customary operations; and/or

                **(ii)** Used by the building owner to conduct customary operations.

        **(2)** Buildings under construction or renovation are not considered vacant.

    **b. Vacancy Provisions**

    If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

        **(1)** We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

            **(a)** Vandalism;

            **(b)** Sprinkler leakage, unless you have protected the system against freezing;

            **(c)** Building glass breakage;

            **(d)** Water damage;

            **(e)** Theft; or

            **(f)** Attempted theft.

        **(2)** With respect to Covered Causes of Loss other than those listed in **b.(1)(a)** through **b.(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

**7. Valuation**

We will determine the value of Covered Property in the event of loss or damage as follows:

    **a.** At actual cash value as of the time of loss or damage, except as provided in **b., c., d.** and **e.** below.

    **b.** If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

Filed     21-CI-00101     02/24/2021     Wendy Graney, Shelby Circuit Clerk

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000056 of 000205

Filed 21-CI-00101 02/24/2021 Wendy Graney, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

However, the following property will be valued at the actual cash value even when attached to the building:

**(1)** Awnings or floor coverings;

**(2)** Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

**(3)** Outdoor equipment or furniture.

**c.** "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

**d.** Glass at the cost of replacement with safety-glazing material if required by law.

**e.** Tenants' Improvements and Betterments at:

**(1)** Actual cash value of the lost or damaged property if you make repairs promptly.

**(2)** A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

**(a)** Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

**(b)** Divide the amount determined in **(a)** above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

**(3)** Nothing if others pay for repairs or replacement.

**F. Additional Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

**1. Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies.

**a.** We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

**(1)** Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

**(2)** Divide the Limit of Insurance of the property by the figure determined in Step **(1)**;

**(3)** Multiply the total amount of loss, before the application of any deductible, by the figure determined in Step **(2)**; and

**(4)** Subtract the deductible from the figure determined in Step **(3)**.

We will pay the amount determined in Step **(4)** or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

**EXAMPLE #1 (UNDERINSURANCE)**

| When: | The value of the property is: | $250,000 |
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $100,000 |
| | The Deductible is: | $ 250 |
| | The amount of loss is: | $ 40,000 |

Step **(1):** $250,000 x 80% = $200,000

(the minimum amount of insurance to meet your Coinsurance requirements)

Step **(2):** $100,000 ÷ $200,000 = .50

Step **(3):** $40,000 x .50 = $20,000

Step **(4):** $20,000 – $250 = $19,750

We will pay no more than $19,750. The remaining $20,250 is not covered.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000057 of 000205

Filed 21-CI-00101 02/24/2021 © ISO Properties, Inc., 2007 Wendy Graney, Shelby Circuit Clerk CP 00 10 06 07

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

**EXAMPLE #2 (ADEQUATE INSURANCE)**

| When: | The value of the property is: | $250,000 |
|---|---|---|
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $200,000 |
| | The Deductible is: | $   250 |
| | The amount of loss is: | $ 40,000 |

The minimum amount of insurance to meet your Co-insurance requirement is $200,000 ($250,000 x 80%). Therefore, the Limit of Insurance in this example is adequate and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

> **b.** If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

**EXAMPLE #3**

| When: | The value of the property is: | |
|---|---|---|
| | Building at Location #1: | $ 75,000 |
| | Building at Location #2: | $100,000 |
| | Personal Property at Location #2: | $ 75,000 |
| | | $250,000 |
| | The Coinsurance percentage for it is: | 90% |
| | The Limit of Insurance for Buildings and Personal Property at Locations #1 and #2 is: | $180,000 |
| | The Deductible is: | $  1,000 |
| | The amount of loss is: | |
| | Building at Location #2: | $ 30,000 |
| | Personal Property at Location #2: | $ 20,000 |
| | | $ 50,000 |

Step **(1):** $250,000 x 90% = $225,000

(the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below)

Step **(2):** $180,000 ÷ $225,000 = .80

Step **(3):** $50,000 x .80 = $40,000

Step **(4):** $40,000 − $1,000 = $39,000

We will pay no more than $39,000. The remaining $11,000 is not covered.

**2. Mortgageholders**

> **a.** The term mortgageholder includes trustee.
>
> **b.** We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.
>
> **c.** The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.
>
> **d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:
>
>> **(1)** Pays any premium due under this Coverage Part at our request if you have failed to do so;
>>
>> **(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and
>>
>> **(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.
>
> All of the terms of this Coverage Part will then apply directly to the mortgageholder.
>
> **e.** If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:
>
>> **(1)** The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and
>>
>> **(2)** The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.
>
> At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.
>
> **f.** If we cancel this policy, we will give written notice to the mortgageholder at least:
>
>> **(1)** 10 days before the effective date of cancellation if we cancel for your non-payment of premium; or
>>
>> **(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000058 of 000205

Filed          21-CI-00101          02/24/2021     Wendy Graney, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

**g.** If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

## G. Optional Coverages

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item.

### 1. Agreed Value

**a.** The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.

**b.** If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

**c.** The terms of this Optional Coverage apply only to loss or damage that occurs:

**(1)** On or after the effective date of this Optional Coverage; and

**(2)** Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

### 2. Inflation Guard

**a.** The Limit of Insurance for property to which this Optional Coverage applied will automatically increase by the annual percentage shown in the Declarations.

**b.** The amount of increase will be:

**(1)** The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

**(2)** The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

**(3)** The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

## EXAMPLE

If: The applicable Limit of Insurance is: $ 100,000

The annual percentage increase is: 8%

The number of days since the beginning of the policy year (or last policy change) is: 146

The amount of increase is:
$100,000 x .08 x 146 ÷ 365 =    $  3,200

### 3. Replacement Cost

**a.** Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Valuation Loss Condition of this Coverage Form.

**b.** This Optional Coverage does not apply to:

**(1)** Personal property of others;

**(2)** Contents of a residence;

**(3)** Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; or

**(4)** "Stock", unless the Including "Stock" option is shown in the Declarations.

Under the terms of this Replacement Cost Optional Coverage, tenants' improvements and betterments are not considered to be the personal property of others.

**c.** You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

**d.** We will not pay on a replacement cost basis for any loss or damage:

**(1)** Until the lost or damaged property is actually repaired or replaced; and

**(2)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

© ISO Properties, Inc., 2007

Wendy Graney, Shelby Circuit Clerk

**CP 00 10 06 07**        □

EXH : 000059 of 000205

Filed 21-CI-00101 02/24/2021 Wendy Graney, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

With respect to tenants' improvements and betterments, the following also apply:

**(3)** If the conditions in **d.(1)** and **d.(2)** above are not met, the value of tenants' improvements and betterments will be determined as a proportion of your original cost, as set forth in the Valuation Loss Condition of this Coverage Form; and

**(4)** We will not pay for loss or damage to tenants' improvements and betterments if others pay for repairs or replacement.

**e.** We will not pay more for loss or damage on a replacement cost basis than the least of **(1), (2)** or **(3),** subject to **f.** below:

**(1)** The Limit of Insurance applicable to the lost or damaged property;

**(2)** The cost to replace the lost or damaged property with other property:

**(a)** Of comparable material and quality; and

**(b)** Used for the same purpose; or

**(3)** The amount actually spent that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost described in **e.(2)** above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

**f.** The cost of repair or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

**4. Extension Of Replacement Cost To Personal Property Of Others**

**a.** If the Replacement Cost Optional Coverage is shown as applicable in the Declarations, then this Extension may also be shown as applicable. If the Declarations show this Extension as applicable, then Paragraph **3.b.(1)** of the Replacement Cost Optional Coverage is deleted and all other provisions of the Replacement Cost Optional Coverage apply to replacement cost on personal property of others.

**b.** With respect to replacement cost on the personal property of others, the following limitation applies:

If an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance.

**H. Definitions**

**1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**3.** "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

Filed 21-CI-00101 02/24/2021 Wendy Graney, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

**COMMERCIAL PROPERTY**
**CP 10 30 06 07**

# CAUSES OF LOSS – SPECIAL FORM

Words and phrases that appear in quotation marks have special meaning. Refer to Section **G.,** Definitions.

## A. Covered Causes Of Loss

When Special is shown in the Declarations, Covered Causes of Loss means Risks Of Direct Physical Loss unless the loss is:

**1.** Excluded in Section **B.,** Exclusions; or

**2.** Limited in Section **C.,** Limitations;

that follow.

## B. Exclusions

**1.** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

### a. Ordinance Or Law

The enforcement of any ordinance or law:

**(1)** Regulating the construction, use or repair of any property; or

**(2)** Requiring the tearing down of any property, including the cost of removing its debris.

This exclusion, Ordinance Or Law, applies whether the loss results from:

**(a)** An ordinance or law that is enforced even if the property has not been damaged; or

**(b)** The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

### b. Earth Movement

**(1)** Earthquake, including any earth sinking, rising or shifting related to such event;

**(2)** Landslide, including any earth sinking, rising or shifting related to such event;

**(3)** Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

**(4)** Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

But if Earth Movement, as described in **b.(1)** through **(4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

**(5)** Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.

Volcanic Action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

**(a)** Airborne volcanic blast or airborne shock waves;

**(b)** Ash, dust or particulate matter; or

**(c)** Lava flow.

All volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

Volcanic Action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

### c. Governmental Action

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000061 of 000205

© ISO Properties, Inc., 2007

Filed        21-CI-00101        02/24/2021        Wendy Graney, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

#### d. Nuclear Hazard

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

#### e. Utility Services

The failure of power, communication, water or other utility service supplied to the described premises, however caused, if the failure:

**(1)** Originates away from the described premises; or

**(2)** Originates at the described premises, but only if such failure involves equipment used to supply the utility service to the described premises from a source away from the described premises.

Failure of any utility service includes lack of sufficient capacity and reduction in supply.

Loss or damage caused by a surge of power is also excluded, if the surge would not have occurred but for an event causing a failure of power.

But if the failure or surge of power, or the failure of communication, water or other utility service, results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Communication services include but are not limited to service relating to Internet access or access to any electronic, cellular or satellite network.

#### f. War And Military Action

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

#### g. Water

**(1)** Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

**(2)** Mudslide or mudflow;

**(3)** Water that backs up or overflows from a sewer, drain or sump; or

**(4)** Water under the ground surface pressing on, or flowing or seeping through:

   **(a)** Foundations, walls, floors or paved surfaces;

   **(b)** Basements, whether paved or not; or

   **(c)** Doors, windows or other openings.

But if Water, as described in **g.(1)** through **g.(4)** above, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

#### h. "Fungus", Wet Rot, Dry Rot And Bacteria

Presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria.

But if "fungus", wet or dry rot or bacteria results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion does not apply:

**1.** When "fungus", wet or dry rot or bacteria results from fire or lightning; or

**2.** To the extent that coverage is provided in the Additional Coverage – Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria with respect to loss or damage by a cause of loss other than fire or lightning.

Exclusions **B.1.a.** through **B.1.h.** apply whether or not the loss event results in widespread damage or affects a substantial area.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

   **(1)** Electrical or electronic wire, device, appliance, system or network; or

   **(2)** Device, appliance, system or network utilizing cellular or satellite technology.

© ISO Properties, Inc., 2007    **CP 10 30 06 07**    □

Wendy Graney, Shelby Circuit Clerk

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000062 of 000205

For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes but is not limited to:

**(a)** Electrical current, including arcing;

**(b)** Electrical charge produced or conducted by a magnetic or electromagnetic field;

**(c)** Pulse of electromagnetic energy; or

**(d)** Electromagnetic waves or microwaves.

But if fire results, we will pay for the loss or damage caused by that fire.

**b.** Delay, loss of use or loss of market.

**c.** Smoke, vapor or gas from agricultural smudging or industrial operations.

**d. (1)** Wear and tear;

**(2)** Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

**(3)** Smog;

**(4)** Settling, cracking, shrinking or expansion;

**(5)** Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals.

**(6)** Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision.

**(7)** The following causes of loss to personal property:

**(a)** Dampness or dryness of atmosphere;

**(b)** Changes in or extremes of temperature; or

**(c)** Marring or scratching.

But if an excluded cause of loss that is listed in **2.d.(1)** through **(7)** results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

**e.** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**f.** Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

**g.** Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

**(1)** You do your best to maintain heat in the building or structure; or

**(2)** You drain the equipment and shut off the supply if the heat is not maintained.

**h.** Dishonest or criminal act by you, any of your partners, members, officers, managers, employees (including leased employees), directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

**(1)** Acting alone or in collusion with others; or

**(2)** Whether or not occurring during the hours of employment.

This exclusion does not apply to acts of destruction by your employees (including leased employees); but theft by employees (including leased employees) is not covered.

**i.** Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**j.** Rain, snow, ice or sleet to personal property in the open.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000063 of 000205

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

**k.** Collapse, including any of the following conditions of property or any part of the property:

**(1)** An abrupt falling down or caving in;

**(2)** Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

**(3)** Any cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to **(1)** or **(2)** above.

But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

This exclusion, **k.,** does not apply:

**(a)** To the extent that coverage is provided under the Additional Coverage – Collapse; or

**(b)** To collapse caused by one or more of the following:

**(i)** The "specified causes of loss";

**(ii)** Breakage of building glass;

**(iii)** Weight of rain that collects on a roof; or

**(iv)** Weight of people or personal property.

**l.** Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion, **l.,** does not apply to damage to glass caused by chemicals applied to the glass.

**m.** Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**3.** We will not pay for loss or damage caused by or resulting from any of the following, **3.a.** through **3.c.** But if an excluded cause of loss that is listed in **3.a.** through **3.c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a.** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **1.** above to produce the loss or damage.

**b.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c.** Faulty, inadequate or defective:

**(1)** Planning, zoning, development, surveying, siting;

**(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

**(3)** Materials used in repair, construction, renovation or remodeling; or

**(4)** Maintenance;

of part or all of any property on or off the described premises.

**4. Special Exclusions**

The following provisions apply only to the specified Coverage Forms.

**a. Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, Or Extra Expense Coverage Form**

We will not pay for:

**(1)** Any loss caused by or resulting from:

**(a)** Damage or destruction of "finished stock"; or

**(b)** The time required to reproduce "finished stock".

This exclusion does not apply to Extra Expense.

**(2)** Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.

**(3)** Any increase of loss caused by or resulting from:

**(a)** Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000064 of 000205

© ISO Properties, Inc., 2007
Wendy Graney, Shelby Circuit Clerk
**CP 10 30 06 07**          □

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

**(b)** Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage and the Extended Period Of Indemnity Optional Coverage or any variation of these.

**(4)** Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration".

**(5)** Any other consequential loss.

**b. Leasehold Interest Coverage Form**

**(1)** Paragraph **B.1.a.,** Ordinance Or Law, does not apply to insurance under this Coverage Form.

**(2)** We will not pay for any loss caused by:

**(a)** Your cancelling the lease;

**(b)** The suspension, lapse or cancellation of any license; or

**(c)** Any other consequential loss.

**c. Legal Liability Coverage Form**

**(1)** The following exclusions do not apply to insurance under this Coverage Form:

**(a)** Paragraph **B.1.a.,** Ordinance Or Law;

**(b)** Paragraph **B.1.c.,** Governmental Action;

**(c)** Paragraph **B.1.d.,** Nuclear Hazard;

**(d)** Paragraph **B.1.e.,** Utility Services; and

**(e)** Paragraph **B.1.f.,** War And Military Action.

**(2)** The following additional exclusions apply to insurance under this Coverage Form:

**(a) Contractual Liability**

We will not defend any claim or "suit", or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement. But this exclusion does not apply to a written lease agreement in which you have assumed liability for building damage resulting from an actual or attempted burglary or robbery, provided that:

**(i)** Your assumption of liability was executed prior to the accident; and

**(ii)** The building is Covered Property under this Coverage Form.

**(b) Nuclear Hazard**

We will not defend any claim or "suit", or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

**5. Additional Exclusion**

The following provisions apply only to the specified property.

**LOSS OR DAMAGE TO PRODUCTS**

We will not pay for loss or damage to any merchandise, goods or other product caused by or resulting from error or omission by any person or entity (including those having possession under an arrangement where work or a portion of the work is outsourced) in any stage of the development, production or use of the product, including planning, testing, processing, packaging, installation, maintenance or repair. This exclusion applies to any effect that compromises the form, substance or quality of the product. But if such error or omission results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000065 of 000205

Filed    21-CI-00101    02/24/2021    Wendy Graney, Shelby Circuit Clerk

## C. Limitations

The following limitations apply to all policy forms and endorsements, unless otherwise stated.

1. We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

   a. Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

   b. Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

   c. The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

      (1) The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

      (2) The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

   d. Building materials and supplies not attached as part of the building or structure, caused by or resulting from theft.

      However, this limitation does not apply to:

      (1) Building materials and supplies held for sale by you, unless they are insured under the Builders Risk Coverage Form; or

      (2) Business Income Coverage or Extra Expense Coverage.

   e. Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

   f. Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

2. We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

   a. Animals, and then only if they are killed or their destruction is made necessary.

   b. Fragile articles such as statuary, marbles, chinaware and porcelains, if broken. This restriction does not apply to:

      (1) Glass; or

      (2) Containers of property held for sale.

   c. Builders' machinery, tools and equipment owned by you or entrusted to you, provided such property is Covered Property.

      However, this limitation does not apply:

      (1) If the property is located on or within 100 feet of the described premises, unless the premises is insured under the Builders Risk Coverage Form; or

      (2) To Business Income Coverage or to Extra Expense Coverage.

3. The special limit shown for each category, **a.** through **d.,** is the total limit for loss of or damage to all property in that category. The special limit applies to any one occurrence of theft, regardless of the types or number of articles that are lost or damaged in that occurrence. The special limits are:

   a. $2,500 for furs, fur garments and garments trimmed with fur.

   b. $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

   c. $2,500 for patterns, dies, molds and forms.

   d. $250 for stamps, tickets, including lottery tickets held for sale, and letters of credit.

   These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

   This limitation, **C.3.,** does not apply to Business Income Coverage or to Extra Expense Coverage.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000066 of 000205

© ISO Properties, Inc., 2007
Wendy Graney, Shelby Circuit Clerk
CP 10 30 06 07

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

**4.** We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire-extinguishing equipment if the damage:

**a.** Results in discharge of any substance from an automatic fire protection system; or

**b.** Is directly caused by freezing.

However, this limitation does not apply to Business Income Coverage or to Extra Expense Coverage.

## D. Additional Coverage – Collapse

The coverage provided under this Additional Coverage – Collapse applies only to an abrupt collapse as described and limited in **D.1.** through **D.7.**

**1.** For the purpose of this Additional Coverage – Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

**2.** We will pay for direct physical loss or damage to Covered Property, caused by abrupt collapse of a building or any part of a building that is insured under this Coverage Form or that contains Covered Property insured under this Coverage Form, if such collapse is caused by one or more of the following:

**a.** Building decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

**b.** Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

**c.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the course of the construction, remodeling or renovation.

**d.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collapse is caused in part by:

**(1)** A cause of loss listed in **2.a.** or **2.b.;**

**(2)** One or more of the "specified causes of loss";

**(3)** Breakage of building glass;

**(4)** Weight of people or personal property; or

**(5)** Weight of rain that collects on a roof.

**3.** This **Additional Coverage – Collapse** does **not** apply to:

**a.** A building or any part of a building that is in danger of falling down or caving in;

**b.** A part of a building that is standing, even if it has separated from another part of the building; or

**c.** A building that is standing or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**4.** With respect to the following property:

**a.** Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers;

**b.** Awnings, gutters and downspouts;

**c.** Yard fixtures;

**d.** Outdoor swimming pools;

**e.** Fences;

**f.** Piers, wharves and docks;

**g.** Beach or diving platforms or appurtenances;

**h.** Retaining walls; and

**i.** Walks, roadways and other paved surfaces;

if an abrupt collapse is caused by a cause of loss listed in **2.a.** through **2.d.,** we will pay for loss or damage to that property only if:

**(1)** Such loss or damage is a direct result of the abrupt collapse of a building insured under this Coverage Form; and

**(2)** The property is Covered Property under this Coverage Form.

**5.** If personal property abruptly falls down or caves in and such collapse is **not** the result of abrupt collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

**a.** The collapse of personal property was caused by a cause of loss listed in **2.a.** through **2.d.;**

**b.** The personal property which collapses is inside a building; and

**c.** The property which collapses is not of a kind listed in **4.,** regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in this Paragraph **5.** does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

© ISO Properties, Inc., 2007

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000067 of 000205

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

**6.** This Additional Coverage – Collapse does not apply to personal property that has not abruptly fallen down or caved in, even if the personal property shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**7.** This Additional Coverage – Collapse will not increase the Limits of Insurance provided in this Coverage Part.

**8.** The term Covered Cause of Loss includes the Additional Coverage – Collapse as described and limited in **D.1.** through **D.7.**

**E. Additional Coverage – Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria**

**1.** The coverage described in **E.2.** and **E.6.** only applies when the "fungus", wet or dry rot or bacteria is the result of one or more of the following causes that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence.

    **a.** A "specified cause of loss" other than fire or lightning; or

    **b.** Flood, if the Flood Coverage Endorsement applies to the affected premises.

**2.** We will pay for loss or damage by "fungus", wet or dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

    **a.** Direct physical loss or damage to Covered Property caused by "fungus", wet or dry rot or bacteria, including the cost of removal of the "fungus", wet or dry rot or bacteria;

    **b.** The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet or dry rot or bacteria; and

    **c.** The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungus", wet or dry rot or bacteria are present.

**3.** The coverage described under **E.2.** of this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) and Flood which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus", wet or dry rot or bacteria, we will not pay more than a total of $15,000 even if the "fungus", wet or dry rot or bacteria continues to be present or active, or recurs, in a later policy period.

**4.** The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungus", wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

If there is covered loss or damage to Covered Property, not caused by "fungus", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungus", wet or dry rot or bacteria causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

**5.** The terms of this Limited Coverage do not increase or reduce the coverage provided under Paragraph **F.2.** (Water Damage, Other Liquids, Powder Or Molten Material Damage) of this Causes Of Loss Form or under the Additional Coverage – Collapse.

**6.** The following, **6.a.** or **6.b.**, applies only if Business Income and/or Extra Expense Coverage applies to the described premises and only if the "suspension" of "operations" satisfies all terms and conditions of the applicable Business Income and/or Extra Expense Coverage Form.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000068 of 000205

© ISO Properties, Inc., 2007

Filed    21-CI-00101    02/24/2021    Wendy Graney, Shelby Circuit Clerk

**CP 10 30 06 07**    ☐

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

**a.** If the loss which resulted in "fungus", wet or dry rot or bacteria does not in itself necessitate a "suspension" of "operations", but such "suspension" is necessary due to loss or damage to property caused by "fungus", wet or dry rot or bacteria, then our payment under Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

**b.** If a covered "suspension" of "operations" was caused by loss or damage other than "fungus", wet or dry rot or bacteria but remediation of "fungus", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

## F. Additional Coverage Extensions

### 1. Property In Transit

This Extension applies only to your personal property to which this form applies.

**a.** You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 100 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

**b.** Loss or damage must be caused by or result from one of the following causes of loss:

**(1)** Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism.

**(2)** Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the roadbed.

**(3)** Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.

**c.** The most we will pay for loss or damage under this Extension is $5,000.

This Coverage Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

### 2. Water Damage, Other Liquids, Powder Or Molten Material Damage

If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes. This Coverage Extension does not increase the Limit of Insurance.

### 3. Glass

**a.** We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

**b.** We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

This Coverage Extension, **F.3.,** does not increase the Limit of Insurance.

## G. Definitions

**1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.** "Specified causes of loss" means the following: fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire-extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

**a.** Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

**(1)** The cost of filling sinkholes; or

**(2)** Sinking or collapse of land into manmade underground cavities.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000069 of 000205

Filed 21-CI-00101 02/24/2021 Wendy Graney, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

**b.** Falling objects does not include loss or damage to:

   **(1)** Personal property in the open; or

   **(2)** The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

**c.** Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of a plumbing, heating, air conditioning or other system or appliance (other than a sump system including its related equipment and parts), that is located on the described premises and contains water or steam.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000070 of 000205

© ISO Properties, Inc., 2007
**CP 10 30 06 07**

Filed 21-CI-00101 02/24/2021 Wendy Graney, Shelby Circuit Clerk

Filed 21-CI-00101 02/24/2021 Wendy Graney, Shelby Circuit Clerk
NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

**COMMERCIAL PROPERTY**
**CP 10 40 08 99**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EARTHQUAKE AND VOLCANIC ERUPTION ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** When this endorsement is attached to the Standard Property Policy, the terms Coverage Part and Coverage Form in this endorsement are replaced by the term Policy.

**B.** This endorsement applies to the Covered Property and Coverages for which an Earthquake – Volcanic Eruption Limit of Insurance is shown in the Declarations.

**C. Additional Covered Causes Of Loss**

**1.** The following are added to the Covered Causes Of Loss:

**a.** Earthquake.

**b.** Volcanic Eruption, meaning the eruption, explosion or effusion of a volcano.

All Earthquake shocks or Volcanic Eruptions that occur within any 168-hour period will constitute a single Earthquake or Volcanic Eruption. The expiration of this policy will not reduce the 168-hour period.

**2.** If the Declarations indicate that this endorsement covers Earthquake - Sprinkler Leakage Only, then the Covered Causes of Loss in Paragraph **C.1.** of this endorsement do not apply, and the following apply instead:

**a.** Sprinkler Leakage resulting from Earthquake.

**b.** Sprinkler Leakage resulting from Volcanic Eruption. Volcanic Eruption means the eruption, explosion or effusion of a volcano.

All Earthquake shocks or Volcanic Eruptions that occur within any 168-hour period will constitute a single Earthquake or Volcanic Eruption. The expiration of this policy will not reduce the 168-hour period.

**D. Exclusions, Limitations And Related Provisions**

**1.** The Exclusions and Limitation(s) sections of the Causes Of Loss Form (and the Exclusions section of the Mortgageholders Errors And Omissions Coverage Form and the Standard Property Policy) apply to coverage provided under this endorsement, except as provided in **D.2.** and **D.3.** below.

**2.** To the extent that the Earth Movement Exclusion might conflict with coverage provided under this endorsement, the Earth Movement Exclusion does not apply.

**3.** The exclusion of collapse, in the Causes Of Loss – Special Form and Mortgageholders Errors And Omissions Coverage Form, does not apply to collapse caused by Earthquake or Volcanic Eruption.

**4.** The Additional Coverage – Collapse, in the Causes Of Loss – Broad Form, Causes Of Loss – Special Form and Mortgageholders Errors And Omissions Coverage Form, does not apply to the coverage provided under this endorsement. This endorsement includes coverage for collapse caused by Earthquake or Volcanic Eruption.

**5.** We will not pay for loss or damage caused directly or indirectly by tidal wave or tsunami, even if attributable to an Earthquake or Volcanic Eruption.

**6.** We will not pay for loss or damage caused by or resulting from any Earthquake or Volcanic Eruption that begins before the inception of this insurance.

**7.** The Ordinance Or Law Exclusion in this Coverage Part continues to apply with respect to any loss under this Coverage Part including any loss under this endorsement, unless Ordinance Or Law Coverage is added by endorsement.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000071 of 000205

Filed 21-CI-00101
Copyright, Insurance Services Office, Inc., 1998
02/24/2021 Wendy Graney, Shelby Circuit Clerk
**Page 1 of 4**  ☐

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

8. We will not pay for loss of or damage to exterior masonry veneer (except stucco) on wood frame walls caused by or resulting from Earthquake or Volcanic Eruption. The value of such veneer will not be included in the value of Covered Property or the amount of loss when applying the Property Damage Deductible applicable to this endorsement.

This limitation, **D.8.,** does not apply if:

a. The Declarations indicate that the "Including Masonry Veneer" option applies or the premises description in the Declarations specifically states "Including Masonry Veneer"; or

b. Less than 10% of the total outside wall area is faced with masonry veneer (excluding stucco).

9. Under this Coverage Part, as set forth under Property Not Covered in the Coverage Form to which this endorsement is attached, land is not covered property, nor is the cost of excavations, grading, backfilling or filling. Therefore, coverage under this endorsement does not include the cost of restoring or remediating land.

## E. Property Damage Deductible

1. The provisions of Section **E.2.** of this endorsement are applicable to all Coverage Forms except:

   a. Business Income (And Extra Expense) Coverage Form;

   b. Business Income (Without Extra Expense) Coverage Form;

   c. Extra Expense Coverage Form.

2. The Deductible, if any, in this Coverage Part is replaced by the following with respect to Earthquake and Volcanic Eruption:

   **a. All Policies**

   (1) The Deductible provisions apply to each Earthquake or Volcanic Eruption.

   (2) Separate Deductibles are calculated for, and apply to, each building, personal property at each building and personal property in the open. Deductibles are separately calculated and applied even if:

       (a) Two or more buildings sustain loss or damage;

       (b) Personal property at two or more buildings sustains loss or damage; and/or

       (c) A building and the personal property in that building sustain loss or damage.

(3) We will not pay for loss or damage until the amount of loss or damage exceeds the applicable Deductible. We will then pay the amount of loss or damage in excess of that Deductible, up to the applicable Limit of Insurance, after any reduction required by any of the following: Coinsurance Condition, Agreed Value Optional Coverage, Additional Condition – Need for Adequate Insurance or Additional Condition – Need for Full Reports.

(4) When property is covered under the Coverage Extension for Newly Acquired or Constructed Property: In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to a percentage of the value of the property at time of loss. The applicable percentage for Newly Acquired or Constructed Property is the highest percentage shown in the Declarations for any described premises.

(5) If there is loss or damage caused by Earthquake or Volcanic Eruption, and loss or damage caused by a Cause of Loss (e.g., fire) that is covered by means of an exception to the Earth Movement Exclusion, then the only applicable Deductible provisions are those stated in this endorsement.

**b. Calculation Of The Deductible – Specific Insurance Other Than Builders Risk**

(1) **Property Not Subject To Value Reporting Forms**

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to a percentage (as shown in the Declarations, concerning the Earthquake – Volcanic Eruption Deductible) of the Limit of Insurance applicable to the property that has sustained loss or damage.

(2) **Property Subject To Value Reporting Forms**

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to a percentage (as shown in the Declarations, concerning the Earthquake – Volcanic Eruption Deductible) of the value of the property that has sustained loss or damage. The value to be used is the latest value shown in the most recent Report of Values on file with us.

Copyright, Insurance Services Office, Inc., 1998

**CP 10 40 08 99**

Filed     21-CI-00101     02/24/2021     Wendy Graney, Shelby Circuit Clerk

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000072 of 000205

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

However:

**(a)** If the most recent Report of Values shows less than the full value of the property on the report dates, we will determine the deductible amount as a percentage of the full value as of the report dates.

**(b)** If the first Report of Values is not filed with us prior to loss or damage, we will determine the deductible amount as a percentage of the applicable Limit of Insurance.

**c. Calculation Of The Deductible – Blanket Insurance Other Than Builders Risk**

**(1) Property Not Subject To Value Reporting Forms**

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to a percentage (as shown in the Declarations, concerning the Earthquake – Volcanic Eruption Deductible) of the value of the property that has sustained loss or damage. The value to be used is that shown in the most recent Statement of Values on file with us.

**(2) Property Subject To Value Reporting Forms**

In determining the amount, if any, that we will pay for property that has sustained loss or damage, we will deduct an amount equal to a percentage (as shown in the Declarations, concerning the Earthquake – Volcanic Eruption Deductible) of the value of that property as of the time of loss or damage.

**d. Calculation Of The Deductible – Builders Risk Insurance**

**(1) Builders Risk Other Than Reporting Form**

In determining the amount, if any, that we will pay for property that has sustained loss or damage, we will deduct an amount equal to a percentage (as shown in the Declarations, concerning the Earthquake – Volcanic Eruption Deductible) of the actual cash value of that property as of the time of loss or damage.

**(2) Builders Risk Reporting Form**

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to a percentage (as shown in the Declarations, concerning the Earthquake – Volcanic Eruption Deductible) of the value of the property that has sustained loss or damage. The value to be used is the actual cash value shown in the most recent Report of Values on file with us.

However:

**(a)** If the most recent Report of Values shows less than the actual cash value of the property on the report date, we will determine the deductible amount as a percentage of the actual cash value as of the report date.

**(b)** If the first Report of Values is not filed with us prior to loss or damage, we will determine the deductible amount as a percentage of the actual cash value of the property as of the time of loss or damage.

**F. Examples – Application Of Deductible In E.2.:**

**EXAMPLE #1 – SPECIFIC INSURANCE (E.2.b.(1))**

The amount of loss to the damaged building is $60,000.

The value of the damaged building at time of loss is $100,000. The Coinsurance percentage shown in the Declarations is 80%; the minimum Limit of Insurance needed to meet the coinsurance requirement is $80,000 (80% of $100,000).

The **actual** Limit of Insurance on the damaged building is $70,000.

The Deductible is 5%.

Step **(1):** $70,000 ÷ $80,000 = .875
Step **(2):** $60,000 X .875 = $52,500
Step **(3):** $70,000 X 5% = $3,500
Step **(4):** $52,500 – $3,500 = $49,000

The most we will pay is $49,000. The remainder of the loss, $11,000, is not covered due to the Coinsurance penalty for inadequate insurance (steps **(1)** and **(2)**) and the application of the Deductible (steps **(3)** and **(4)**).

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000073 of 000205

Copyright, Insurance Services Office, Inc., 1998

Filed      21-CI-00101    02/24/2021    Wendy Graney, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

**EXAMPLE #2 – SPECIFIC INSURANCE (E.2.b.(1))**

The amounts of loss to the damaged property are $60,000 (building) and $40,000 (business personal property in building).

The value of the damaged building at time of loss is $100,000. The value of the business personal property in that building is $80,000. The Coinsurance percentage shown in the Declarations is 80%; the minimum Limits of Insurance needed to meet the coinsurance requirement are $80,000 (80% of $100,000) for the building and $64,000 (80% of $80,000) for the business personal property.

The **actual** Limits of Insurance on the damaged property are $80,000 on the building and $64,000 on the business personal property (therefore no Coinsurance penalty).

The Deductible is 10%.

**Building**

Step **(1):** $80,000 X 10% = $8,000
Step **(2):** $60,000 – $8,000 = $52,000

**Business Personal Property**

Step **(1):** $64,000 X 10% = $6,400
Step **(2):** $40,000 – $6,400 = $33,600

The most we will pay is $85,600. That portion of the total loss not covered due to application of the Deductible is $14,400.

**EXAMPLE #3 – BLANKET INSURANCE (E.2.c.(1))**

The sum of the values of Building #1 ($500,000), Building #2 ($500,000) and Building #3 ($1,000,000), as shown in the most recent Statement of Values on file with us, is $2,000,000.

The Coinsurance percentage shown in the Declarations is 90%; the minimum Blanket Limit of Insurance needed to meet the coinsurance requirement is $1,800,000 (90% of $2,000,000).

The **actual** Blanket Limit of Insurance covering Buildings #1, #2, and #3, shown in the Declarations, is $1,800,000 (therefore no Coinsurance penalty).

Buildings #1 and #2 have sustained damage; the amounts of loss to these buildings are $40,000 (Building #1) and $60,000 (Building #2).

The Deductible is 5%.

**Building #1**

Step **(1):** $500,000 X 5% = $25,000
Step **(2):** $40,000 – $25,000 = $15,000

**Building #2**

Step **(1):** $500,000 X 5% = $25,000
Step **(2):** $60,000 – $25,000 = $35,000

The most we will pay is $50,000. That portion of the total loss not covered due to application of the Deductible is $50,000.

**EXAMPLE #4 – BLANKET INSURANCE (E.2.c.(1))**

The sum of the values of Building #1 ($500,000), Building #2 ($500,000), Business Personal Property at Building #1 ($250,000) and Business Personal Property at Building #2 ($250,000), as shown in the most recent Statement of Values on file with us, is $1,500,000.

The Coinsurance percentage shown in the Declarations is 90%; the minimum Blanket Limit of Insurance needed to meet the coinsurance requirement is $1,350,000 (90% of $1,500,000).

The **actual** Blanket Limit of Insurance covering Buildings #1 and #2 and Business Personal Property at Buildings #1 and #2, shown in the Declarations, is $1,350,000. Therefore there is no Coinsurance penalty.

Building #1 and Business Personal Property at Building #1 have sustained damage; the amounts of loss are $95,000 (Building) and $5,000 (Business Personal Property).

The Deductible is 10%.

**Building**

Step **(1):** $500,000 X 10% = $50,000
Step **(2):** $95,000 – $50,000 = $45,000

**Business Personal Property**

Step **(1):** $250,000 X 10% = $25,000
The loss, $5,000, does not exceed the deductible.

The most we will pay is $45,000. The remainder of the building loss, $50,000, is not covered due to application of the Deductible. There is no loss payment for the business personal property.

**G. Business Income And Extra Expense Period Of Restoration**

This Section **G.,** is applicable only to the Coverage Forms specified below:

**1.** Business Income (And Extra Expense) Coverage Form;

**2.** Business Income (Without Extra Expense) Coverage Form;

**3.** Extra Expense Coverage Form.

The "period of restoration" definition stated in the Coverage Form, or in any endorsement amending the beginning of the "period of restoration", applies to each Earthquake or Volcanic Eruption. A single Earthquake or Volcanic Eruption is defined in Section **C.** of this endorsement.

Filed    21-CI-00101        Copyright, Insurance Services Office, Inc., 1998
02/24/2021     Wendy Graney, Shelby Circuit Clerk

CP 10 40 08 99    □

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000074 of 000205

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

COMMERCIAL PROPERTY
CP 00 30 06 07

# BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **F.**, Definitions.

## A. Coverage

### 1. Business Income

Business Income means the:

**a.** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred; and

**b.** Continuing normal operating expenses incurred, including payroll.

For manufacturing risks, Net Income includes the net sales value of production.

Coverage is provided as described and limited below for one or more of the following options for which a Limit of Insurance is shown in the Declarations:

**(1)** Business Income Including "Rental Value".

**(2)** Business Income Other Than "Rental Value".

**(3)** "Rental Value".

If option **(1)** above is selected, the term Business Income will include "Rental Value". If option **(3)** above is selected, the term Business Income will mean "Rental Value" only.

If Limits of Insurance are shown under more than one of the above options, the provisions of this Coverage Part apply separately to each.

We will pay for the actual loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by direct physical loss of or damage to property at premises which are described in the Declarations and for which a Business Income Limit of Insurance is shown in the Declarations. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of the site at which the described premises are located.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of the site at which the described premises are located, your premises means:

**(a)** The portion of the building which you rent, lease or occupy; and

**(b)** Any area within the building or on the site at which the described premises are located, if that area services, or is used to gain access to, the described premises.

### 2. Extra Expense

**a.** Extra Expense Coverage is provided at the premises described in the Declarations only if the Declarations show that Business Income Coverage applies at that premises.

**b.** Extra Expense means necessary expenses you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property caused by or resulting from a Covered Cause of Loss.

We will pay Extra Expense (other than the expense to repair or replace property) to:

**(1)** Avoid or minimize the "suspension" of business and to continue operations at the described premises or at replacement premises or temporary locations, including relocation expenses and costs to equip and operate the replacement location or temporary location.

**(2)** Minimize the "suspension" of business if you cannot continue "operations".

We will also pay Extra Expense to repair or replace property, but only to the extent it reduces the amount of loss that otherwise would have been payable under this Coverage Form.

Filed          21-CI-00101          02/24/2021          Wendy Graney, Shelby Circuit Clerk

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000075 of 000205

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

**3. Covered Causes Of Loss, Exclusions And Limitations**

See applicable Causes Of Loss Form as shown in the Declarations.

**4. Additional Limitation – Interruption Of Computer Operations**

**a.** Coverage for Business Income does not apply when a "suspension" of "operations" is caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the Additional Coverage – Interruption Of Computer Operations.

**b.** Coverage for Extra Expense does not apply when action is taken to avoid or minimize a "suspension" of "operations" caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the Additional Coverage – Interruption Of Computer Operations.

**c.** Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

**5. Additional Coverages**

**a. Civil Authority**

In this Additional Coverage – Civil Authority, the described premises are premises to which this Coverage Form applies, as shown in the Declarations.

When a Covered Cause of Loss causes damage to property other than property at the described premises, we will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises, provided that both of the following apply:

**(1)** Access to the area immediately surrounding the damaged property is prohibited by civil authority as a result of the damage, and the described premises are within that area but are not more than one mile from the damaged property; and

**(2)** The action of civil authority is taken in response to dangerous physical conditions resulting from the damage or continuation of the Covered Cause of Loss that caused the damage, or the action is taken to enable a civil authority to have unimpeded access to the damaged property.

Civil Authority Coverage for Business Income will begin 72 hours after the time of the first action of civil authority that prohibits access to the described premises and will apply for a period of up to four consecutive weeks from the date on which such coverage began.

Civil Authority Coverage for Extra Expense will begin immediately after the time of the first action of civil authority that prohibits access to the described premises and will end:

**(1)** Four consecutive weeks after the date of that action; or

**(2)** When your Civil Authority Coverage for Business Income ends;

whichever is later.

**b. Alterations And New Buildings**

We will pay for the actual loss of Business Income you sustain and necessary Extra Expense you incur due to direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss to:

**(1)** New buildings or structures, whether complete or under construction;

**(2)** Alterations or additions to existing buildings or structures; and

© ISO Properties, Inc., 2007
Wendy Graney, Shelby Circuit Clerk
**CP 00 30 06 07**        □

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000076 of 000205

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

**(3)** Machinery, equipment, supplies or building materials located on or within 100 feet of the described premises and:

**(a)** Used in the construction, alterations or additions; or

**(b)** Incidental to the occupancy of new buildings.

If such direct physical loss or damage delays the start of "operations", the "period of restoration" for Business Income Coverage will begin on the date "operations" would have begun if the direct physical loss or damage had not occurred.

**c. Extended Business Income**

**(1) Business Income Other Than "Rental Value"**

If the necessary "suspension" of your "operations" produces a Business Income loss payable under this policy, we will pay for the actual loss of Business Income you incur during the period that:

**(a)** Begins on the date property (except "finished stock") is actually repaired, rebuilt or replaced and "operations" are resumed; and

**(b)** Ends on the earlier of:

**(i)** The date you could restore your "operations", with reasonable speed, to the level which would generate the business income amount that would have existed if no direct physical loss or damage had occurred; or

**(ii)** 30 consecutive days after the date determined in **(1)(a)** above.

However, Extended Business Income does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of Business Income must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

**(2) "Rental Value"**

If the necessary "suspension" of your "operations" produces a "Rental Value" loss payable under this policy, we will pay for the actual loss of "Rental Value" you incur during the period that:

**(a)** Begins on the date property is actually repaired, rebuilt or replaced and tenantability is restored; and

**(b)** Ends on the earlier of:

**(i)** The date you could restore tenant occupancy, with reasonable speed, to the level which would generate the "Rental Value" that would have existed if no direct physical loss or damage had occurred; or

**(ii)** 30 consecutive days after the date determined in **(2)(a)** above.

However, Extended Business Income does not apply to loss of "Rental Value" incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of "Rental Value" must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

**d. Interruption Of Computer Operations**

**(1)** Under this Additional Coverage, electronic data has the meaning described under Additional Limitation – Interruption Of Computer Operations.

**(2)** Subject to all provisions of this Additional Coverage, you may extend the insurance that applies to Business Income and Extra Expense to apply to a "suspension" of "operations" caused by an interruption in computer operations due to destruction or corruption of electronic data due to a Covered Cause of Loss.

Filed     21-CI-00101     02/24/2021     Wendy Graney, Shelby Circuit Clerk

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000077 of 000205

Filed 21-CI-00101 02/24/2021 Wendy Graney, Shelby Circuit Clerk
NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

(3) With respect to the coverage provided under this Additional Coverage, the Covered Causes of Loss are subject to the following:

(a) If the Causes Of Loss – Special Form applies, coverage under this Additional Coverage – Interruption Of Computer Operations is limited to the "specified causes of loss" as defined in that form, and Collapse as set forth in that form.

(b) If the Causes Of Loss – Broad Form applies, coverage under this Additional Coverage – Interruption Of Computer Operations includes Collapse as set forth in that form.

(c) If the Causes Of Loss Form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage – Interruption Of Computer Operations.

(d) The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for an interruption related to manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, maintain, repair or replace that system.

(4) The most we will pay under this Additional Coverage – Interruption of Computer Operations is \$2,500 for all loss sustained and expense incurred in any one policy year, regardless of the number of interruptions or the number of premises, locations or computer systems involved. If loss payment relating to the first interruption does not exhaust this amount, then the balance is available for loss or expense sustained or incurred as a result of subsequent interruptions in that policy year. A balance remaining at the end of a policy year does not increase the amount of insurance in the next policy year. With respect to any interruption which begins in one policy year and continues or results in additional loss or expense in a subsequent policy year(s), all loss and expense is deemed to be sustained or incurred in the policy year in which the interruption began.

(5) This Additional Coverage – Interruption in Computer Operations does not apply to loss sustained or expense incurred after the end of the "period of restoration", even if the amount of insurance stated in (4) above has not been exhausted.

**6. Coverage Extension**

If a Coinsurance percentage of 50% or more is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**NEWLY ACQUIRED LOCATIONS**

**a.** You may extend your Business Income and Extra Expense Coverages to apply to property at any location you acquire other than fairs or exhibitions.

**b.** The most we will pay under this Extension, for the sum of Business Income loss and Extra Expense incurred, is \$100,000 at each location.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000078 of 000205

Filed 21-CI-00101 02/24/2021 © ISO Properties, Inc., 2007
Wendy Graney, Shelby Circuit Clerk
**CP 00 30 06 07** □

**c.** Insurance under this Extension for each newly acquired location will end when any of the following first occurs:

**(1)** This policy expires;

**(2)** 30 days expire after you acquire or begin to construct the property; or

**(3)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property.

The Additional Condition, Coinsurance, does not apply to this Extension.

## B. Limits Of Insurance

The most we will pay for loss in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

Payments under the following coverages will not increase the applicable Limit of Insurance:

**1.** Alterations And New Buildings;

**2.** Civil Authority;

**3.** Extra Expense; or

**4.** Extended Business Income.

The amounts of insurance stated in the Interruption Of Computer Operations Additional Coverage and the Newly Acquired Locations Coverage Extension apply in accordance with the terms of those coverages and are separate from the Limit(s) of Insurance shown in the Declarations for any other coverage.

## C. Loss Conditions

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

### 1. Appraisal

If we and you disagree on the amount of Net Income and operating expense or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser.

The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of Net Income and operating expense or amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

### 2. Duties In The Event Of Loss

**a.** You must see that the following are done in the event of loss:

**(1)** Notify the police if a law may have been broken.

**(2)** Give us prompt notice of the direct physical loss or damage. Include a description of the property involved.

**(3)** As soon as possible, give us a description of how, when, and where the direct physical loss or damage occurred.

**(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(5)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(6)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(7)** Cooperate with us in the investigation or settlement of the claim.

**(8)** If you intend to continue your business, you must resume all or part of your "operations" as quickly as possible.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000079 of 000205

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

### 3. Loss Determination

**a.** The amount of Business Income loss will be determined based on:

**(1)** The Net Income of the business before the direct physical loss or damage occurred;

**(2)** The likely Net Income of the business if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses;

**(3)** The operating expenses, including payroll expenses, necessary to resume "operations" with the same quality of service that existed just before the direct physical loss or damage; and

**(4)** Other relevant sources of information, including:

**(a)** Your financial records and accounting procedures;

**(b)** Bills, invoices and other vouchers; and

**(c)** Deeds, liens or contracts.

**b.** The amount of Extra Expense will be determined based on:

**(1)** All expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct physical loss or damage had occurred. We will deduct from the total of such expenses:

**(a)** The salvage value that remains of any property bought for temporary use during the "period of restoration", once "operations" are resumed; and

**(b)** Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

**(2)** Necessary expenses that reduce the Business Income loss that otherwise would have been incurred.

### c. Resumption Of Operations

We will reduce the amount of your:

**(1)** Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

**(2)** Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

**d.** If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

### 4. Loss Payment

We will pay for covered loss within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part and:

**a.** We have reached agreement with you on the amount of loss; or

**b.** An appraisal award has been made.

## D. Additional Condition

### COINSURANCE

If a Coinsurance percentage is shown in the Declarations, the following condition applies in addition to the Common Policy Conditions and the Commercial Property Conditions.

We will not pay the full amount of any Business Income loss if the Limit of Insurance for Business Income is less than:

**1.** The Coinsurance percentage shown for Business Income in the Declarations; times

**2.** The sum of:

**a.** The Net Income (Net Profit or Loss before income taxes), and

**b.** Operating expenses, including payroll expenses,

that would have been earned or incurred (had no loss occurred) by your "operations" at the described premises for the 12 months following the inception, or last previous anniversary date, of this policy (whichever is later).

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000080 of 000205

Filed 21-CI-00101 02/24/2021 Wendy Graney, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

Instead, we will determine the most we will pay using the following steps:

Step **(1):** Multiply the Net Income and operating expense for the 12 months following the inception, or last previous anniversary date, of this policy by the Coinsurance percentage;

Step **(2):** Divide the Limit of Insurance for the described premises by the figure determined in Step **(1);** and

Step **(3):** Multiply the total amount of loss by the figure determined in Step **(2).**

We will pay the amount determined in Step **(3)** or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

In determining operating expenses for the purpose of applying the Coinsurance condition, the following expenses, if applicable, shall be deducted from the total of all operating expenses:

**(1)** Prepaid freight – outgoing;

**(2)** Returns and allowances;

**(3)** Discounts;

**(4)** Bad debts;

**(5)** Collection expenses;

**(6)** Cost of raw stock and factory supplies consumed (including transportation charges);

**(7)** Cost of merchandise sold (including transportation charges);

**(8)** Cost of other supplies consumed (including transportation charges);

**(9)** Cost of services purchased from outsiders (not employees) to resell, that do not continue under contract;

**(10)** Power, heat and refrigeration expenses that do not continue under contract (if Form **CP 15 11** is attached);

**(11)** All ordinary payroll expenses or the amount of payroll expense excluded (if Form **CP 15 10** is attached); and

**(12)** Special deductions for mining properties (royalties unless specifically included in coverage; actual depletion commonly known as unit or cost depletion – not percentage depletion; welfare and retirement fund charges based on tonnage; hired trucks).

## EXAMPLE #1 (UNDERINSURANCE)

When: The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been: $ 400,000

The Coinsurance percentage is: 50%

The Limit of Insurance is: $ 150,000

The amount of loss is: $ 80,000

Step **(1):** $400,000 x 50% = $200,000

(the minimum amount of insurance to meet your Coinsurance requirements)

Step **(2):** $150,000 ÷ $200,000 = .75

Step **(3):** $80,000 x .75 = $60,000

We will pay no more than $60,000. The remaining $20,000 is not covered.

## EXAMPLE #2 (ADEQUATE INSURANCE)

When: The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been: $ 400,000

The Coinsurance percentage is: 50%

The Limit of Insurance is: $ 200,000

The amount of loss is: $ 80,000

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($400,000 x 50%). Therefore, the Limit of Insurance in this example is adequate and no penalty applies. We will pay no more than $80,000 (amount of loss).

This condition does not apply to Extra Expense Coverage.

## E. Optional Coverages

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item.

### 1. Maximum Period Of Indemnity

**a.** The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000081 of 000205

 © ISO Properties, Inc., 2007

Filed 21-CI-00101 02/24/2021 Wendy Graney, Shelby Circuit Clerk

Filed        21-CI-00101     02/24/2021        Wendy Graney, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

b. The most we will pay for the total of Business Income loss and Extra Expense is the lesser of:

(1) The amount of loss sustained and expenses incurred during the 120 days immediately following the beginning of the "period of restoration"; or

(2) The Limit of Insurance shown in the Declarations.

### 2. Monthly Limit Of Indemnity

a. The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

b. The most we will pay for loss of Business Income in each period of 30 consecutive days after the beginning of the "period of restoration" is:

(1) The Limit of Insurance, multiplied by

(2) The fraction shown in the Declarations for this Optional Coverage.

### EXAMPLE

| When: | The Limit of Insurance is: | $ 120,000 |
|---|---|---|
| | The fraction shown in the Declarations for this Optional Coverage is: | 1/4 |
| | The most we will pay for loss in each period of 30 consecutive days is: | $ 30,000 |
| | ($120,000 x 1/4 = $30,000) | |
| | If, in this example, the actual amount of loss is: | |
| | Days 1–30: | $ 40,000 |
| | Days 31–60: | $ 20,000 |
| | Days 61–90: | $ 30,000 |
| | | $ 90,000 |
| | We will pay: | |
| | Days 1–30: | $ 30,000 |
| | Days 31–60: | $ 20,000 |
| | Days 61–90: | $ 30,000 |
| | | $ 80,000 |

The remaining $10,000 is not covered.

### 3. Business Income Agreed Value

a. To activate this Optional Coverage:

(1) A Business Income Report/Work Sheet must be submitted to us and must show financial data for your "operations":

(a) During the 12 months prior to the date of the Work Sheet; and

(b) Estimated for the 12 months immediately following the inception of this Optional Coverage.

(2) The Declarations must indicate that the Business Income Agreed Value Optional Coverage applies, and an Agreed Value must be shown in the Declarations. The Agreed Value should be at least equal to:

(a) The Coinsurance percentage shown in the Declarations; multiplied by

(b) The amount of Net Income and operating expenses for the following 12 months you report on the Work Sheet.

b. The Additional Condition, Coinsurance, is suspended until:

(1) 12 months after the effective date of this Optional Coverage; or

(2) The expiration date of this policy;

whichever occurs first.

c. We will reinstate the Additional Condition, Coinsurance, automatically if you do not submit a new Work Sheet and Agreed Value:

(1) Within 12 months of the effective date of this Optional Coverage; or

(2) When you request a change in your Business Income Limit of Insurance.

d. If the Business Income Limit of Insurance is less than the Agreed Value, we will not pay more of any loss than the amount of loss multiplied by:

(1) The Business Income Limit of Insurance; divided by

(2) The Agreed Value.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000082 of 000205

Filed        21-CI-00101     02/24/2021

© ISO Properties, Inc., 2007        CP 00 30 06 07

Wendy Graney, Shelby Circuit Clerk

**EXAMPLE**

When:    The Limit of Insurance is:    $100,000

The Agreed Value is:    $200,000

The amount of loss is:    $80,000

Step **(1)**: $100,000 ÷ $200,000 = .50

Step **(2)**: .50 x $80,000 = $40,000

We will pay $40,000. The remaining $40,000 is not covered.

**4. Extended Period Of Indemnity**

Under Paragraph **A.5.c., Extended Business Income**, the number 30 in Subparagraphs **(1)(b)** and **(2)(b)** is replaced by the number shown in the Declarations for this Optional Coverage.

**F. Definitions**

**1.** "Finished stock" means stock you have manufactured.

"Finished stock" also includes whiskey and alcoholic products being aged, unless there is a Coinsurance percentage shown for Business Income in the Declarations.

"Finished stock" does not include stock you have manufactured that is held for sale on the premises of any retail outlet insured under this Coverage Part.

**2.** "Operations" means:

**a.** Your business activities occurring at the described premises; and

**b.** The tenantability of the described premises, if coverage for Business Income Including "Rental Value" or "Rental Value" applies.

**3.** "Period of restoration" means the period of time that:

**a.** Begins:

**(1)** 72 hours after the time of direct physical loss or damage for Business Income Coverage; or

**(2)** Immediately after the time of direct physical loss or damage for Extra Expense Coverage;

caused by or resulting from any Covered Cause of Loss at the described premises; and

**b.** Ends on the earlier of:

**(1)** The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

**(2)** The date when business is resumed at a new permanent location.

"Period of restoration" does not include any increased period required due to the enforcement of any ordinance or law that:

**(1)** Regulates the construction, use or repair, or requires the tearing down, of any property; or

**(2)** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The expiration date of this policy will not cut short the "period of restoration".

**4.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**5.** "Rental Value" means Business Income that consists of:

**a.** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred as rental income from tenant occupancy of the premises described in the Declarations as furnished and equipped by you, including fair rental value of any portion of the described premises which is occupied by you; and

**b.** Continuing normal operating expenses incurred in connection with that premises, including:

**(1)** Payroll; and

**(2)** The amount of charges which are the legal obligation of the tenant(s) but would otherwise be your obligations.

**6.** "Suspension" means:

**a.** The slowdown or cessation of your business activities; or

**b.** That a part or all of the described premises is rendered untenantable, if coverage for Business Income Including "Rental Value" or "Rental Value" applies.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000083 of 000205

Filed 21-CI-00101 02/24/2021

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

# ELITE MANUFACTURING WRAP SCHEDULE

The following is a summary of the coverage provided in the CPT 7610 ELITE MANUFACTURING WRAP Endorsement. The Schedule and Endorsement are applicable only to those premises described in the Declarations where the CAUSES OF LOSS – SPECIAL FORM applies.

| Coverage Extension Provision | Page | Limit |
|---|---|---|
| **COORDINATION OF LIMITS** | | |
| | | |
| **I. MANUFACTURING OPERATION COVERAGES** | | |
| A. Brand And Label Removal | 1 | $100,000 |
| B. Broadened Business Income (Including Civil Authority, Lost Lease Protection, Dependent Property Income, and Contingent Cargo Income) | 1 | $100,000 |
| Extended Period of Indemnity | | 24 months |
| C. Customer Property – Away From Premises | 3 | |
| 1. Customer Property In Transit (Any Vehicle) | | $25,000 |
| 2. Customer Property In The Care, Custody, Or Control Of Your Subcontractor | | $25,000 |
| D. Customer Property – Theft By Employee | 4 | $10,000 |
| E. Dies, Patterns, Molds And Forms (Theft Limitation) Including Customers | 4 | $250,000 |
| F. Employee Tools:  Per Employee | 4 | $2,500 |
| Aggregate | | $25,000 |
| G. Installation Including Theft Of Building Materials Off Premises | 5 | $25,000 |
| H. Patent Infringement Expense Reimbursement | 5 | $5,000 |
| I. Precious Metals | 5 | $50,000 |
| J. Property In Transit (Any Vehicle) | 5 | $100,000 |
| K. Selling Price Clause | 6 | Included |
| | | |
| **II. FLEX COVERAGE EXTENSIONS** | | |
| A. Flex Coverage Limit Of Insurance | 6 | $500,000 |

Applies To The Following Coverage Options:

| | |
|---|---|
| 1. Accounts Receivable (Other Than Electronic Data) | 6. Outdoor Property (Limited to $500 per tree, shrub, or plant) |
| 2. Debris Removal | 7. Personal Property Of Others (excluding employee tools) |
| 3. Electronic Data | |
| 4. Fine Arts At Described Premises | 8. Public Safety Service Charges |
| 5. Fire Extinguisher Recharge | 9. Valuable Papers And Records (Other Than Electronic Data) |

| Coverage Extension Provision | Page | Limit |
|---|---|---|
| **III. COVERAGE FEATURES** | | |
| A. Additional Covered Property | 8 | $25,000 |
| B. Broadened Premises | 8 | 1,000 feet |
| C. Business Personal Property – Seasonal Increase | 9 | 25% or $250,000 |
| D. Computer Fraud Coverage | 9 | $5,000 |
| E. Contract Penalty Costs: Per Claim | 9 | $25,000 |
| Aggregate | | $50,000 |
| F. Employee Dishonesty | 9 | $25,000 |
| G. Forgery Or Alteration | 11 | $25,000 |
| H. Glass Breakage | 11 | $5,000 |
| I. Limited Ordinance Or Law | 11 | |
| Undamaged Portion:  Building | | Included in Building Limit |
| Tenant Improvements and Betterments | | Included in BPP Limit |
| Demolition Cost Coverage and Increased Cost Of Construction combined | | $250,000 |
| J. Lock Replacement Due To Theft Of Keys Or Transmitters | 12 | $5,000 |
| K. Money And Securities:  Inside | 12 | $25,000 |
| Outside | | $10,000 |
| L. Newly Acquired Or Constructed Property (Building, Your Business Personal Property, Business Income, and Flex Coverage Extensions combined) | 13 | $2,500,000 |

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Page 1 of 2

Filed        21-CI-00101        02/24/2021        Wendy Graney, Shelby Circuit Clerk

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000084 of 000205

Filed    21-CI-00101    02/24/2021    Wendy Graney, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-J

| Coverage Extension Provision | Page | Limit |
|---|---|---|
| **M.** Outdoor Signs: Attached | 14 | Included in Building Limit |
| Not Attached | | $15,000 |
| **N.** Pairs Or Sets | 14 | Included |
| **O.** Personal Effects (Excluding Employee Tools) | 14 | $25,000 |
| **P.** Personal Property Away From Premises | | |
| **1.** Property Off Premises | 14 | |
| **a.** Property at any Fair, Trade Show or Exhibition | | $35,000 |
| **b.** Property in a Temporary Location | | $35,000 |
| **c.** Property in the Care, Custody, or Control of a Salesperson | | $10,000 |
| **Q.** Pollutant Clean-up And Removal | 15 | $25,000 |
| **R.** Theft Of Building Materials | 15 | $5,000 |
| **S.** Water Back-up And Sump Overflow | 15 | $25,000 |
| | | |
| **IV. CLAIM FRIENDLY SUPPORT** | | |
| **A.** Catastrophe Employee Care Costs: Per Claim | 16 | $10,000 |
| Aggregate | | $20,000 |
| **B.** Coinsurance Waiver On Losses Under $10,000 | 16 | Included |
| **C.** Covered Crime Reward | 17 | $5,000 |
| **D.** Realty Tax-Increased Assessment | 17 | $5,000 |
| **E.** Removal Of Property To Prevent A Loss | 17 | $5,000 |
| **F.** Security After Loss | 17 | $5,000 |
| **G.** Deductible Provisions | 17 | |

**1.** Selected Coverage Deductible - $500
Regardless of the amount of the Deductible for Covered Property the most we will deduct in any one occurrence is $500 for the following selected coverages provided by this policy:

| | | | |
|---|---|---|---|
| I.D. | Customers Property – Theft By Employee | III.D. | Computer Fraud Coverage |
| I.F. | Employee Tools | III.F. | Employee Dishonesty |
| II.A.1. | Accounts Receivable (Other Than Electronic Data) | III.G. | Forgery Or Alteration |
| | | III.H. | Glass Breakage |
| I.A.3. | Electronic Data | III.J. | Lock Replacement Due To Theft Of Keys Or Transmitters |
| II.A.4. | Fine Arts At Described Premises | III.K. | Money And Securities |
| II.A.6. | Outdoor Property | III.M. | Outdoor Signs |
| II.A.7. | Personal Property Of Others | III.O. | Personal Effects (Excluding Employee Tools) |
| II.A.9. | Valuable Papers And Records (Other Than Electronic Data) | | |

**2.** No Deductible
No deductible applies to the following additional coverages provided by this policy:

| | | | |
|---|---|---|---|
| I.B. | Broadened Business Income | IV.A. | Catastrophe Employee Care Costs |
| I.H. | Patent Infringement Expense Reimbursement | IV.C. | Covered Crime Reward |
| | | IV.D. | Realty Tax-Increased Assessment |
| II.A.5. | Fire Extinguisher Recharge | IV.F. | Security After Loss |
| II.A.8. | Public Safety Service Charge | | |

**3.** Covered Property Deductible
The deductibles as shown in the policy apply to all remaining coverages.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000085 of 000205

CPT 7605
1001

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Filed    21-CI-00101    02/24/2021    Wendy Graney, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

THIS ENDORSEMENT CHANGES YOUR POLICY. PLEASE READ IT CAREFULLY.

# ELITE MANUFACTURING WRAP

This Endorsement modifies insurance provided under the following:
   BUILDING AND PERSONAL PROPERTY COVERAGE FORM
   CAUSES OF LOSS - SPECIAL FORM
   WATER EXCLUSION ENDORSEMENT


With respect to coverage provided by this Endorsement, the provisions of the Coverage Form apply unless modified by the Endorsement.

**COORDINATION OF LIMITS –** The following Condition applies in addition to the Common Policy Conditions and the Commercial Property Conditions.

If other specific insurance is written by us covering the same loss or damage provided by this policy, we will pay only for the amount of covered loss or damage in excess of the limits provided by that other specific insurance. We will not pay more than the actual loss, or applicable combined limits of insurance, whichever is less.

The most we will pay under any of these coverages is the limit shown on the ELITE MANUFACTURING WRAP SCHEDULE. The Coinsurance Condition does not apply to these coverages.

## I.  MANUFACTURING OPERATION COVERAGES

### A.  Brand And Label Removal

If covered branded or labeled business personal property is damaged by a Covered Cause of Loss, we have the option to take all or any part of the damaged property at the agreed or appraised value. You may extend the insurance that applies to Your Business Personal Property to pay expenses you incur to stamp "salvage" or remove any brands or labels from the property or its containers, if such stamping or removal will not physically damage the property or containers.

The most we will pay for loss or damage under this Extension is shown on the ELITE MANUFACTURING WRAP SCHEDULE.

### B.  Broadened Business Income

#### 1.  "Business Income" And "Extra Expense"

   **a.**  You may extend the insurance provided for direct loss of, or damage to, property to apply to:

   **(1)**  The actual loss of "business income" you sustain due to the necessary suspension of your operations at the described premises as a result of such covered direct loss or damage; and

   **(2)**  Necessary "extra expense" you incur that you would not have incurred if there had been no such covered direct loss or damage.

   **b.**  Coverage applies only to the amount of loss incurred beginning the date of direct physical loss or damage by a Covered Cause of Loss to:

   **(1)**  Property at premises described in the Declarations;

   **(2)**  Personal property in the open; or

   **(3)**  Personal property in a vehicle

   within 1,000 feet of the described premises.

   **c.**  Coverage ends on the date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality, even if this is after the expiration date of this policy.

   **d.**  We will reduce the amount of your "business income" loss to the extent you can resume operations in whole, or in part, by using any other available facilities, sources, or products.

1001
Filed          21-CI-00101          02/24/2021          Wendy Graney, Shelby Circuit Clerk

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000086 of 000205

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

**2. Extended Business Income**

We will pay for your continuing loss of "business income" you incur during the period that:

**a.** Begins on the date property (except finished "stock") is actually repaired, rebuilt or replaced and operations are resumed; and

**b.** Ends on the earlier of:

**(1)** The date you could restore your operations, with reasonable speed, to the level which would generate the business income amount that would have existed if no direct physical loss or damage had occurred; or

**(2)** 24 months after the date determined in paragraph 2.a. above.

However, Extended Business Income does not apply to loss of "business income" incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises is located.

**3. Civil Authority**

This Extension will cover actual loss of "business income" as a result of the described premises being closed by order of governmental authority due to an occurrence of a public health hazard. The order to close must follow damage caused by a Covered Cause of Loss to property within one mile of the described premises. We will pay only for loss you sustain after the first 24 hours following the order to close.

**4. Lost Lease Protection**

"Business income" and "extra expense" coverage provided in paragraph 1. above is extended by adding:

**a.** We will pay for costs you incur for "lost lease interest" when due to the cancellation of lease contracts by your tenants. Such cancellation must result from a direct physical loss by a Covered Cause of Loss to covered real property during the policy period.

**b.** "Lost lease interest" means the difference between the rent payments you were collecting prior to a covered loss and the total anticipated rental income including any tenant obligations you may be responsible for after loss or damage has been repaired or rebuilt.

**c.** "Lost lease interest" does not include refunds or rebates for prepaid rent payments made on your behalf by tenants, or deposits of any kind made by tenants to a landlord or lessor of other premises.

**d.** Coverage under this Extension begins on the date of a covered loss and ends on the date when the property should be repaired, rebuilt or replaced with reasonable speed and similar quality.

**5. Dependent Property Income**

We will pay if the necessary suspension of your operations at the described premises is the result of loss or damage at the premises of a dependent property, caused by or resulting from a Covered Cause of Loss.

Dependent property means a property operated by others whom you depend on to:

**a.** Deliver materials or services to you (Contributing Locations);

**b.** Accept your products or services (Recipient Locations); or

**c.** Manufacture products of your customers under contract of sale (Manufacturing Locations).

This Extension only applies to the amount of loss incurred beginning on the date of direct physical loss or damage caused by or resulting from a Covered Cause of Loss at the premises of a dependent property, and ends on the date when the property at the premises of the dependent property should be repaired, rebuilt or replaced with reasonable speed and similar quality.

**6. Contingent Cargo Income**

We will pay if the necessary suspension of your operations at the described premises is the result of damage to or destruction of materials, merchandise or equipment while being shipped to your premises.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000087 of 000205

**Filed**     **21-CI-00101**     **02/24/2021**     *Wendy Graney, Shelby Circuit Clerk*

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

**7. Additional Exclusions**

The following Exclusions apply to the Broadened Business Income Extension:

**a.** This Extension does not include any increased time needed due to enforcement of any ordinance or law regulating:

**(1)** Building or land usage, demolition, or construction, or

**(2)** Environmental damage or restoration.

**b.** If lost or damaged Covered Property is not repaired or replaced, no coverage is provided under this Extension.

**c.** Item B. Exclusions, 4. Special Exclusions, paragraphs a.(1) through (5) on the CAUSES OF LOSS – SPECIAL FORM apply to this Extension.

**8. Limits And Waiting Period**

**a.** The most we will pay under the Broadened Business Income Extension for all coverages combined is the amount shown on the ELITE MANUFACTURING WRAP SCHEULE. This is additional insurance and does not reduce the coverage or limits on Covered Property.

**b.** No deductible or waiting period applies, except as shown above in 3. Civil Authority.

**9. Additional Definitions**

"Business income" means:

**a.** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred; and

**b.** Continuing normal operating expenses necessarily incurred, including payroll.

"Extra expense" means expense incurred:

**a.** To avoid or minimize the suspension of business and to continue your operations at any location;

**b.** To minimize the suspension of business if you cannot continue your operations; or

**c.** To repair or replace any property; to research, replace, or restore the information on damaged valuable papers and records, but only if those expenses reduce the amounts otherwise payable in this Endorsement.

**C. Customer Property – Away From Premises**

**1. Customer Property In Transit (Any Vehicle)**

**a.** You may extend the insurance provided by this Endorsement to apply to your customers' personal property in transit (including customers' property in the care custody or control of your salespersons) in or on any vehicle more than 1,000 feet from the described premises. Property must be between points in the coverage territory.

**b.** Coverage for property in the possession of a carrier for hire is excess of any other applicable insurance, whether collectible or not.

**c.** Loss or damage must be caused by or result from a Covered Cause of Loss or one of the following additional causes of loss:

**(1)** Collapse of bridges, culverts, docks, or wharves.

**(2)** Earth Movement. Item B. Exclusions; 1.b. Earth Movement on the CAUSES OF LOSS – SPECIAL FORM does not apply to the Property In Transit Extension.

**(3)** Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the road bed.

**(4)** Water. Exclusion Item B. Exclusions; 1.g. Water on the CAUSES OF LOSS – SPECIAL FORM and CP 1032 WATER EXCLUSION ENDORSEMENT do not apply to the Property In Transit Extension.

Filed        21-CI-00101        02/24/2021        Wendy Graney, Shelby Circuit Clerk

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000088 of 000205

**d.** Valuation for this Extension will be calculated on a Replacement Cost basis. The most we will pay in any one occurrence for loss or damage under this Extension is shown on the ELITE MANUFACTURING WRAP SCHEDULE.

This Extension is additional insurance. Item F. Additional Conditions; 1. Coinsurance on the BUILDING AND PERSONAL PROPERTY COVERAGE FORM does not apply to this Extension.

**2. Customer Property In The Care Or Custody Of Your Subcontractor**

   **a.** You may extend coverage provided by this Endorsement to your customers' property while in the care, custody, or control of a subcontractor hired by you.

   **b.** Loss or damage must be caused by or result from a Covered Cause of Loss.

   **c.** Valuation for this Extension will be calculated on a Replacement Cost basis at the time of a loss. The most we will pay in any one occurrence for loss or damage under this Extension is shown on the ELITE MANUFACTURING WRAP SCHEDULE.

**D. Customer Property – Theft By Employee**

   **1.** Item B. Exclusions; paragraph 2.h. on the CAUSES OF LOSS – SPECIAL FORM is deleted and replaced with the following:

      **h.** Dishonest or criminal act by you, any of your partners, directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

        **(1)** Acting alone or in collusion with others; or

        **(2)** Whether or not occurring during the hours of employment.

   **2.** Additional Exclusions

      With regard to this Extension, we do not pay for:

      **a.** Loss caused by any employee for whom similar prior insurance has been cancelled and not reinstated since the last such cancellation.

      **b.** Expenses related to any legal action.

      **c.** Loss discovered later than one year from the end of the policy period.

      **d.** Loss that is indirect to a covered direct loss.

   **3.** Conditions

      This Extension is cancelled as to any employee immediately upon discovery of any dishonest act committed by that employee; whether before or after becoming employed by you.

   **4.** We will not pay more than the limit shown on the ELITE MANUFACTURING WRAP SCHEDULE in any one "occurrence". "Occurrence" means all loss caused by, or involving, one or more employee, whether the result of a single act or series of acts.

**E. Dies, Patterns, Molds And Forms (Theft Limitation) Including Customers**

Item C. Limitations; paragraph 3.c. on the CAUSES OF LOSS – SPECIAL FORM is deleted and replaced with the following:

   **c.** shown on the ELITE MANUFACTURING WRAP SCHEDULE for patterns, dies, molds and forms belonging to you or your customers.

**F. Employee Tools**

You may extend Your Business Personal Property coverage provided by this policy to apply to your employees' tools used in your operation for any Covered Cause of Loss. This Extension applies to employees' tools while on the described premises, at a jobsite, or in transit within the coverage territory. The most we will pay for any one employee in a single occurrence is shown on the ELITE MANUFACTURING WRAP SCHEDULE. The most we will pay during a policy year for all occurrences is shown as the aggregate limit on the ELITE MANUFACTURING WRAP SCHEDULE.

CPT 7610     Includes copyrighted material of Insurance Services Office, Inc., with its permission.     Page 4 of 17
1001
Filed     21-CI-00101     02/24/2021     Wendy Graney, Shelby Circuit Clerk

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000089 of 000205

NOT ORIGINAL DOCUMENT

03/01/2021 01:58:19 PM

87453-1

### G. Installation Including Theft Of Building Materials Off Premises

Item C. Limitations; paragraph 1.d. on the CAUSES OF LOSS – SPECIAL FORM does not apply, subject to policy provisions and the following:

We agree to pay for direct physical loss caused by a covered peril to building materials, supplies, machinery, fixtures, and equipment that you are installing, constructing, or rigging as part of your installation or construction project. The above Covered Property must become a permanent part of your completed project. Scaffolding, cribbing, construction forms, and other temporary structures assembled on site for the purpose of completing your project are also considered Covered Property under this Extension. We will cover these materials while at the jobsite awaiting installation, in transit to the jobsite, and in temporary storage awaiting transportation. The actual cost to repair, replace, or rebuild the Covered Property with materials of like kind and quality includes material, labor, reasonable overhead and profit, and delivery charges.

Coverage ends when one of the following first occurs:

**1.** This policy expires or is canceled;

**2.** The covered installation or construction project is accepted by the purchaser;

**3.** Your insurable interest in the Covered Property ceases;

**4.** You abandon the installation or construction project with no intent to complete it;

**5.** The installation or construction project has been completed for more than 30 days; or

**6.** The Covered Property has been put to its intended use. However, this does not apply to roofs or walls.

The most we will pay is shown on the ELITE MANUFACTURING WRAP SCHEDULE for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12 month period of this policy.

### H. Patent Infringement Expense Reimbursement

We will pay for extra expenses resulting from a patent or copyright infringement suit that prohibits you from using or distributing a product in your operation until the suit is decided. The infringement suit must be brought against you during the policy term. The most we will pay for this expense reimbursement is shown on the ELITE MANUFACTURING WRAP SCHEDULE. We will not pay if the suit is found against you.

### I. Precious Metals

Item C. Limitations; 3.b. on the CAUSES OF LOSS – SPECIAL FORM is amended as follows:

The most we will pay is shown on the ELITE MANUFACTURING WRAP SCHEDULE only for precious alloys or metals. All other provisions of this policy apply.

### J. Property In Transit (Any Vehicle)

Item F. Additional Coverage Extensions; 1. Property In Transit on the CAUSES OF LOSS – SPECIAL FORM is deleted and replaced with the following:

#### 1. Property In Transit (Any Vehicle)

This Extension applies only to your personal property to which this Endorsement applies.

**a.** You may extend the insurance provided by this Coverage Part to apply to your personal property (including property in the care custody or control of your salespersons) in transit in or on any vehicle more than 1,000 feet from the described premises. Property must be between points in the coverage territory.

**b.** Coverage for property in the possession of a carrier for hire is excess of any other applicable insurance, whether collectible or not.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000090 of 000205

CPT 7610      Includes copyrighted material of Insurance Services Office, Inc., with its permission.      Page 5 of 17

1001

Filed    21-CI-00101    02/24/2021    Wendy Graney, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

**c.** Loss or damage must be caused by or result from a Covered Cause of Loss or one of the following additional causes of loss:

**(1)** Collapse of bridges, culverts, docks, or wharves.

**(2)** Earth Movement. Item B. Exclusions; 1.b. Earth Movement on the CAUSES OF LOSS – SPECIAL FORM does not apply to the Property In Transit Extension.

**(3)** Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the roadbed.

**(4)** Water. Item B. Exclusions; 1.g. Water on the CAUSES OF LOSS – SPECIAL FORM and CP 1032 WATER EXCLUSION ENDORSEMENT do not apply to the Property In Transit Extension.

**d.** The most we will pay in any one occurrence for loss or damage under this Extension is shown on the ELITE MANUFACTURING WRAP SCHEDULE.

This Extension is additional insurance. Item F. Additional Conditions; 1. Coinsurance on the BUILDING AND PERSONAL PROPERTY COVERAGE FORM does not apply to this Extension.

### K. Selling Price Clause

Item E. Loss Conditions; 7. Valuation on the BUILDING AND PERSONAL PROPERTY COVERAGE FORM is amended to add:

In the event of a loss, we will determine the value of finished "stock" you manufactured and goods held for sale at the selling price less discounts and expenses you otherwise would have had.

## II. FLEX COVERAGE EXTENSIONS

### A. Flex Coverage Limit Of Insurance

We will pay up to the amount shown on the ELITE MANUFACTURING WRAP SCHEDULE at each location described in the Declarations to apply to the sum of all covered losses under the coverages listed in items 1. through 9. below. You may apply the Flex Coverage Limit Of Insurance to one or more of these coverages at your discretion; however, the total amount paid for any one occurrence will not exceed the Flex Coverage Limit Of Insurance shown on the ELITE MANUFACTURING WRAP SCHEDULE. The Flex Coverage Limit Of Insurance is in addition to any other applicable coverage limit purchased separately from this Endorsement.

### 1. Accounts Receivable (Other Than Electronic Data)

You may extend the insurance that applies to Covered Property to cover the following loss and expenses, which are the direct result of loss or damage by a Covered Cause of Loss to accounts receivable records including credit card invoices:

**a.** All sums due you from customers, provided you are unable to affect collection;

**b.** Interest charges on any loan to offset impaired collections pending repayment of such sums made uncollectible by loss or damage;

**c.** Collection expenses in excess of normal collection cost made necessary because of loss or damage; and

**d.** Other reasonable expenses incurred by you in reestablishing records of accounts receivable following such loss or damage.

The following Exclusions do not apply to this Extension:

**(i)** Item B. Exclusions; 1.b. Earth Movement on the CAUSES OF LOSS – SPECIAL FORM;

**(ii)** Item B. Exclusions; 1.g. Water on the CAUSES OF LOSS – SPECIAL FORM; and

**(iii)** CP 1032 WATER EXCLUSION ENDORSEMENT.

This Extension does not apply to accounts receivable records that exist as electronic data. This Extension is included within the Flex Coverage Limit Of Insurance on the ELITE MANUFACTURING WRAP SCHEDULE.

Filed        21-CI-00101        02/24/2021        Wendy Graney, Shelby Circuit Clerk

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000091 of 000205

**2. Debris Removal**

Item A. Coverage; 4. Additional Coverages; a. Debris Removal on the BUILDING AND PERSONAL PROPERTY COVERAGE FORM is included within the Flex Coverage Limit Of Insurance on the ELITE MANUFACTURING WRAP SCHEDULE.

**3. Electronic Data**

Item A. Coverage; 4. Additional Coverages; f. Electronic Data on the BUILDING AND PERSONAL PROPERTY COVERAGE FORM is amended as follows:

This Extension is included within the Flex Coverage Limit Of Insurance on the ELITE MANUFACTURING WRAP SCHEDULE for all loss or damage in any one occurrence. There is not a policy year aggregate limit with regards to the electronic data additional coverage.

**4. Fine Arts At Described Premises**

Item A. Coverage; 1. Covered Property; b. Your Business Personal Property on the BUILDING AND PERSONAL PROPERTY COVERAGE FORM is amended to add:

Fine Arts, meaning paintings, etchings, pictures, sculptures, tapestries, valuable rugs, bric-a-brac, rare or art glass, art glass windows, antique jewelry and similar property of rarity, historical value or artistic merit.

Item C. Limitations; 2.b. on of the CAUSES OF LOSS – SPECIAL FORM is amended to add:

Fragile articles such as statuary, marbles, chinaware and porcelains are covered for loss or damage by a Covered Cause of Loss, but only up to the Flex Coverage Limit Of Insurance on the ELITE MANUFACTURING WRAP SCHEDULE at each described premises. Loss caused by "specified causes of loss" or building glass breakage is not subject to this limitation.

**5. Fire Extinguisher Recharge**

The cost of recharging your Underwriters Laboratories listed or Factory Mutual approved type ABC (multipurpose) or K fire extinguishers or dry chemical fixed pipe fire extinguishing systems after being used in fighting a fire on your described premises or on adjoining premises is included within the Flex Coverage Limit Of Insurance on the ELITE MANUFACTURING WRAP SCHEDULE for any one occurrence.

**6. Outdoor Property**

Item A. Coverage; 5. Coverage Extensions; e. Outdoor Property on the BUILDING AND PERSONAL PROPERTY COVERAGE FORM is deleted and replaced with the following:

**e. Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to:

**(1)** Outdoor trees, shrubs and plants (other than "stock" of trees, shrubs or plants) including Debris Removal expenses.

The most we will pay for loss or damage by a Covered Cause of Loss is shown on the ELITE MANUFACTURING WRAP SCHEDULE for any one tree, shrub or plant. We will not pay for loss or damage to outdoor trees, shrubs, and plants resulting from the following causes of loss: windstorm or hail; vehicles; vandalism; disease.

**(2)** Fences and Antennas

We will pay for a loss to fences, radio and television antennas (including lead-in wiring, masts, towers or satellite dishes) for any Covered Cause of Loss.

The following Exclusions do not apply to the Fences and Antennas Extension:

**(i)** Item B. Exclusions; 1.b. Earth Movement on the CAUSES OF LOSS – SPECIAL FORM;

**(ii)** Item B. Exclusions; 1.g. Water on the CAUSES OF LOSS – SPECIAL FORM; or

**(iii)** CP 1032 WATER EXCLUSION ENDORSEMENT.

These enhanced coverages are included within the Flex Coverage Limit Of Insurance on the ELITE MANUFACTURING WRAP SCHEDULE.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000092 of 000205

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

**7. Personal Property Of Others**

Item A. Coverage; 5. Coverage Extensions; b. Personal Effects And Property Of Others on the BUILDING AND PERSONAL PROPERTY COVERAGE FORM is amended as follows:

The most we will pay for loss under paragraph (2) Personal property of others in your care, custody or control is included within the Flex Coverage Limit Of Insurance on the ELITE MANUFACTURING WRAP SCHEDULE at each described premises.

Item G. Optional Coverages; 3. Replacement Cost; b.(1) Personal property of others on the BUILDING AND PERSONAL PROPERTY COVERAGE FORM is deleted subject to the limits of this Extension. We will not pay for tools owned by you, your officers, your partners or members, your managers or your employees under this Extension.

**8. Public Safety Service Charges**

Item A. Coverage; 4. Additional Coverages; c. Fire Department Service Charge on the BUILDING AND PERSONAL PROPERTY COVERAGE FORM is deleted and replaced with the following:

**c. Public Safety Service Charges**

When the fire department or any other municipal public safety service is called to protect Covered Property from a Covered Cause of Loss, you may be assessed a service charge. We will pay all service charges up to the Flex Coverage Limit Of Insurance on the ELITE MANUFACTURING WRAP SCHEDULE that you have assumed by contract or agreement prior to loss or required by local ordinance.

**9. Valuable Papers And Records (Other Than Electronic Data)**

Item A. Coverage; 5. Coverage Extensions; c. Valuable Papers And Records (Other Than Electronic Data) on the BUILDING AND PERSONAL PROPERTY COVERAGE FORM is included in the Flex Coverage Limit Of Insurance on the ELITE MANUFACTURING WRAP SCHEDULE.

The following Exclusions do not apply to this Extension:

**(i)** Item B. Exclusions; 1.b. Earth Movement on the CAUSES OF LOSS – SPECIAL FORM;

**(ii)** Item B. Exclusions; 1.g. Water on the CAUSES OF LOSS – SPECIAL FORM; and

**(iii)** CP 1032 WATER EXCLUSION ENDORSEMENT.

## III. COVERAGE FEATURES

### A. Additional Covered Property

Item A. Coverage; 2. Property Not Covered; paragraphs d., f., and g. on the BUILDING AND PERSONAL PROPERTY COVERAGE FORM are deleted.

Item A. Coverage; 1. Covered Property on the BUILDING AND PERSONAL PROPERTY COVERAGE FORM is amended to add:

Covered Property is extended to include:

Bridges, roadways, walks, patios or other paved surfaces;

The cost of excavations, grading, backfilling or filling; and

Foundations of buildings, structures, machinery or boilers if their foundations are below:

**(1)** The lowest basement floor, or

**(2)** The surface of the ground if there is no basement.

The most we will pay for loss or damage under this Extension is shown on the ELITE MANUFACTURING WRAP SCHEDULE.

### B. Broadened Premises

Throughout the BUILDING AND PERSONAL PROPERTY COVERAGE FORM and the CAUSES OF LOSS – SPECIAL FORM the phrase "within 100 feet" is amended to "within 1,000 feet".

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000093 of 000205

Filed     21-CI-00101     02/24/2021     Wendy Graney, Shelby Circuit Clerk

Filed 21-CI-00101 02/24/2021 Wendy Graney, Shelby Circuit Clerk
NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

**C. Business Personal Property – Seasonal Increase**

The Limit of Insurance for Business Personal Property will automatically increase by the amount shown on the ELITE MANUFACTURING WRAP SCHEDULE to provide for peak season periods. The peak season period is determined when the average monthly values during any 60 day period exceeds the average monthly values of the 12 months immediately preceding the date loss or damage occurs. We will pay for no more than two peak season periods in any policy period.

**D. Computer Fraud Coverage**

**1.** We will pay for loss of, and loss from damage to money, securities and property other than money and securities resulting directly from "computer fraud".

**2.** The most we will pay for loss in any one "occurrence" is shown on the ELITE MANUFACTURING WRAP SCHEDULE.

**3.** Additional Exclusions, Conditions and Definitions

    **a.** Additional Exclusions – We will not pay for loss as specified below:

        **(1)** Acts of Employees, Directors, Trustees or Representatives - Loss resulting from any dishonest or criminal act committed by any of your employees, directors, trustees or authorized representatives:

            **(a)** Acting alone or in collusion with other persons; or

            **(b)** While performing services for you or otherwise.

        **(2)** Inventory Shortages - Loss, or that part of any loss, the proof of which as to its existence or amount is dependent upon:

            **(a)** An inventory computation; or

            **(b)** A profit and loss computation.

    **b.** Additional Conditions

    Duties in the Event of Loss - If you have reason to believe that any loss of, or loss from damage to Covered Property involves a violation of law, you must notify the police.

    **c.** Additional Definitions

    "Computer fraud" means theft of property following and directly related to the use of any computer to fraudulently cause a transfer of that property from inside the premises or banking premises to a person(s) (other than a messenger) outside those premises or to a place outside those premises.

    "Occurrence" means an:

    **(1)** Act or series of related acts involving one or more persons; or

    **(2)** Act or event, or a series of related acts or events not involving any person.

**E. Contract Penalty Costs**

We pay for penalty costs resulting from the suspension, lapse or cancellation of a written contract that is directly caused by a Covered Cause of Loss to Covered Property. Penalty costs are only those shown in the written contract with your customer. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense without our consent. The most we will pay in any one occurrence is shown by the per claim limit on the ELITE MANUFACTURING WRAP SCHEDULE; the most we will pay for all claims in any one policy year is shown by the aggregate limit on the ELITE MANUFACTURING WRAP SCHEDULE.

**F. Employee Dishonesty**

You may extend the insurance provided by this Endorsement to apply to loss of, and loss from damage to money, securities and property other than money and securities caused by "employee dishonesty". We will pay for loss caused by any "employee" while temporarily outside the coverage territory for a period not more than 90 days.

**1.** We will not pay for loss as specified below:

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000094 of 000205

Filed 21-CI-00101 02/24/2021 Wendy Graney, Shelby Circuit Clerk

   **a.** Loss caused by an "employee" if the "employee" has also committed any other dishonest act prior to the effective date of this insurance and you or any of your partners or members, your managers or your officers, directors or trustees, not in collusion with the "employee", learned of that dishonest act prior to the policy period shown in the Declarations; or

   **b.** Loss, or that part of any loss, the proof of which as to its existence or amount is dependent upon:

      **(1)** An inventory computation; or

      **(2)** A profit and loss computation.

   **c.** Coverage terminates as to any "employee" immediately upon discovery by:

      **(1)** You; or

      **(2)** Any of your partners or members, your managers or your officers, directors or trustees not in collusion with the "employee";

   of any dishonest act committed by that "employee" whether before or after becoming employed by you.

**2.** Additional Conditions:

   **a.** We will pay only for loss or damage you sustain through acts committed or events occurring during the Policy Period shown in the Declarations.

   **b.** We will pay only for covered loss or damage discovered no later than one year from the end of the Policy Period.

   **c.** If you or any predecessor sustained loss or damage during the period of any prior insurance that you could have recovered under that insurance except that the time within which to discover loss or damage had expired, we will pay for it provided:

      **(1)** This coverage became effective at the time of cancellation or termination of the prior insurance; and

      **(2)** The loss or damage would have been covered by this coverage had it been in effect when the acts or events causing the loss or damage were committed or occurred.

   This is part of, not in addition to, the Limit of Insurance applying to this coverage and is limited to the lesser of the amount recoverable under:

      **(i)** This coverage as of its effective date; or

      **(ii)** The prior insurance had it remained in effect.

**3.** "Employee dishonesty" means only dishonest acts committed by an "employee" whether identified or not, acting alone or in collusion with other persons, except you or a partner, with the manifest intent to:

   **a.** Cause you to sustain loss; and

   **b.** Obtain financial benefit (other than employee benefits earned in the normal course of employment, including; salaries, commissions, fees, bonuses, promotions, awards, profit sharing or pensions) for:

      **(1)** The "employee"; or

      **(2)** Any person or organization intended by the "employee" to receive that benefit.

**4.** "Employee" means any natural person:

   **a.** While in your service and for the first 30 days immediately after termination of service, unless such termination is due to theft or any dishonest act committed by the "employee";

   **b.** Whom you compensate directly by salary, wages or commissions; and

   **c.** Whom you have the right to direct and control while performing services for you; or any natural person employed by an employment contractor while that person is subject to your direction and control and performing services for you excluding, however, any such person having care and custody of property outside the premises.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000095 of 000205

CPT 7610      Includes copyrighted material of Insurance Services Office, Inc., with its permission.      Page 10 of 17
1001
Filed    21-CI-00101    02/24/2021    Wendy Graney, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

5. But "employee" does not mean any:

   a. Agent broker, factor, commission merchant, consignee, independent contractor or representative of the same general character; or

   b. Director or trustee except while performing acts coming within the scope of the usual duties of an "employee".

6. The most we will pay for loss or damage under this Extension is shown on the ELITE MANUFACTURING WRAP SCHEDULE in any one "occurrence". "Occurrence" means all loss caused by or involving one or more "employees", whether the result of a single act or a series of acts.

## G. Forgery Or Alteration

1. We will pay for loss resulting directly from forgery or alteration of any check, draft, promissory note, bill of exchange or similar written promise of payment in money that you or your agent has issued, or that was issued by someone who impersonates you or your agent.

2. If you are sued for refusing to pay the check, draft, promissory note, bill of exchange or similar written promise of payment in money, on the basis that it has been forged or altered, and you have our written consent to defend against the suit, we will pay for any reasonable legal expenses that you incur in that defense.

3. For the purpose of this coverage, check includes a substitute check as defined in the Check Clearing for the 21st Century Act, and will be treated the same as the original it replaced.

4. The most we will pay for any loss, including legal expenses, under this Extension is shown on the ELITE MANUFACTURING WRAP SCHEDULE, unless a higher Limit of Insurance is shown in the Declarations.

## H. Glass Breakage

1. We will pay for direct physical loss of or damage to building glass at the locations scheduled on the Declarations resulting from a Covered Cause of Loss provided that:

   a. You are a tenant of the building shown in the Schedule; and

   b. You have a contractual responsibility to insure the building glass, or a contractual responsibility to pay for loss or damage to that property.

2. The value of property covered under this Endorsement will be determined in accordance with Item E. Loss Conditions; 7. Valuation on the BUILDING AND PERSONAL PROPERTY COVERAGE FORM or at the amount for which you are liable under contract, whichever is less. If required by law, glass is covered at the cost of replacement with safety glazing material. The most we will pay under this Extension is shown on the ELITE MANUFACTURING WRAP SCHEDULE.

## I. Limited Ordinance Or Law

This Extension applies only to buildings to which the Replacement Cost Optional Coverage applies.

1. If a Covered Cause of Loss occurs to covered Building property, we will pay:

   a. Coverage A – Coverage for Loss to the Undamaged Portion of the Building

   With respect to the building that has sustained covered direct physical damage, we will pay under Coverage A for the loss in value of the undamaged portion of the building as a consequence of the enforcement of an ordinance or law that requires demolition of undamaged parts of the same building. Coverage A is included in the Building Limit. If your Covered Property is provided on a Blanket Summary basis, the most we will pay under this Extension is 25% above the value of the damaged building as shown in the latest Statement of Values reported to us.

   If you are a tenant, we will pay for the loss in value of your improvements and betterments as a consequence of the enforcement of an ordinance or law that required demolition of undamaged parts of the same building. Coverage A is included in the Business Personal Property Limit. If your Covered Property is provided on a Blanket Summary basis, the most we will pay under this Extension is 25% above the value of the business personal property at the location of the loss as shown in the latest Statement of Values reported to us.

   Coverage A does not increase the Limit of Insurance for Building or Business Personal Property Coverage.

Filed          21-CI-00101          02/24/2021          Wendy Graney, Shelby Circuit Clerk

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000096 of 000205

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

**b.** Coverage B – Demolition Cost Coverage

With respect to the building that has sustained covered direct physical damage, we will pay the cost to demolish and clear the site of undamaged parts of the same building, as a consequence of enforcement of an ordinance or law that requires demolition of such undamaged property.

The most we will pay for loss under Coverage B is the amount you actually spend to demolish and clear the site of the described premises, subject to the limit shown in paragraph c. below.

**c.** Coverage C – Increased Cost Of Construction

Item A. Coverages; 4. Additional Coverages; e. Increased Cost Of Construction; paragraph (6) on the BUILDING AND PERSONAL PROPERTY COVERAGE FORM is deleted and replaced with the following:

**(6)** The most we will pay under Coverages B and C combined, for loss or damage to any one building, is shown on the ELITE MANUFACTURING WRAP SCHEDULE. This limit is in addition to the Limit of Insurance for Building Coverage.

## J. Lock Replacement Due To Theft Of Keys Or Transmitters

We will pay up to the limit shown on the ELITE MANUFACTURING WRAP SCHEDULE in any one occurrence; the cost to repair or replace the door locks or tumblers; or overhead door transmitters of your described premises due to theft of your door keys, including electronic magnetic keys; or overhead door transmitters.

## K. Money And Securities

**1.** We will pay for loss of money and securities used in your business while at a bank or savings institution, within your living quarters or the living quarters of your partners or any employee having use and custody of the property, at the described premises, or in transit between any of these places, resulting from:

**a.** Theft, meaning any act of stealing;

**b.** Disappearance; or

**c.** Destruction.

**2.** In addition to the Limitations and Exclusions applicable to property coverage, we will not pay for loss:

**a.** Resulting from accounting or arithmetical errors or omissions;

**b.** Due to the giving or surrendering of property in any exchange or purchase; or

**c.** Of property contained in any money-operated device unless the amount of money deposited in it is recorded by a continuous recording instrument in the device.

**3.** The most we will pay for loss in any one occurrence is:

**a.** The Inside Limit shown on the ELITE MANUFACTURING WRAP SCHEDULE for money and securities while:

**(1)** In or on the described premises; or

**(2)** Within a bank or savings institution; and

**b.** The Outside Limit shown on the ELITE MANUFACTURING WRAP SCHEDULE for money and securities while anywhere else.

**4.** All loss:

**a.** Caused by one or more persons; or

**b.** Involving a single act or series of related acts;

is considered one occurrence.

**5.** You must keep records of all money and securities so we can verify the amount of any loss or damage.

**Filed          21-CI-00101          02/24/2021          Wendy Graney, Shelby Circuit Clerk**

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000097 of 000205

Filed 21-CI-00101 02/24/2021 Wendy Graney, Shelby Circuit Clerk
NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

**6.** In the event of loss or damage, we will determine the value as follows:

    **a.** Money at its face value; and

    **b.** Securities at their value at the close of business on the day the loss is discovered.

**L. Newly Acquired Or Constructed Property**

Item A. Coverage; 5. Coverage Extensions; a. Newly Acquired Or Constructed Property on the BUILDING AND PERSONAL PROPERTY COVERAGE FORM is amended as follows:

    **a. Newly Acquired Or Constructed Property**

      **(1) Coverage**

      You may extend Building, Business Personal Property, Broadened Business Income and Flex Coverage Extensions to apply to the following Covered Property:

      **(a)** Your new buildings during and after construction on the described premises;

      **(b)** Buildings you acquire at locations, other than the described premises, intended for:

        **(i)** Similar use as the building described in the Declarations; or

        **(ii)** Use as a warehouse.

      **(c)** Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions;

      **(d)** Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations; and

      **(e)** Business personal property that you newly acquire, located at the described premises.

      This Extension does not apply to:

        **(i)** Personal property of others that is temporarily in your possession in the course of installing or performing work on such property;

        **(ii)** Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities; or

        **(iii)** Broadened Business Income at fairs, trade shows or exhibitions.

      **(2) Limit Of Insurance**

      The most we will pay for loss under Newly Acquired Or Constructed Property for combined coverages that would qualify as Covered Property in any one occurrence is shown on the ELITE MANUFACTURING WRAP SCHEDULE.

      The limits shown on the ELITE MANUFACTURING WRAP SCHEDULE for Section I. MANUFACTURING OPERATION COVERAGES; B. Broadened Business Income and Section II. FLEX COVERAGE EXTENSIONS of this Endorsement are part of, and not in addition to the Limit Of Insurance for Newly Acquired Or Constructed Property.

      **(3) Period Of Coverage**

      With respect to insurance on or at each newly acquired or constructed property, coverage will end when any of the following first occurs:

      **(a)** This policy expires;

      **(b)** 180 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

      **(c)** You report values to us.

      We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000098 of 000205

Filed 21-CI-00101 02/24/2021 Wendy Graney, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

### M. Outdoor Signs

You may extend the insurance provided by the Coverage Form to apply to outdoor signs (attached or not attached to your building).

**1. Covered Perils**

**a.** Outdoor Signs Attached To Your Covered Building

**(1)** Loss or damage must be caused by or result from a Covered Cause of Loss.

**b.** Outdoor Signs Not Attached To Your Covered Building

**(1)** Loss or damage must be caused by or result from a Covered Cause of Loss or one of the following additional causes of loss:

**(a)** Earth Movement. Item B. Exclusions; 1.b. Earth Movement on the CAUSES OF LOSS – SPECIAL FORM does not apply.

**(b)** Water. Item B. Exclusions; 1.g. Water on the CAUSES OF LOSS – SPECIAL FORM and CP 1032 WATER EXCLUSION ENDORSEMENT do not apply.

**2. Limit of Insurance**

Item C. Limits Of Insurance; the second paragraph starting with "The most we will pay for loss or damage to outdoor signs" on the BUILDING AND PERSONAL PROPERTY COVERAGE FORM is deleted and replaced with the following:

The most we will pay for loss or damage to:

**a.** Outdoor Signs Attached To Your Building

**(1)** Included within the applicable Building Limit.

**(a)** If your Covered Property is provided on a Blanket Summary basis, the most we will pay under this Extension is 25% above the value of the damaged building as shown in the latest Statement of Values reported to us.

**b.** Outdoor Signs Not Attached To Your Building

**(1)** Shown on the ELITE RETAIL WRAP SCHEDULE. This limit applies per sign in any one occurrence.

### N. Pairs Or Sets

If pairs or sets of "stock" are damaged by a Covered Cause of Loss, we may:

**1.** Repair or replace any part to restore the pair or set to its value before the loss or damage; or

**2.** Pay the difference between the value of the pair or set before and after the loss or damage.

### O. Personal Effects (Excluding Employee Tools)

Item A. Coverages; 5. Coverage Extensions; b. Personal Effects And Property Of Others; paragraph (1) on the BUILDING AND PERSONAL PROPERTY COVERAGE FORM is amended as follows:

The most we will pay at each described premises for loss under paragraph (1), Personal effects owned by you, your officers, your partners or members, your managers or your employees, is shown on the ELITE MANUFACTURING WRAP SCHEDULE. The theft limitation is deleted.

We will not pay for tools owned by you, your officers, your partners or members, your managers or your employees under this Extension.

### P. Personal Property Away From Premises

**1. Property Off-Premises**

Item A. Coverage; 5. Coverage Extensions; d. Property Off-Premises on the BUILDING AND PERSONAL PROPERTY COVERAGE FORM is amended as follows:

Paragraph (2)(b) property in the care, custody or control of your salespersons is deleted.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000099 of 000205

Filed        21-CI-00101        02/24/2021        Wendy Graney, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

Paragraph (3) is deleted and replaced with the following:

**(3)** The most we will pay for loss or damage under this Extension for:

**(a)** Property at any fair, trade show or exhibition;

**(b)** Property in a temporary location, including a processor location; and

**(c)** Property in the care, custody or control of a salesperson;

is shown on the ELITE MANUFACTURING WRAP SCHEDULE.

Item C. Limitations, 2.c. Builders' machinery, tools and equipment on the CAUSES OF LOSS – SPECIAL FORM is deleted.

**Q. Pollutant Clean-up And Removal**

The most we will pay under item A. Coverages; 4. Additional Coverages; d. Pollutant Clean-up And Removal on the BUILDING AND PERSONAL PROPERTY COVERAGE FORM is increased to the limit shown on the ELITE MANUFACTURING WRAP SCHEDULE during each separate 12 month period of this policy.

**R. Theft Of Building Materials**

Item C. Limitations; paragraph 1.d. on the CAUSES OF LOSS – SPECIAL FORM is amended to add:

The most we will pay for loss or damage by theft or attempted theft of building materials and supplies not attached as part of the building or structure located either on or off premises owned by you is shown on the ELITE MANUFACTURING WRAP SCHEDULE.

**S. Water Back-up And Sump Overflow**

**1. Coverage**

We will pay for direct physical loss of or damage to Covered Property caused by or resulting from:

**a.** Water which backs up through or overflows from sewer or drain; or

**b.** Water which backs up through or overflows from a sump, even if the back up or overflow results from mechanical breakdown of a sump pump or its related equipment.

However, with respect to paragraph b. above, we will not pay the cost of repairing or replacing a sump pump or its related equipment in the event of mechanical breakdown.

**2. Exclusions Modified**

With respect to this Extension:

**a.** Item B. Exclusions; 1.g. Water; paragraph (3) water that backs up or overflows from a sewer, drain or pump on the CAUSES OF LOSS – SPECIAL FORM is deleted.

**b.** Paragraph B.3. of CP 1032 WATER EXCLUSION ENDORSEMENT is deleted.

**c.** Item B. Exclusions; 1.e. Utility Services on the CAUSES OF LOSS – SPECIAL FORM is deleted.

**d.** The following additional Exclusions apply:

**(1)** The coverage described in paragraph 1. Coverage of this Extension does not apply to loss or damage resulting from an insured's failure to:

**(a)** Keep a sump pump or its related equipment in proper working condition; or

**(b)** Perform the routine maintenance or repair necessary to keep a sewer or drain free from obstructions.

**(2)** The coverage provided by this Extension does not apply to Section I. MANUFACTURING OPERATION COVERAGES; B. Broadened Business Income of this Endorsement.

**3. Limit Of Insurance**

The most we will pay for loss or damage under this Extension is shown on the ELITE MANUFACTURING WRAP SCHEDULE. This Extension is additional insurance.

Filed     21-CI-00101     02/24/2021          Wendy Graney, Shelby Circuit Clerk

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000100 of 000205

## IV. CLAIM FRIENDLY SUPPORT

### A. Catastrophe Employee Care Costs

#### 1. Insuring Agreement

**a.** We will pay employee care expenses as described below for covered "catastrophic events" or by a fatal accident:

**(1)** On premises you own or rent;

**(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations;

provided that:

    **(a)** The "catastrophic event" takes place in the coverage territory and during the policy period;

    **(b)** The expenses are incurred by you within 90 days of the accident and reported to us within 90 days of being incurred (90 day period for reporting expenses is not applicable in Missouri); and

    **(c)** The determination of "catastrophic event" is approved by us prior to incurring the covered employee care expenses.

**b.** We will make these payments for each "catastrophic event" as described in this Extension. The most we will pay in any one occurrence is shown by the per claim limit on the ELITE MANUFACTURING WRAP SCHEDULE; the most we will pay for all claims in any one policy year is shown by the aggregate limit on the ELITE MANUFACTURING WRAP SCHEDULE.

We will pay reasonable expenses for:

**(1)** Loss of business income due to the temporary shutdown of normal operations;

**(2)** Counseling services for employees;

**(3)** Increased security guard services;

**(4)** Public relations consultants;

**(5)** Security consultant services; or

**(6)** Any other applicable expenses approved by us.

The above additional coverages are applicable at the location linked with the "catastrophic event".

#### 2. Exclusions

We will not pay for expenses resulting from "catastrophic events" if benefits are payable or must be provided to any person, whether they are an "employee" or not, under a workers' compensation or disability benefits law or similar law.

#### 3. Condition

This coverage is excess of any other benefits which may be provided including but not limited to workers compensation, employee assistance programs, health insurance or other liability insurance you may have whether it is collectible or not.

#### 4. Definition

Covered "catastrophic events" include violent or destructive events, other than natural catastrophe, that involve reckless acts by any person without regard for life, and involve physical harm or the threat of physical harm to individual victims who are connected with your operations; and causes emotional distress to employees, customers or other individuals directly connected with your operations.

### B. Coinsurance Waiver On Losses Under $10,000

Item F. Additional Conditions; 1. Coinsurance on the BUILDING AND PERSONAL PROPERTY COVERAGE FORM does not apply if the covered loss is less than $10,000. This provision will not apply

CPT 7610
1001

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 16 of 17

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000101 of 000205

to subsequent losses if we have notified you that a penalty would have applied and proper limits of insurance were not obtained within 30 days of such notice.

**C. Covered Crime Reward**

We will pay up to the Covered Crime Reward limit shown on the **ELITE MANUFACTURING WRAP SCHEDULE** for information that leads to a conviction in connection with a covered loss under this policy. Regardless of the number of persons involved in providing information, our liability under this Extension will not be increased. The amount of reward to be paid will be determined by us and must be disclosed prior to the information leading to conviction provided by informant is disclosed, but shall in no event be more than the Covered Crime Reward limit described above.

**D. Realty Tax-Increased Assessment**

If a Covered Cause of Loss results in direct damage to Covered Property, we will repay you for the increased realty tax liability directly accredited to the repair, rebuilding, or reconstruction of the damaged property. We will pay only the first increased assessment up to the limit shown on the ELITE MANUFACTURING WRAP SCHEDULE if the increased tax liability is assessed within 24 months of the date of the covered loss. You must provide a documented statement from the taxing agency providing the increased improvement value directly attributable to the repair, rebuilding, or reconstruction.

**E. Removal Of Property To Prevent A Loss**

Item A. Coverage; 4. Additional Coverages; b. Preservation Of Property on the BUILDING AND PERSONAL PROPERTY COVERAGE FORM is amended to add:

We will also pay costs or expenses to remove or protect Covered Property at locations endangered by a Covered Cause of Loss that would have caused direct physical loss of or damage to such Covered Property.

The limit shown on the ELITE MANUFACTURING WRAP SCHEDULE is an additional amount we will pay for these costs or expenses.

**F. Security After Loss**

We will pay up to the limit shown on the ELITE MANUFACTURING WRAP SCHEDULE for the cost of a security provider approved by us that is used to safeguard Covered Property at the described premises after a covered loss, if we determine it necessary.

**G. Deductible Provisions**

Item D. Deductible on the BUILDING AND PERSONAL PROPERTY COVERAGE FORM is amended to add:

When an occurrence involves loss to more than one item of Covered Property and separate Limits of Insurance apply, the losses will not be combined in determining application of the Deductible; however, the Deductible will be applied only once per occurrence.

Refer to Section IV.G. Deductible Provisions on the ELITE MANUFACTURING WRAP SCHEDULE for applicable deductibles.

All other terms and conditions of this policy not in conflict with the terms and conditions of this Endorsement shall continue to apply.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000102 of 000205

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

THIS ENDORSEMENT CHANGES YOUR POLICY. PLEASE READ IT CAREFULLY.

# EQUIPMENT BREAKDOWN WRAP
# CAUSES OF LOSS - BREAKDOWN PLUS

**Equipment Breakdown Coverages Plus Expanded Coverages**
**Support and Services provided by The Hartford Steam Boiler Inspection and Insurance Co.**

This Endorsement modifies insurance provided under the following:
BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CAUSES OF LOSS - SPECIAL FORM
WATER EXCLUSION ENDORSEMENT

When added to the policy:
BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGES

This Coverage Form applies only to the premises in the Declarations where the CAUSES OF LOSS-SPECIAL FORM is shown.

### SCHEDULE

| Coverages | Limit |
|---|---|

**I.  Additional Covered Causes of Loss Section**

    **A.**  Equipment Breakdown — Included

    **B.**  Limited Additional Breakdown Coverages

| | |
|---|---|
| 1. Expediting Expenses | $25,000* |
| 2. Hazardous Substances | $25,000* |
| 3. Data Restoration | $25,000* |
| 4. Service Interruption | Included** |
| 5. CFC Refrigerants | Included |
| 6. Business Income and Extra Expense | Included** |

Deductible: As shown on the Covered Property and Income Coverages; unless modified on any Breakdown Coverage Modification Endorsement

\* Unless otherwise shown on a Breakdown Coverage Modification Endorsement

\*\* When Business Income (And Extra Expense) Forms are added to the policy.

**II.  Expanded Coverage Plus Section**

CAUSES OF LOSS – BREAKDOWN PLUS includes coverage found in the following Endorsements attached to the policy.

The most we will pay for any of the expanded coverages is the limit of insurance shown in this Schedule.

    **A.**  COMPUTER COVERAGE IM 7201

| | |
|---|---|
| 1. Hardware, Software, and Earnings and Extra Expense combined | $100,000 any one occurrence |
| 2. Electrical and Power Supply Disturbance -- 500 feet limitation | Waived |
| 3. Proprietary Programs and Data Records | $25,000 |
| 4. Virus and Hacking Coverages for | $5,000 per occurrence |
| Hardware, Software, and Earnings and Extra Expense combined | $10,000 per 12-month period |
| 6. Coinsurance – Hardware, and Software | 80% |
| 7. Telecommunications Equipment IM 7228 | Included |

    **B.**  SPOILAGE COVERAGE CP 04 40

| | |
|---|---|
| 1. "Perishable Stock" | $25,000 |
| 2. Deductible | $500 |
| 3. Breakdown or Contamination | Included |
| 4. Power Outage | Included |
| 5. Selling Price | Included |

HSB 5000
1001      Includes copyrighted material of Insurance Services Office, Inc., with its permission.      Page 1 of 8

Filed   21-CI-00101   02/24/2021   Wendy Graney, Shelby Circuit Clerk

EXH : 000103 of 000205

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

**C.** UTILITY SERVICES – DIRECT DAMAGE   CP 04 17
UTILITY SERVICES – TIME ELEMENT   CP 15 45 (Included when Business Income (And Extra Expense) Form is added to the policy)

| | | |
|---|---|---|
| **1.** | Building, Business Personal Property, and if applicable Business Income and Extra Expense combined | $25,000 |
| **2.** | Water Supply | Included |
| **3.** | Communication Supply (including overhead transmission lines) | Included |
| **4.** | Power Supply (including overhead transmission lines) | Included |
| **5.** | Covered Causes of Loss applicable | Special, and Equipment Breakdown |
| **6.** | Time Element | 24 Hour Waiting Period |

(If no entry appears above, information required to complete this endorsement will be shown in the Endorsement Schedule of the Declarations as applicable to this endorsement.)

**I.** **Additional Covered Causes Of Loss**

The following is added as an Additional Coverage on the CAUSES OF LOSS—SPECIAL FORM:

**A.** **Additional Coverage – Equipment Breakdown**

The term Covered Cause of Loss includes the Additional Coverage Equipment Breakdown as described and limited below.

**1.** We will pay for direct physical damage to Covered Property that is the direct result of an "accident". As used in this Additional Coverage, "accident" means a fortuitous event that causes direct physical damage to "covered equipment". The event must be one of the following:

**a.** Mechanical breakdown, including rupture or bursting caused by centrifugal force;

**b.** Artificially generated electrical, magnetic or electromagnetic energy, including electric arcing, that damages, disturbs, disrupts or otherwise interferes with any electrical or electronic wire, device, appliance, system or network;

**c.** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control;

**d.** Loss or damage to steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment; or

**e.** Loss or damage to hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment.

**B.** **Limited Additional Breakdown Coverages**

Unless otherwise shown in the Breakdown Coverage Modification Endorsement or Schedule, the following coverages also apply to the direct result of an "accident". These coverages do not provide additional amounts of insurance.

**1.** **Expediting Expenses**

With respect to your damaged Covered Property, we will pay the reasonable extra cost to:

**a.** Make temporary repairs; and

**b.** Expedite permanent repairs or permanent replacement.

The most we will pay for loss or expense under this coverage is $25,000 unless otherwise shown in a Breakdown Coverage Modification Endorsement or Schedule.

**2.** **Hazardous Substances**

We will pay for the additional cost to repair or replace Covered Property because of contamination by a "hazardous substance". This includes the additional costs to clean up or dispose of such property.

As used in this coverage, additional costs mean those beyond what would have been payable under this Equipment Breakdown coverage had no "hazardous substance" been involved.

The most we will pay for loss, damage or expense under this coverage, including actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered, is $25,000 unless otherwise shown in a Breakdown Coverage Modification Endorsement or Schedule.

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

### 3. Data Restoration

We will pay for your reasonable and necessary cost to research, replace and restore lost "data".

The most we will pay for loss or expense under this coverage, including actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered, is $25,000 unless otherwise shown in a Breakdown Coverage Modification Endorsement or Schedule.

### 4. Service Interruption

Any insurance provided for Business Income and Extra Expense is extended to apply to your loss or expense caused by the interruption of utility services. The interruption must result from an "accident" to equipment, including overhead transmission lines, that is owned by a utility, landlord, a landlord's utility or other supplier who provides you with any of the following services: electrical power, waste disposal, air conditioning, refrigeration, heating, natural gas, compressed air, water, steam, internet access, telecommunications services, wide area networks or data transmission. The equipment must meet the definition of "covered equipment" except that it is not Covered Property.

Unless otherwise shown in a Breakdown Coverage Modification Endorsement, coverage for any loss of Business Income you sustain that results from the interruption of utility services will not apply unless the failure or disruption of service exceeds 24 hours immediately following the "accident". If the interruption exceeds 24 hours, coverage will begin at the time of the interruption and the deductible applicable to Business Income will apply.

The most we will pay in any "one accident" for loss or expense under this coverage is the applicable limit for Business Income or Extra Expense, except that if a limit is shown in a Breakdown Coverage Modification Endorsement for Service Interruption, that limit will apply to Business Income and Extra Expense loss under this coverage.

### 5. CFC Refrigerants

We will pay for the additional cost to repair or replace Covered Property because of the use or presence of a refrigerant containing CFC (chlorofluorocarbon) substances. This means the additional cost to do the least expensive of the following:

**a.** Repair the damaged property and replace any lost CFC refrigerant;

**b.** Repair the damaged property, retrofit the system to accept a non-CFC refrigerant and charge the system with a non-CFC refrigerant; or

**c.** Replace the system with one using a non-CFC refrigerant.

Additional costs mean those beyond what would have been required had no CFC refrigerant been involved.

The most we will pay under this coverage is the applicable Limit of Insurance for Covered Property.

### 6. Business Income and Extra Expense

Any insurance provided under this coverage part for Business Income or Extra Expense is extended to the coverage provided by this Endorsement. However, if a deductible is shown in a Breakdown Coverage Modification Endorsement, then as respects Equipment Breakdown coverage, the "period of restoration" will begin immediately after the "accident", and the deductible shown in the Breakdown Coverage Modification Endorsement will apply.

The most we will pay for loss or expense under this coverage is the applicable limit for Business Income and Extra Expense, unless otherwise shown in a Breakdown Coverage Modification Endorsement.

## C. Conditions

The following Conditions are added to item F. Additional Conditions on the BUILDING AND PERSONAL PROPERTY COVERAGE FORM, the Commercial Property Conditions and the Common Policy Conditions.

### 1. Suspension

Whenever "covered equipment" is found to be in, or exposed to, a dangerous condition, any of our representatives may immediately suspend the insurance against loss from an "accident" to that "covered equipment". This can be done by mailing or delivering a written notice of suspension to:

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000105 of 000205

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

    **a.** Your last known address; or

    **b.** The address where the "covered equipment" is located.

Once suspended in this way, your insurance can be reinstated only by an Endorsement for that "covered equipment". If we suspend your insurance, you will get a pro rata refund of premium for that "covered equipment". But the suspension will be effective even if we have not yet made or offered a refund.

**2. Jurisdictional Inspections**

If any property that is "covered equipment" under this Endorsement requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspection on your behalf. We do not warrant that conditions are safe or healthful.

**3. Environmental, Safety and Efficiency Improvements**

If "covered equipment" requires replacement due to an "accident", we will pay your additional cost to replace with equipment that is better for the environment, safer or more efficient than the equipment being replaced.

However, we will not pay more than 125% of what the cost would have been to repair or replace with like kind and quality. This condition does not increase any of the applicable limits. This condition does not apply to any property to which Actual Cash Value applies.

**4. Coinsurance**

If a coinsurance percentage is shown in a Breakdown Coverage Modification Endorsement for specified coverages, the following condition applies.

We will not pay for the full amount of your loss if the applicable limit is less than the product of the specified coinsurance percentage times the value of the property subject to the coverage at the time of the loss. Instead, we will determine what percentage this calculated product is compared to the applicable limit and apply that percentage to the gross amount of loss. We will then subtract the applicable deductible. The resulting amount, or the applicable limit, is the most we will pay. We will not pay for the remainder of the loss. Coinsurance applies separately to each insured location.

**D. Deductible**

The deductible in the Schedule applies to this Equipment Breakdown, unless modified on a Breakdown Coverage Modification Endorsement. If a separate Equipment Breakdown deductible is shown, the following applies.

Only as regards Equipment Breakdown Coverage, item D. Deductible on the BUILDING AND PERSONAL PROPERTY COVERAGE FORM is deleted and replaced with the following:

**1. Deductibles for Each Coverage**

    **a.** Unless a Breakdown Coverage Modification Endorsement or Schedule indicates that your deductible is combined for all coverages, multiple deductibles may apply to any "one accident".

    **b.** We will not pay for loss, damage or expense under any coverage until the amount of the covered loss, damage or expense exceeds the deductible amount indicated for that coverage in a Breakdown Coverage Modification Endorsement or Schedule. We will then pay the amount of loss, damage or expense in excess of the applicable deductible amount, subject to the applicable limit.

    **c.** If deductibles vary by type of "covered equipment" and more than one type of "covered equipment" is involved in any "one accident", only the highest deductible for each coverage will apply.

**2. Direct and Indirect Coverages**

    **a.** Direct Coverages Deductibles and Indirect Coverages Deductibles may be indicated in a Breakdown Coverage Modification Endorsement.

    **b.** Unless more specifically indicated in a Breakdown Coverage Modification Endorsement:

        **(1)** Indirect Coverages Deductibles apply to Business Income and Extra Expense loss; and.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000106 of 000205

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

**(2)** Direct Coverages Deductibles apply to all remaining loss, damage or expense covered by this Endorsement.

**3. Application of Deductibles**

**a. Dollar Deductibles**

We will not pay for loss, damage or expense resulting from any "one accident" until the amount of loss, damage or expense exceeds the applicable Deductible shown in a Breakdown Coverage Modification endorsement or Schedule. We will then pay the amount of loss or damage in excess of the applicable Deductible or Deductibles, up to the applicable Limit of Insurance.

**b. Time Deductible**

If a time deductible is shown in a Breakdown Coverage Modification Endorsement or Schedule, we will not be liable for any loss occurring during the specified number of hours or days immediately following the "accident". If a time deductible is expressed in days, each day shall mean 24 consecutive hours.

**c. Multiple of Average Daily Value (ADV)**

If a deductible is expressed as a number times Average Daily Value (ADV), that amount will be calculated as follows:

The ADV will be the Business Income (as defined in any Business Income coverage that is part of this policy) that would have been earned during the period of interruption of business had no "accident" occurred, divided by the number of working days in that period. No reduction shall be made for the Business Income not being earned, or in the number of working days, because of the "accident" or any other scheduled or unscheduled shutdowns during the period of interruption. The ADV applies to the Business Income value of the entire location, whether or not the loss affects the entire location. If more than one location is included in the valuation of the loss, the ADV will be the combined value of all affected locations. For purposes of this calculation, the period of interruption may not extend beyond the "period of restoration".

The number indicated in a Breakdown Coverage Modification Endorsement shall be multiplied by the ADV as determined above. The result shall be used as the applicable deductible.

**d. Percentage of Loss Deductibles**

If a deductible is expressed as a percentage of loss, we will not be liable for the indicated percentage of the gross amount of loss, damage or expense (prior to any applicable deductible or coinsurance) insured under the applicable coverage. If the dollar amount of such percentage is less than the indicated minimum deductible, the minimum deductible will be the applicable deductible.

All Exclusions in the CAUSES OF LOSS – SPECIAL FORM apply except as modified below and to the extent that coverage is specifically provided by this Endorsement.

**1. Modified Exclusions**

The Exclusions are modified as follows:

**a.** Item B. Exclusions; 1.g. on the CAUSES OF LOSS – SPECIAL FORM and item B. Water; paragraph 1. on CP 1032 WATER EXCLUSION ENDORSEMENT are amended to add:

However, if electrical "covered equipment" requires drying out because of Water as described in g.(1) through g.(3) on the CAUSES OF LOSS – SPECIAL FORM or 1. through 3. on CP 1032 WATER EXCLUSION ENDORSEMENT, we will pay for the direct expenses of such drying out subject to the applicable Limit of Insurance and deductible for Building or Business Personal Property, whichever applies.

**b.** As respects this Endorsement only, the last paragraph of item B. Exclusions; 2.d. on the CAUSES OF LOSS – SPECIAL FORM is deleted and replaced with the following:

But if an excluded cause of loss that is listed in 2.d.(1) through (7) results in an "accident", we will pay for the loss or damage caused by that "accident".

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000107 of 000205

Filed  21-CI-00101  02/24/2021  Wendy Graney, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

**2. Additional Exclusions**

The following Exclusions are added:

**a.** We will not pay under this Endorsement for loss, damage or expense caused by or resulting from:

**(1)** A hydrostatic, pneumatic or gas pressure test of any boiler or pressure vessel or an electrical insulation breakdown test of any type of electrical equipment; or

**(2)** Any of the following:

**(a)** Defect, programming error, programming limitation, computer virus, malicious code, loss of "data", loss of access, loss of use, loss of functionality or any other condition within or involving "data" or "media" of any kind; or

**(b)** Misalignment, miscalibration, tripping off-line, or any condition which can be corrected by resetting, tightening, adjusting or cleaning, or by the performance of maintenance.

However, if an "accident" results, we will pay for the resulting loss, damage or expense caused by that "accident".

**b.** With respect to Service Interruption coverage, we will also not pay for an "accident" caused by or resulting from: fire; lightning; windstorm or hail; explosion (except as specifically provided in 1.c. under Additional Coverage Equipment Breakdown above); smoke; aircraft or vehicles; riot or civil commotion; vandalism; sprinkler leakage; falling objects; weight of snow, ice or sleet; freezing; collapse; flood or earth movement.

**c.** With respect to this Equipment Breakdown coverage only, we will not pay for penalty costs resulting from the suspension, lapse or cancellation of a contract that is directly caused by an "accident" to "covered equipment".

**d.** We will not pay under Section I., Additional Covered Causes of Loss of this Endorsement, for Spoilage loss or damage caused by or resulting from an "accident" when Breakdown or Contamination coverage is provided in Section II., Expanded Coverage Plus of this Endorsement.

All provisions in the BUSINESS AND PERSONAL PROPERTY COVERAGE FORM apply except as modified below and to the extent that coverage is specifically provided by this Endorsement.

**1. Limit**

The most we will pay for loss, damage or expense arising from any "one accident" is the applicable Limit of Insurance shown in the Declarations unless otherwise shown in a Breakdown Coverage Modification Endorsement. Coverage provided under this Endorsement does not provide an additional amount of insurance.

**2. Additional Definitions**

**a.** "Boilers and Vessels" means:

**(1)** Any boiler, including attached steam, condensate and feedwater piping; and

**(2)** Any fired or unfired pressure vessel subject to vacuum or internal pressure other than the static pressure of its contents.

This term does not appear elsewhere in this Equipment Breakdown coverage, but may appear in a Breakdown Coverage Modification Endorsement.

**b. "Covered equipment"**

**(1)** "Covered equipment" means, unless otherwise specified in a Breakdown Coverage Modification Endorsement, Covered Property:

**(a)** That generates, transmits or utilizes energy, including electronic communications and data processing equipment; or

**(b)** Which, during normal usage, operates under vacuum or pressure, other than the weight of its contents.

**(2)** None of the following is "covered equipment":

**(a)** Structure, foundation, cabinet, compartment or air supported structure or building;

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000108 of 000205

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

(b) Insulating or refractory material;

(c) Sewer piping, buried vessels or piping, or piping forming a part of a sprinkler or fire suppression system;

(d) Water piping other than boiler feedwater piping, boiler condensate return piping or water piping forming a part of a refrigerating or air conditioning system;

(e) "Vehicle", or any equipment mounted on a "vehicle";

(f) Satellite, spacecraft or any equipment mounted on a satellite or spacecraft;

(g) Dragline, excavation or construction equipment;

(h) Equipment manufactured by you for sale; or

(i) Patterns, dies, molds and forms.

**c.** "Data" means information or instructions stored in digital code capable of being processed by machinery.

**d.** "Hazardous substance" means any substance that is hazardous to health or has been declared to be hazardous to health by a governmental agency.

**e.** "Media" means material on which "data" is recorded, such as magnetic tapes, hard disks, optical disks or floppy disks.

**f.** "One accident" means: If an initial "accident" causes other "accidents", all will be considered "one accident". All "accidents" that are the result of the same event will be considered "one accident".

**g.** "Production Machinery" means any machine or apparatus that processes or produces a product intended for eventual sale. However, "production machinery" does not mean any fired or unfired pressure vessel other than a cylinder containing a movable plunger or piston.

This term does not appear elsewhere in this Equipment Breakdown coverage, but may appear in a Breakdown Coverage Modification Endorsement.

**h.** "Vehicle" means, as respects this Endorsement only, any machine or apparatus that is used for transportation or moves under its own power. "Vehicle" includes, but is not limited to, car, truck, bus, trailer, train, aircraft, watercraft, forklift, bulldozer, tractor or harvester.

However, any property that is stationary, permanently installed at a covered location and that receives electrical power from an external power source will not be considered a "vehicle".

## II. Expanded Coverages Plus

Causes of Loss – Breakdown Plus includes coverage found in the referenced Endorsements shown in the Schedule. THE COVERAGE, TERMS, AND CONDITIONS DELINEATED IN THE ENDORSEMENTS SHOWN IN THE SCHEDULE APPLY ONLY TO THE COVERAGE AFFORDED IN THE ENDORSEMENT and do not apply to or amend any coverage, exclusion, or provision stated under the Additional Covered Causes of Loss Section of this Endorsement.

### A. Additional Provisions Related to Referenced Endorsements

#### 1. Specifically Purchased Supplemental Coverage

If other specific supplemental insurance is written by us covering the same loss or damage provided herein, we will pay only for the amount of covered loss or damage as follows:

**a.** If the terms of the Expanded Coverage Plus Section are broader than the other specific supplemental insurance, then the specific supplemental insurance shall be excess of the Expanded Coverage Plus provisions.

**b.** If the terms of the specific supplemental insurance are broader than the Expanded Coverage Plus Section, then the Expanded Coverage Plus Section shall be excess of the specific supplemental insurance.

However, we will not pay more than the actual loss, or applicable combined limits of insurance; whichever is less.

Filed    21-CI-00101    02/24/2021    Wendy Graney, Shelby Circuit Clerk

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000109 of 000205

Filed 21-CI-00101 02/24/2021 Wendy Graney, Shelby Circuit Clerk
NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

**2. Utility Services- Time Element – CP 15 45** (only when Business Income And Extra Expense applies)

Unless otherwise shown in a Breakdown Coverage Modification Endorsement, this Utility Services-Time Element coverage will not apply unless the failure or disruption of service exceeds 24 hours immediately following the "accident". Once this waiting period is met, coverage will commence at the initial time of the interruption and will be subject to all applicable deductibles.

All other terms and conditions of this policy not in conflict with the terms and conditions of this Endorsement shall continue to apply.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000110 of 000205

Filed 21-CI-00101 02/24/2021 Wendy Graney, Shelby Circuit Clerk

Filed        21-CI-00101   02/24/2021        Wendy Graney, Shelby Circuit Clerk
NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# BREAKDOWN COVERAGE MODIFICATION

This Endorsement modifies insurance provided under the following:
EQUIPMENT BREAKDOWN COVERAGE SCHEDULE
CAUSES OF LOSS – BREAKDOWN PLUS
CAUSES OF LOSS – BREAKDOWN BASIC

It is agreed that the modifications shown in the Schedule below apply to the Coverage Form shown in the Declarations:

## SCHEDULE

**SUPPLEMENTAL DEDUCTIBLES**

With respect to an "Accident" the Covered Property Deductible is changed to the Equipment Breakdown Deductible Amount applied as described:

Description                                                        Deductible Amount

_____          _____

**EQUIPMENT NOT COVERED**

None of the following is "Covered Equipment:"

_____
_____

**EXCLUDED CAUSES OF LOSS**

We shall not be liable for any loss or damage caused by or resulting from the following:

_____
_____

**OTHER CONDITIONS**

_____
_____
_____
_____

(If no entry appears above, information required to complete this Endorsement will be shown in the Endorsement Schedule of the Declarations as applicable to this Endorsement)

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000111 of 000205

Filed        21-CI-00101   02/24/2021        Wendy Graney, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

| AAIS | This endorsement changes |
|------|--------------------------|
| IM 7228 05 01 | the policy |
| Page 1 of 1 | -- PLEASE READ THIS CAREFULLY -- |

## TELECOMMUNICATIONS EQUIPMENT

### SCHEDULE

**Telecommunications Equipment Limit** -- The most "we" pay in any one occurrence under the Supplemental Coverage described below is:

$ _____

### DEFINITIONS

The following defined term is added to Definitions:

"Telecommunications equipment" means telephone components and equipment used for the transmission of communications, including but not limited to, telephone switchgear (including PBX systems), operating programs, related software, facsimile transmission equipment, video conferencing equipment, and other related hardware (including computers dedicated to voice mail).

### SUPPLEMENTAL COVERAGES

The following coverage is added to Supplemental Coverages:

**Telecommunications Equipment** -- "We" cover direct physical loss caused by a covered peril to "telecommunications equipment" while at a premises described on the "schedule of coverages".

**IM 7228 05 01**
Copyright, American Association of Insurance Services, 2001

*Presiding Judge: HON. CHARLES R. HICKMAN (653233)*

*EXH : 000112 of 000205*

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

AAIS
IM 7201 05 01
Page 1 of 19

# COMPUTER COVERAGE

## AGREEMENT

In return for "your" payment of the required premium, "we" provide the coverage described herein subject to all the "terms" of the Computer Coverage. This coverage is also subject to the "schedule of coverages" and additional policy conditions relating to assignment or transfer of rights or duties, cancellation, changes or modifications, inspections, and examination of books and records.

Endorsements and schedules may also apply. They are identified on the "schedule of coverages".

Refer to Definitions for words and phrases that have special meaning. These words and phrases are shown in quotation marks or bold type.

## DEFINITIONS

1. The words "you" and "your" mean the persons or organizations named as the insured on the "schedule of coverages".

2. The words "we", "us", and "our" mean the company providing this coverage.

3. "Business" means the usual business operations occurring at a premises described on the "schedule of coverages".

4. "Computer hacking" means an unauthorized intrusion by an individual or group of individuals, whether employed by "you" or not, into "hardware", "software", a Web site, or a computer network and that results in but is not limited to:

   a. deletion, destruction, generation, or modification of "software";

   b. alteration, contamination, corruption, degradation, or destruction of the integrity, quality, or performance of "software";

   c. observation, scanning, or copying of "data records", "programs and applications", and "proprietary programs";

   d. damage, destruction, inadequacy, malfunction, degradation, or corruption of any "hardware" or "media" used with "hardware"; or

   e. denial of access to or denial of services from "your" "hardware", "your" computer network, or Web site.

5. "Computer virus" means the introduction into "hardware", "software", or a Web site of any malicious, self-replicating electronic data processing code or other code and that is intended to result in, but is not limited to:

   a. deletion, destruction, generation, or modification of "software";

   b. alteration, contamination, corruption, degradation, or destruction of the integrity, quality, or performance of "software";

   c. damage, destruction, inadequacy, malfunction, degradation, or corruption of any "hardware" or "media" used with "hardware"; or

   d. denial of access to or denial of services from "your" "hardware", "your" computer network, or Web site.

6. "Data records" means files, documents, and information in an electronic format and that are stored on "media".

7. "Electrical disturbance" means electrical or magnetic damage, disturbance of electronic recordings, or erasure of electronic recordings.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000113 of 000205

8. "Flood" means flood, surface water, waves, tidal water, or the overflow of a body of water, all whether driven by wind or not. This includes spray that results from these whether driven by wind or not.

9. "Hardware" means a network of electronic machine components (microprocessors) capable of accepting instructions and information, processing the information according to the instructions, and producing desired results. "Hardware" includes but is not limited to:

   a. mainframe and mid-range computers and servers;

   b. personal computers and workstations;

   c. laptops, palmtops, notebook PCs, other portable computer devices and accessories including, but not limited to, multimedia projectors; and

   d. peripheral data processing equipment, including but not limited to, printers, keyboards, monitors, and modems.

   "Hardware" does not include "software".

10. "Limit" means the amount of coverage that applies.

11. "Mechanical breakdown" means the malfunction or failure of moving or electronic parts, component failure, faulty installation, or blowout.

12. "Media" means processing, recording, or storage media used with "hardware". This includes but is not limited to films, tapes, cards, discs, drums, cartridges, or cells.

13. "Off-site server" means a server for "your" Web site that is being maintained or operated by and that is located at the premises of:

   a. an independent contractor acting as "your" Web host; or

   b. "your" Internet service provider that is acting as "your" Web host.

14. "Pollutant" means:

   a. any solid, liquid, gaseous, thermal, or radioactive irritant or contaminant, including but not limited to acids, alkalis, chemicals, fumes, smoke, soot, vapor, and waste. Waste includes materials to be recycled, reclaimed, or reconditioned, as well as disposed of; and

   b. electrical or magnetic emissions, whether visible or invisible, and sound emissions.

15. "Power supply disturbance" means interruption of power supply, power surge, blackout, or brownout.

16. "Programs and applications" means operating programs and applications that "you" purchase and that are:

   a. stored on "media"; or

   b. pre-installed and stored in "hardware".

17. "Proprietary programs" means proprietary applications or programs that are developed in-house or that "you" had developed specifically for "you" and that are:

   a. stored on "media"; or

   b. installed and stored in "hardware".

18. "Restoration period" means:

   a. The time it should reasonably take to resume "your" "business" to a similar level of service starting from the date of a physical loss of or damage to covered property at a premises described on the "schedule of coverages" that is caused by a covered peril and ending on the date:

      1) the property should be rebuilt, repaired, or replaced; or

      2) "business" is resumed at a new permanent location.

      This is not limited by the expiration date of the policy.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000114 of 000205

b. The "restoration period" also means the increased time required to comply with the enforcement of any ordinance, law, or decree that:

1) regulates the construction, use, or repair of any property; or
2) requires the demolition of any property, in part or in whole, not damaged by a covered peril.

The ordinance, law, or decree must be in force at the time of loss.

c. Only as regards coverage described under Utility Service Interruption; Interruption of Web Site (if added to this policy by endorsement); and Property In Transit in the Supplemental Income Coverages, "restoration period" also means the time it should reasonably take to resume "your" "business" starting from the date of direct physical loss of or damage caused by a covered peril to:

1) property not located at a premises described on the "schedule of coverages" and that is owned by a utility, a landlord, or another utility supplier;
2) "your" Web site operation that is being maintained or operated by and that is located at the premises of an independent contractor or Internet service provider; and
3) property in transit;

and ending on the date the property should be rebuilt, repaired, or replaced. This is not limited by the expiration date of the policy.

19. "Schedule of coverages" means:

a. all pages labeled schedule of coverages or schedules which pertain to this coverage; and

b. declarations or supplemental declarations which pertain to this coverage.

20. "Sinkhole collapse" means the sudden settlement or collapse of earth supporting the covered property into subterranean voids created by the action of water on a limestone or similar rock formation. It does not include the value of the land or the cost of filling sinkholes.

21. "Software" means:

a. "media";

b. "data records";

c. "programs and applications"; and

d. "proprietary programs".

22. "Specified perils" means aircraft; civil commotion; explosion; falling objects; fire; hail; leakage from fire extinguishing equipment; lightning; riot; "sinkhole collapse"; smoke; sonic boom; vandalism; vehicles; "volcanic action"; water damage; weight of ice, snow, or sleet; and windstorm.

Falling objects does not include loss to:

a. personal property in the open; or

b. to the interior of buildings or structures or to personal property inside buildings or structures unless the exterior of the roofs or walls are first damaged by a falling object.

Water damage means the sudden or accidental discharge or leakage of water or steam as a direct result of breaking or cracking of a part of the system or appliance containing the water or steam.

23. "Terms" means all provisions, limitations, exclusions, conditions, and definitions that apply.

24. "Volcanic action" means airborne volcanic blast or airborne shock waves; ash, dust, or particulate matter; or lava flow. It does not include the cost to remove ash, dust, or particulate matter that does not cause direct physical loss to the covered property.

Filed        21-CI-00101    02/24/2021        Wendy Graney, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

AAIS
IM 7201 05 01
Page 4 of 19

## PROPERTY COVERED

"We" cover the following property unless the property is excluded or subject to limitations.

1. **Hardware** -- When a "limit" is indicated on the "schedule of coverages", "we" cover direct physical loss caused by a covered peril to "hardware" and similar property of others that is in "your" care, custody, or control while at a premises described on the "schedule of coverages".

2. **Software** -- When a "limit" is indicated on the "schedule of coverages", "we" cover direct physical loss caused by a covered peril to the following property while at a premises described on the "schedule of coverages":

   a. "media";

   b. "programs and applications"; and

   similar property of others that is in "your" care, custody, or control.

   Except as provided under Supplemental Coverages, "we" do not cover "data records" and "proprietary programs".

## INCOME COVERAGE

"We" provide the following coverage unless the coverage is excluded or subject to limitations.

1. **Coverage Options** -- One of the following described coverage options applies when that option is indicated on the "schedule of coverages":

   a. Earnings and Extra Expense; or

   b. Extra Expense only.

2. **Coverages** -- "We" provide the coverages described below during the "restoration period" when "your" "business" is necessarily wholly or partially interrupted:

   a. by direct physical loss of or damage to covered property at a premises described on the "schedule of coverages" as a result of a covered peril.

   b. as a result of direct physical loss of or damage to:

      1) a premises described on the "schedule of coverages" that prevents "you" from using covered property; or
      2) the air conditioning or electrical systems which are necessary for the operation of covered property and results in a reduction or suspension of "your" "business".

   If "you" lease, rent, or do not own the premises "you" occupy, for the purposes of determining an Income Coverage loss, "your" location is the space that "you" lease, rent, or occupy including, but not limited to, all passageways to "your" location within the building.

3. **Earnings** -- "We" cover "your" actual loss of net income (net profit or loss before income taxes) that would have been earned or incurred and continuing operating expenses normally incurred by "your" "business", including but not limited to payroll expense.

4. **Extra Expense** -- "We" cover only the extra expenses that are necessary during the "restoration period" that "you" would not have incurred if there had been no direct physical loss or damage to property caused by or resulting from a covered peril.

   "We" cover any extra expense to avoid or reduce the interruption of "your" data processing operations and continue operating at a premises described on the "schedule of coverages", replacement location, or a temporary location. This includes expenses to relocate and costs to outfit and operate a replacement or temporary location.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000116 of 000205

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

**AAIS**
**IM 7201 05 01**
**Page 5 of 19**

"We" will also cover any extra expense to reduce the interruption of "business" if it is not possible for "you" to continue operating during the "restoration period".

To the extent that they reduce a loss otherwise payable under this coverage, "we" will cover any extra expenses to:

a. repair, replace, or restore any property; and

b. research, replace, or restore information on damaged documents, manuscripts, or records that:

   1) are inscribed, printed, or written; or
   2) exist on electronic or magnetic media.

## PROPERTY NOT COVERED

1. **Accounts, Bills, or Documents** -- "We" do not cover accounts, bills, evidences of debt, records, abstracts, deeds, manuscripts, program documentation, or other documents except those that are in "software" form and then only in that form.

2. **Checked Luggage** -- "We" do not cover loss resulting from theft or disappearance of a laptop, palmtop, notebook PC, or any portable computer while in transit as checked luggage.

3. **Contraband** -- "We" do not cover contraband or property in the course of illegal transportation or trade.

4. **Loaned, Leased, or Rented To Others** -- "We" do not cover property that "you" loan, lease, or rent to others.

5. **Money and Securities** -- "We" do not cover currency, food stamps, lottery tickets not held for sale, money, notes, or securities.

6. **Stock in Trade** -- "We" do not cover property that is "your" stock in trade.

## COVERAGE EXTENSIONS

The following Coverage Extensions indicate an applicable "limit". This "limit" may also be shown on the "schedule of coverages". If a different "limit" is indicated on the "schedule of coverages", that "limit" will apply instead of the "limit" shown below.

However, if no "limit" is indicated for a Coverage Extension, coverage is provided up to the full "limit" for the applicable covered property unless a different "limit" is indicated on the "schedule of coverages".

Unless otherwise indicated, the coverages provided below are part of and not in addition to the applicable "limit" for coverage described under Property Covered.

The "limit" provided under a Coverage Extension cannot be combined or added to the "limit" for any other Coverage Extension or Supplemental Coverage.

The following coverage extensions are not subject to and not considered in applying coinsurance when coinsurance conditions are a part of this coverage.

1. **Electrical and Power Supply Disturbance** -- "We" cover direct physical loss to covered property caused by:

   a. "electrical disturbance"; or

   b. "power supply disturbance"

   if the cause of such disturbance took place within 500 feet of the premises where the loss occurred.

   However, if the "schedule of coverages" indicates that there is no limitation, then the 500 feet limitation described above does not apply to this Coverage Extension.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000117 of 000205

2. **Debris Removal** -- "We" pay the cost to remove the debris of covered property that is caused by a covered peril. This coverage does not include costs to:

   a. extract "pollutants" from land or water; or

   b. remove, restore, or replace polluted land or water.

   "We" do not pay any more under this coverage than 25% of the amount "we" pay for the direct physical loss. "We" will not pay more for loss to property and debris removal combined than the "limit" for the damaged property.

   However, "we" pay up to an additional $5,000 for debris removal expense when the debris removal expense exceeds 25% of the amount "we" pay for direct physical loss or when the loss to property and debris removal combined exceeds the "limit" for the damaged property.

   "We" do not pay any expenses unless they are reported to "us" in writing within 180 days from the date of direct physical loss to covered property.

3. **Emergency Removal** -- "We" pay for any direct physical loss to covered property while it is being moved or being stored to prevent a loss caused by a covered peril. This coverage applies for up to 365 days after the property is first moved, but does not extend past the date on which this policy expires.

4. **Emergency Removal Expenses** -- "We" pay up to $1,000 for "your" expenses to move or store covered property to prevent a loss caused by a covered peril. This coverage applies for up to 365 days after the property is first moved, but does not extend past the date on which this policy expires.

   The "limit" for Emergency Removal Expenses is separate from, and not part of, the applicable "limit" for coverage described under Property Covered.

5. **Fraud and Deceit** -- "We" pay up to $1,000 for theft of covered property when "you", "your" agents, customers, or consignees are fraudulently induced to part with the covered property:

   a. to persons who falsely represent themselves as the proper persons to receive the property; or

   b. by the acceptance of fraudulent bills of lading or shipping receipts.

6. **Mechanical Breakdown Coverage** -- "We" pay for loss to covered property caused by "mechanical breakdown".

## SUPPLEMENTAL COVERAGES

The following Supplemental Coverages indicate an applicable "limit". This "limit" may also be shown on the "schedule of coverages". If a different "limit" is indicated on the "schedule of coverages", that "limit" will apply instead of the "limit" shown below.

However, if no "limit" is indicated for a Supplemental Coverage, coverage is provided up to the full "limit" for the applicable covered property unless a different "limit" is indicated on the "schedule of coverages".

Unless otherwise indicated, a "limit" for a Supplemental Coverage provided below is separate from, and not part of, the applicable "limit" for coverage described under Property Covered. The "limit" available for coverage described under a Supplemental Coverage:

a. is the only "limit" available for the described coverage; and

b. is not the sum of the "limit" indicated for a Supplemental Coverage and the "limit" for coverage described under Property Covered.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000118 of 000205

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

The "limit" provided under a Supplemental Coverage cannot be combined or added to the "limit" for any other Supplemental Coverage or Coverage Extension.

The following supplemental coverages are not subject to and not considered in applying coinsurance when coinsurance conditions are a part of this coverage.

1. **Acquired Locations** -- "We" cover direct physical loss caused by a covered peril to covered property at locations that "you" acquire during the policy period. "We" pay up to $250,000 for covered property at locations that "you" acquire. This coverage applies for up to 60 days from the date "you" acquire the location or until "you" report the acquired location to "us", whichever occurs first. This coverage does not go beyond the end of the policy period.

   "You" must pay any additional premium due from the date "you" acquire the location.

2. **Newly Purchased or Leased Hardware** -- "We" cover direct physical loss caused by a covered peril to additional "hardware" including pre-installed "programs and applications" that "you" purchase or lease during the policy period. "We" extend coverage to the additional "hardware" that "you" purchase or lease for up to 60 days.

   The most that "we" pay for any loss under this additional coverage is the least of:

   a. the actual cash value of the covered property; or

   b. $250,000.

   This supplemental coverage will end when any of the following first occur:

   a. this policy expires;

   b. 60 days after "you" obtain the additional "hardware"; or

   c. "you" report the additional "hardware" to "us".

"You" must pay any additional premium due from the date "you" purchase or lease the additional "hardware".

3. **Off-Site Computers** -- "We" cover direct physical loss caused by a covered peril to covered property in the custody of "you", "your" officers, "your" partners, or "your" employees, while:

   a. at "your" residence or the residence of "your" officers, partners, or employees;

   b. temporarily at a premises that is not described on the "schedule of coverages"; or

   c. in transit between a residence or temporary premises and "you" or "your" officers, partners, or employees.

   The most "we" pay in any one occurrence for loss to off-site covered property is $2,500.

4. **Pollutant Cleanup and Removal** -- "We" pay "your" expense to extract "pollutants" from land or water if the discharge, dispersal, seepage, migration, release, or escape of the "pollutants" is caused by a covered peril that occurs during the policy period. The expenses are paid only if they are reported to "us" in writing within 180 days from the date the covered peril occurs.

   "We" do not pay the cost of testing, evaluating, observing, or recording the existence, level, or effects of "pollutants". However, "we" pay the cost of testing which is necessary for the extraction of "pollutants" from land or water.

   The most "we" pay for each location is $10,000 for the sum of all such expenses arising out of a covered peril occurring during each separate 12-month period of this policy.

5. **Property In Transit** -- "We" cover direct physical loss to covered property caused by a covered peril while in transit.

   The most "we" pay in any one occurrence for loss to covered property in transit is $5,000.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000119 of 000205

6. **Proprietary Programs and Data Records --** "We" cover the cost of research or other expenses necessary to reproduce, replace, or restore lost files or codes on lost or damaged "data records" and "proprietary programs" and similar property of others that is in "your" care, custody, or control.

"We" only cover the cost of research or other expenses necessary to reproduce, replace, or restore lost files or codes if the cost of research or other expenses are incurred due to a direct physical loss caused by a covered peril to covered property while at a premises described on the "schedule of coverages".

The most "we" pay in any one occurrence for "data records" and "proprietary programs" is $5,000.

7. **Rewards --** "We" pay up to $1,000 as a reward for information that leads to a conviction for arson, theft, or vandalism including, but not limited to, "computer hacking" and "computer virus". The conviction must involve a covered loss caused by arson, theft, or vandalism.

The amount "we" pay is not increased by the number of persons involved in providing the information.

8. **Software Storage --** "We" cover direct physical loss caused by a covered peril to duplicate and back-up "software" stored at a "software" storage location. Each "software" storage location must be in a separate building which is at least 100 feet away from a premises described in the "schedule of coverages".

The most "we" pay in any one occurrence for loss to duplicate and back-up "software" is $25,000.

9. **Virus and Hacking Coverage --** "We" cover direct physical loss to covered "hardware", "software", and "your" Web site caused by a "computer virus" or by "computer hacking". However, "we" do not cover:

a. loss of exclusive use of any "data records" or "proprietary programs" that have been copied, scanned, or altered;

b. loss of or reduction in economic or market value of any "data records" or "proprietary programs" that have been copied, scanned, or altered;

c. theft from "your" "data records" or "proprietary programs" of confidential information through the observation of the "data records" or "proprietary programs" by accessing covered "hardware", "your" computer network, or "your" Web site without any alteration or other physical loss or damage to the records or programs.

Confidential information includes, but is not limited to, customer information, processing methods, or trade secrets; and

d. except as provided under Supplemental Income Coverages, denial of access to or services from "your" "hardware", "your" computer network, or "your" Web site.

The most "we" pay in any one occurrence under this Supplemental Coverage is $5,000.

The most "we" pay for all covered losses under this Supplemental Coverage during each separate 12 month period of this policy is $10,000.

## INCOME COVERAGE EXTENSIONS

The following Income Coverage Extensions indicate an applicable "limit" or limitation. This "limit" or limitation may also be shown on the "schedule of coverages". If a different "limit" or limitation is indicated on the "schedule of coverages", that "limit" or limitation will apply instead of the "limit" or limitation shown below.

The following Income Coverage Extensions are part of and not in addition to the applicable Income Coverage "limit".

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000120 of 000205

Filed      21-CI-00101    02/24/2021    Wendy Graney, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

**AAIS**
**IM 7201 05 01**
**Page 9 of 19**

1. **Interruption by Civil Authority** -- "We" extend "your" coverage for earnings and extra expense to include loss sustained while access to premises described on the "schedule of coverages" is specifically denied by an order of civil authority. This order must be a result of direct physical loss of or damage to property, other than at a premises described on the "schedule of coverages" and must be caused by a covered peril. Unless otherwise indicated on the "schedule of coverages", this coverage extension is limited to 30 consecutive days from the date of the order.

2. **Period of Loss Extension After Business Resumes** -- "We" extend "your" coverage for earnings to cover loss from the date the covered property that incurred the loss is rebuilt, repaired, or replaced and "your" data processing operations are resumed until:

   a. the end of 30 consecutive days (unless otherwise indicated on the "schedule of coverages"); or

   b. the date "you" could reasonably resume "your" "business" to the conditions that would generate the earnings amount that would have existed had no loss or damage occurred,

   whichever is earlier.

   Loss of earnings must be caused by direct physical loss of or damage to property at a premises described on the "schedule of coverages" as a result of a covered peril.

## SUPPLEMENTAL INCOME COVERAGES

Unless otherwise indicated, the following Supplemental Income Coverages apply separately to each premises described on the "schedule of coverages".

The following Supplemental Income Coverages indicate an applicable "limit". This "limit" may also be shown on the "schedule of coverages". If a different "limit" is indicated on the "schedule of coverages", that "limit" will apply instead of the "limit" shown below.

Unless otherwise indicated, a "limit" for a Supplemental Income Coverage provided below is separate from, and not part of, the applicable Income Coverage "limit". The "limit" available for coverage described under a Supplemental Income Coverage:

a. is the only "limit" available for the described coverage; and

b. is not the sum of the "limit" indicated for a Supplemental Income Coverage and the Income Coverage "limit".

The "limit" provided under a Supplemental Income Coverage cannot be combined or added to the "limit" for any other Supplemental Income Coverage or Income Coverage Extension.

1. **Acquired Locations** -- "We" extend "your" coverage for earnings and extra expense to include direct physical loss to covered property while at locations that "you" acquire during the policy period.

   This coverage applies for up to 60 days from the date "you" acquire the location or until "you" report the acquired location to "us", whichever occurs first. This coverage does not go beyond the end of the policy period.

   "You" must pay any additional premium due from the date "you" acquire the location.

   The most "we" pay in any one occurrence for loss of earnings and incurred extra expense at each newly acquired location is $25,000.

2. **Property In Transit** -- Coverage for earnings is extended to loss of earnings during the "restoration period" when "your" "business" is interrupted as a result of a direct physical loss, caused by a covered peril, to covered property in transit.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000121 of 000205

The most we pay in any one occurrence under this Supplemental Income Coverage is $5,000.

3. **Utility Service Interruption --**

   a. **Coverage** -- Coverage for earnings and/or extra expense is extended to loss of earnings or extra expenses that "you" incur during the "restoration period" when "your" data processing operations are interrupted due to the interruption of utility services to a premises described on the "schedule of coverages".

   The interruption of the utility service must be as a result of a direct physical loss, caused by a covered peril, to property not located at a premises described on the "schedule of coverages" and that is owned by a utility, a landlord, or another supplier who provides "you" with:

   1) power, gas;
   2) telecommunications, including but not limited to Internet access; or
   3) water.

   b. **Overhead Transmission Lines** -- If the "schedule of coverages" indicates that overhead transmission lines are excluded, coverage under this extension does not include loss to overhead transmission lines that deliver utility service to "you". Overhead transmission lines include, but are not limited to:

   1) overhead transmission and distribution lines;
   2) overhead transformers and similar equipment; and
   3) supporting poles and towers.

   c. **Waiting Period** -- Unless otherwise indicated on the "schedule of coverages", "we" do not pay for "your" loss of earnings under this Supplemental Income Coverage until after the first 24 hours following the direct physical loss of or damage to the property owned by a utility, a landlord, or another supplier. This waiting period does not apply to extra expenses that "you" incur.

   d. **Applicable Limit** -- The most "we" pay in any one occurrence under this Supplemental Income Coverage is $10,000.

4. **Virus and Hacking Coverage --**

   a. **Coverage** -- Coverage for earnings and/or extra expense is extended to loss of earnings or extra expenses caused by a "computer virus" or by "computer hacking" that results in:

   1) direct physical loss or damage to covered "software", "hardware", or "your" Web site; or
   2) denial of access to or services from "your" "hardware", "your" computer network, or "your" Web site.

   b. **Exclusions** -- "We" do not cover loss of earnings or extra expenses under this Supplemental Income Coverage that results from:

   1) loss of exclusive use of any "data records" or "proprietary programs" that have been copied, scanned, or altered;
   2) loss of or reduction in economic or market value of any "data records" or "proprietary programs" that have been copied, scanned, or altered;
   3) theft from "your" "data records" or "proprietary programs" of confidential information through the observation of the "data records" or "proprietary programs" by accessing covered "hardware", "your" computer network, or "your" Web site without any alteration or other physical loss or damage to the records or programs.

   Confidential information includes, but is not limited to customer information, processing methods, or trade secrets.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000122 of 000205

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

c. **Waiting Period** -- Unless otherwise indicated on the "schedule of coverages", "we" do not pay for "your" loss of earnings under this Supplemental Income Coverage until after the first 24 hours following the direct physical loss of or damage to "your" data processing operations. This waiting period does not apply to extra expenses that "you" incur.

d. **Applicable Limit** -- The most "we" pay in any one occurrence under this Supplemental Income Coverage is $5,000.

The most "we" pay for all covered losses under this Supplemental Income Coverage during each 12 month period of this policy is $15,000.

## PERILS COVERED

"We" cover risks of direct physical loss unless the loss is limited or caused by a peril that is excluded.

## PERILS EXCLUDED

1. "We" do not pay for loss if one or more of the following exclusions apply to the loss, regardless of other causes or events that contribute to or aggravate the loss, whether such causes or events act to produce the loss before, at the same time as, or after the excluded causes or events.

    a. **Civil Authority** -- "We" do not pay for loss caused by order of any civil authority, including seizure, confiscation, destruction, or quarantine of property.

    "We" do pay for loss resulting from acts of destruction by the civil authority to prevent the spread of fire, unless the fire is caused by a peril excluded under this coverage.

b. **Nuclear Hazard** -- "We" do not pay for loss caused by or resulting from a nuclear reaction, nuclear radiation, or radioactive contamination (whether controlled or uncontrolled; whether caused by natural, accidental, or artificial means). Loss caused by nuclear hazard is not considered loss caused by fire, explosion, or smoke. "We" do pay for direct loss by fire resulting from the nuclear hazard.

c. **War** -- "We" do not pay for loss caused by war. This means:

    1) declared war, undeclared war, civil war, insurrection, rebellion, or revolution;
    2) a warlike act by a military force or by military personnel;
    3) the destruction, seizure, or use of the property for a military purpose; or
    4) the discharge of a nuclear weapon even if it is accidental.

2. "We" do not pay for loss or damage that is caused by or results from one or more of the following:

    a. **Computer Virus or Computer Hacking** -- Except as provided under Supplemental Coverages and Supplemental Income Coverages, "we" do not pay for:

    1) any direct or indirect loss or damage; or
    2) loss of access, loss of use, or loss of functionality

    caused by a "computer virus" or by "computer hacking". This includes, but is not limited to, loss or damage to "hardware" or "software", "your" computer network, or "your" Web site caused by or resulting from "computer virus" or "computer hacking".

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000123 of 000205

Filed 21-CI-00101 02/24/2021 Wendy Graney, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

b. **Criminal, Fraudulent, or Dishonest Acts** -- "We" do not pay for loss caused by or resulting from criminal, fraudulent, dishonest, or illegal acts alone or in collusion with another by:

1) "you";
2) others who have an interest in the property;
3) others to whom "you" entrust the property;
4) "your" partners, officers, directors, trustees, or joint adventurers; or
5) the employees or agents of 1), 2), 3), or 4) above, whether or not they are at work.

This exclusion does not apply to acts of destruction by "your" employees, but "we" do not pay for theft by employees.

This exclusion does not apply to covered property in the custody of a carrier for hire.

c. **Electrical and Power Supply Disturbance** -- "We" do not pay for loss caused by "electrical disturbance" or "power supply disturbance" if the cause of such disturbance took place more than 500 feet from the premises where the loss occurred.

However, if disturbance coverage beyond 500 feet is indicated on the "schedule of coverages", then the Electrical and Power Supply Disturbance exclusion described above is deleted.

d. **Loss of Use** -- "We" do not pay for loss caused by or resulting from loss of use, business interruption, delay, or loss of market.

This exclusion does not apply to the coverages described under Income Coverages, Income Coverage Extensions, and Supplemental Income Coverages.

e. **Pollutants** -- "We" do not pay for loss caused by or resulting from release, discharge, seepage, migration, dispersal, or escape of "pollutants" unless the release, discharge, seepage, migration, dispersal, or escape is caused by a "specified peril". "We" do pay for any resulting loss caused by a "specified peril".

f. **Temperature/Humidity** -- Except as provided under Utility Interruption, "we" do not pay for loss to covered property caused by:

1) dryness, dampness, humidity; or
2) changes in or extremes of temperature.

However, "we" do pay for loss to covered property that results from a direct physical loss, caused by a covered peril, to the air conditioning system that services covered "hardware".

g. **Voluntary Parting** -- Except as provided under Coverage Extensions, "we" do not pay for loss caused by or resulting from voluntary parting with title to or possession of any property because of any fraudulent scheme, trick, or false pretense.

3. "We" do not pay for loss or damage if one or more of the following exclusions apply to the loss. But if loss by a covered peril results, "we" will pay for the resulting loss.

a. **Contamination, Deterioration, Rust, or Corrosion** -- "We" do not pay for loss caused by contamination or deterioration including corrosion, decay, fungus, mildew, mold, rot, rust, or any quality, fault, or weakness in covered property that causes it to damage or destroy itself.

This exclusion does not apply to loss caused by "mechanical breakdown".

b. **Wear and Tear, or Obsolescence** -- "We" do not pay for loss caused by wear and tear, depreciation, or obsolescence.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000124 of 000205

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

4. "We" do not pay for loss of earnings or extra expenses, as described under Income Coverage, caused by or resulting from one or more of the following:

a. **Error or Omission In Programming --** "We" do not pay for extra expense caused by an error or omission in programming or incorrect instructions to "hardware".

b. **Leases, Licenses, Contracts, or Orders --** "We" do not cover any increase in loss due to the suspension, lapse, or cancellation of leases, licenses, contracts, or orders.

However, "we" do cover loss during the "restoration period" if the suspension, lapse, or cancellation results directly from the interruption of "your" "business".

"We" do not cover any extra expense caused by the suspension, lapse, or cancellation of leases, licenses, contracts, or orders beyond the "restoration period".

c. **Strikes, Protests, and Other Interference --** "We" do not cover any increase in loss due to interference by strikers or other persons at a premises described on the "schedule of coverages". This applies to interference with rebuilding, repairing, or replacing the property or with resuming "your" "business".

d. **Utility Failure --** Except as provided under Supplemental Income Coverages, "we" do not pay for loss caused by or resulting from the failure of a utility to supply electrical power or other utility service to a described premises, if the failure takes place away from the described premises. "We" do not pay for loss caused by or resulting from the failure of a utility to supply service regardless of the cause of failure.

## WHAT MUST BE DONE IN CASE OF LOSS

1. **Notice --** In case of a loss, "you" must:

a. give "us" or "our" agent prompt notice, including a description of the property involved ("we" may request written notice); and

b. give notice to the police when the act that causes the loss is a crime.

2. **Protect Property --** "You" must take all reasonable steps to protect covered property at and after an insured loss to avoid further loss. "We" do pay the reasonable costs incurred by "you" for necessary repairs or emergency measures performed solely to protect covered property from further damage by a peril insured against if a peril insured against has already caused a loss to covered property. "You" must keep an accurate record of such costs. However, "we" do not pay for such repairs or emergency measures performed on property which has not been damaged by a peril insured against. This does not increase "our" "limit".

3. **Proof of Loss - Hardware and Software --** "You" must send "us", within 60 days after "our" request, a signed, sworn proof of loss. This must include the following information:

a. the time, place, and circumstances of the loss;

b. other policies of insurance that may cover the loss;

c. "your" interest and the interests of all others in the property involved, including all mortgages and liens;

d. changes in title of the covered property during the policy period; and

e. estimates, specifications, inventories, and other reasonable information that "we" may require to settle the loss.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000125 of 000205

4. **Proof of Loss - Income Coverage** -- "You" must send "us" proof of loss (under oath, if requested) within 60 days after the loss. This must include the time, place, and circumstances of the loss; and other information "we" request to investigate the loss.

5. **Intent to Continue Business - Income Coverage** -- If "you" intend to continue "your" "business", "you" must resume all or part of "your" "business" as soon as possible.

6. **Examination** -- "You" must submit to examination under oath in matters connected with the loss as often as "we" reasonably request and give "us" sworn statements of the answers. If more than one person is examined, "we" have the right to examine and receive statements separately and not in the presence of others.

7. **Records** -- "You" must produce records, including tax returns and bank microfilms of all canceled checks relating to value, loss, and expense and permit copies and extracts to be made of them as often as "we" reasonably request.

8. **Damaged Property** -- "You" must exhibit the damaged and undamaged property as often as "we" reasonably request and allow "us" to inspect or take samples of the property.

9. **Volunteer Payments** -- "You" must not, except at "your" own expense, voluntarily make any payments, assume any obligations, pay or offer any rewards, or incur any other expenses except as respects protecting property from further damage.

10. **Abandonment** -- "You" may not abandon the property to "us" without "our" written consent.

11. **Cooperation** -- "You" must cooperate with "us" in performing all acts required by this policy.

## VALUATION

1. **Hardware** -- The following is the value of "hardware":

   a. **Replacement Cost** -- The value of "hardware" will be based on replacement cost without any deduction for depreciation unless Actual Cash Value is indicated on the "schedule of coverages".

   The replacement cost is limited to the cost of repair or replacement with similar materials on the same site and used for the same purpose. The payment will not exceed the amount "you" spend to repair or replace the damaged or destroyed property.

   Replacement cost valuation does not apply until the damaged or destroyed property is repaired or replaced. "You" may make a claim for actual cash value before repair or replacement takes place, and later for the replacement cost if "you" notify "us" of "your" intent within 180 days after the loss.

   b. **Actual Cash Value** -- When Actual Cash Value is indicated on the "schedule of coverages", the value of "hardware" will be based on the actual cash value at the time of the loss with a deduction for depreciation.

2. **Software** -- The following is the value of "software":

   a. **Programs and Applications** -- The value of "programs and applications" will be based on the cost to reinstall the "programs or applications" from the licensed discs that were originally used to install the programs or applications.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000126 of 000205

If the original licensed discs are lost, damaged, or can no longer be obtained, the value of "programs and applications" will be based on the cost of the most current version of the "programs or applications".

b. **Proprietary Programs** -- The value of "proprietary programs" will be based on the cost of reproduction from duplicate copies. The cost of reproduction includes, but is not limited to, the cost of labor to copy or transcribe from duplicate copies.

If duplicate copies do not exist, the value of "proprietary programs" will be based on the cost of research or other expenses necessary to reproduce, replace, or restore lost "proprietary programs".

c. **Data Records** -- The value of "data records" will be based on the cost of reproduction from duplicate copies. The cost of reproduction includes, but is not limited to, the cost of labor to copy or transcribe from duplicate copies.

If duplicate copies do not exist, the value of "data records" will be based on the cost of research or other expenses necessary to reproduce, replace, or restore lost files, documents, and records.

d. **Media** -- The value of "media" will be based on the cost to repair or replace the "media" with material of the same kind or quality.

3. **Pair or Set** -- The value of a lost or damaged article which is part of a pair or set is based on a reasonable proportion of the value of the entire pair or set. The loss is not considered a total loss of the pair or set.

However, this provision does not apply to "software" that comes in sets. If part of a "software" set cannot be replaced, the loss is considered a total loss of the set.

4. **Loss to Parts** -- The value of a lost or damaged part of an item that consists of several parts when it is complete is based on the value of only the lost or damaged part or the cost to repair or replace it.

5. **Earnings** -- In determining an earnings loss "we" consider:

a. the experience of "your" "business" before the loss and the probable experience during the time of interruption had no loss occurred;

b. "your" continuing operating expenses normally incurred by "your" "business", including, but not limited to, payroll expense necessary to resume "business" to a similar level of service that existed before the occurrence of direct physical loss or damage; and

c. pertinent sources of information and reports including:

1) "your" accounting procedures and financial records;
2) bills, invoices, and other vouchers;
3) contracts, deeds, and liens;
4) reports on feasibility and status; and
5) records documenting "your" budget and marketing objectives and results.

"We" do not pay for any increase in loss due to "your" failure to use reasonable efforts to resume all or part of "your" "business". This includes making use of other locations and property to reduce the loss.

If "your" "business" is not resumed as soon as possible, or if it is not resumed at all, the value of loss payment is based on the period of time it would have otherwise taken to resume "your" "business" as soon as possible.

6. **Extra Expense** -- In determining extra expenses that "you" have incurred, "we" consider the salvage value of any property bought for temporary use during the "restoration period" and it will be deducted from the amount of loss determined for extra expense.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000127 of 000205

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

## HOW MUCH WE PAY

1. **Insurable Interest** -- "We" do not cover more than "your" insurable interest in any property.

2. **Deductible --** "We" pay only that part of "your" loss over the deductible amount indicated on the "schedule of coverages" in any one occurrence.

3. **Loss Settlement Terms --** Subject to paragraphs 1., 2., 4., 5., 6., 7., 8., and 9. under How Much We Pay, "we" pay the lesser of:

   a. the amount determined under Valuation;

   b. the cost to repair, replace, or rebuild the property with material of like kind and quality to the extent practicable; or

   c. the "limit" that applies to the covered property.

4. **Coinsurance, Hardware and Software --** If coinsurance is indicated on the "schedule of coverages", "we" only pay a part of the loss if the "limit" is less than the percentage of the value of the covered property that is indicated on the "schedule of coverages". "Our" part of the loss is determined using the following steps:

   a. multiply the percent indicated on the "schedule of coverages" by the value of the covered property at the time of loss;

   b. divide the "limit" for covered property by the result determined in 4.a. above;

   c. multiply the total amount of loss, after the application of any deductible, by the result determined in 4.b. above.

   The most "we" pay is the amount determined in 4.c. above or the "limit", whichever is less. "We" do not pay any remaining part of the loss.

If there is more than one "limit" indicated on the "schedule of coverages" for this coverage part, this procedure applies separately to each "limit".

If there is only one "limit" indicated on the "schedule of coverages" for this coverage, this procedure applies to the total of all covered property to which the "limit" applies.

5. **Coinsurance, Income Coverage Part --** When a coinsurance percentage for income coverage is indicated on the "schedule of coverages", "we" pay only a part of the loss if the "limit" is less than the coinsurance percentage multiplied by the sum of "your" net income (net profit or loss before income taxes) and continuing operating expenses projected for the 12 months following the inception of this policy or the last previous anniversary date of this policy (whichever is later), normally earned by "your" "business".

   "Our" part of the loss is determined using the following steps:

   a. multiply the coinsurance percentage by the sum of "your" net income and continuing operating expenses projected for the 12 months following the inception of this policy or the last previous anniversary date of this policy;

   b. divide the "limit" by the figure determined in a. above;

   c. multiply the total amount of loss by the figure determined in b. above.

   "We" pay the amount determined in c. above or the "limit", whichever is less. "We" do not pay any remaining part of the loss.

   The above coinsurance provision does not apply to coverage for extra expense.

6. **Insurance Under More Than One Coverage --** If more than one coverage of this policy insures the same loss, "we" pay no more than the actual claim, loss, or damage sustained.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000128 of 000205

Case: 3:21-cv-00015-GFVT Doc #: 1-2 Filed: 03/25/21 Page: 138 of 216 - Page ID#: 143
NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

7. **Insurance Under More Than One Policy --** "You" may have another policy subject to the same "terms" as this policy. If "you" do, "we" will pay "our" share of the covered loss. "Our" share is the proportion that the applicable "limit" under this policy bears to the "limit" of all policies covering on the same basis.

   If there is another policy covering the same loss, other than that described above, "we" pay only for the amount of covered loss in excess of the amount due from that other policy, whether "you" can collect on it or not. But "we" do not pay more than the applicable "limit".

8. **Income Coverage Limit --** "We" pay no more than the Income Coverage "limit" indicated on the "schedule of coverages" for any one loss. Payment for earnings and extra expense combined does not exceed the "limit".

9. **Waiting Period --** If an Income Coverage waiting period is indicated on the "schedule of coverages", "we" do not pay for "your" loss of earnings until after the first 24 hours (unless otherwise indicated on the "schedule of coverages") following the direct physical loss of or damage to covered property caused by a covered peril. This waiting period does not apply to extra expenses that "you" incur.

   As regards coverage under Interruption by Civil Authority, coverage under this extension begins:

   a. for earnings, 24 hours (unless otherwise indicated on the "schedule of coverages") after the time the order is issued and ends 30 consecutive days and 24 hours from the date of the order; and

   b. for extra expense, immediately after the time the order is issued, and ends 30 consecutive days and 24 hours from the date of the order.

The waiting period described under Utility Service Interruption and Virus and Hacking Coverage is not deleted nor replaced by the terms of this provision.

## LOSS PAYMENT

1. **Our Options --** "We" have the following options:

   a. pay the value of the loss;

   b. pay the cost of repairing or replacing the loss;

   c. rebuild, repair, or replace with property of like kind and quality, to the extent practicable, within a reasonable time;

   d. take all or any part of the damaged property at the agreed or appraised value.

   "We" must give "you" notice of "our" intent to rebuild, repair, or replace within 30 days after receipt of a duly executed proof of loss.

2. **Your Losses --** "We" adjust all losses with "you". Payment will be made to "you" unless another loss payee is named in the policy. An insured loss will be payable 30 days after a satisfactory proof of loss is received, and the amount of the loss has been established either by written agreement with "you" or the filing of an appraisal award with "us".

3. **Property of Others --** Losses to property of others may be adjusted with and paid to:

   a. "you" on behalf of the owner; or

   b. the owner.

   If "we" pay the owner, "we" do not have to pay "you". "We" may also choose to defend any suits arising from the owners at "our" expense.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000129 of 000205

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

## OTHER CONDITIONS

1. **Appraisal - Hardware and Software --** If "you" and "we" do not agree on the amount of the loss or the actual cash value of covered property, either party may demand that these amounts be determined by appraisal.

   If either makes a written demand for appraisal, each will select a competent, independent appraiser and notify the other of the appraiser's identity within 20 days of receipt of the written demand. The two appraisers will then select a competent, impartial umpire. If the two appraisers are unable to agree upon an umpire within 15 days, "you" or "we" can ask a judge of a court of record in the state where the property is located to select an umpire.

   The appraisers will then determine and state separately the amount of each loss.

   The appraisers will also determine the value of covered property items at the time of the loss, if requested.

   If the appraisers submit a written report of any agreement to "us", the amount agreed upon will be the amount of the loss. If the appraisers fail to agree within a reasonable time, they will submit only their differences to the umpire. Written agreement so itemized and signed by any two of these three sets the amount of the loss.

   Each appraiser will be paid by the party selecting that appraiser. Other expenses of the appraisal and the compensation of the umpire will be paid equally by "you" and "us".

2. **Appraisal - Income Coverage --** If "you" and "we" do not agree on the amount of net income (net profit or loss before income taxes), payroll expense, and operating expenses, or the amount of loss, either party may demand that these amounts be determined by appraisal.

If either makes a written demand for appraisal, each selects a competent, independent appraiser and notifies the other of the appraiser's identity within 20 days of receipt of the written demand. The two appraisers then select a competent, impartial umpire. If the two appraisers are unable to agree upon an umpire within 15 days, "you" or "we" can ask a judge of a court of record of the state in which the appraisal is pending to make the selection.

The appraisers then determine and state separately the amount of loss.

A written agreement is binding on all parties. If the appraisers fail to agree within a reasonable time, they submit only their differences to the umpire. Written agreement so itemized and signed by any two of these three is binding on all parties.

Each appraiser is paid by the party selecting that appraiser. Other expenses of the appraisal and the compensation of the umpire is paid equally by "you" and "us".

If there is an appraisal, "we" retain "our" right to deny the claim.

3. **Benefit to Others --** Insurance under this coverage will not directly or indirectly benefit anyone having custody of "your" property.

4. **Conformity With Statute --** When a condition of this coverage is in conflict with an applicable law, that condition is amended to conform to that law.

5. **Estates --** This provision applies only if the insured is an individual.

   On "your" death, "we" cover the following as an insured:

   a. the person who has custody of "your" property until a legal representative is qualified and appointed; or

   b. "your" legal representative.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000130 of 000205

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

This person or organization is an insured only with respect to property covered by this coverage.

This coverage does not extend past the policy period indicated on the "schedule of coverages".

6. **Misrepresentation, Concealment, or Fraud** -- This coverage is void as to "you" and any other insured if, before or after a loss:

    a. "you" or any other insured have willfully concealed or misrepresented:

        1) a material fact or circumstance that relates to this insurance or the subject thereof; or
        2) "your" interest herein.

    b. there has been fraud or false swearing by "you" or any other insured with regard to a matter that relates to this insurance or the subject thereof.

7. **Policy Period** -- "We" pay for a covered loss that occurs during the policy period.

8. **Recoveries** -- If "we" pay "you" for the loss and lost or damaged property is recovered, or payment is made by those responsible for the loss, the following provisions apply:

    a. "you" must notify "us" promptly if "you" recover property or receive payment;

    b. "we" must notify "you" promptly if "we" recover property or receive payment;

    c. any recovery expenses incurred by either are reimbursed first;

    d. "you" may keep the recovered property but "you" must refund to "us" the amount of the claim paid, or any lesser amount to which "we" agree; and

    e. if the claim paid is less than the agreed loss due to a deductible or other limiting "terms" of this policy, any recovery will be pro rated between "you" and "us" based on "our" respective interest in the loss.

9. **Restoration of Limits** -- Except as indicated under Virus and Hacking Coverage, a loss "we" pay under this coverage does not reduce the applicable "limits".

10. **Subrogation** -- If "we" pay for a loss, "we" may require "you" to assign to "us" "your" right of recovery against others. "You" must do all that is necessary to secure "our" rights. "We" do not pay for a loss if "you" impair this right to recover.

    "You" may waive "your" right to recover from others in writing before a loss occurs.

11. **Suit Against Us** -- No one may bring a legal action against "us" under this coverage unless:

    a. all of the "terms" of this coverage have been complied with; and

    b. the suit has been brought within two years after "you" first have knowledge of the loss.

    If any applicable law makes this limitation invalid, then suit must begin within the shortest period permitted by law.

12. **Territorial Limits** -- "We" cover property while it is in the United States of America, its territories and possessions, Canada, and Puerto Rico.

**IM 7201 05 01**
Copyright, American Association of Insurance Services, 2001

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000131 of 000205

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

POLICY NUMBER:                                                    **COMMERCIAL PROPERTY**
                                                                       **CP 04 40 06 07**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# SPOILAGE COVERAGE

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM

### SCHEDULE

| Premises Number | Building Number | Limit Of Insurance |
|---|---|---|
|  |  | $ |
| **Description Of Property:** | | |
| **Deductible:** | | |
| **Refrigeration Maintenance Agreement:** | | |
| **Selling Price:** | | |
| **Causes Of Loss** | | |
| **Breakdown Or Contamination:** | | |
| **Power Outage:** | | |
| Premises Number | Building Number | Limit Of Insurance |
|  |  | $ |
| **Description Of Property:** | | |
| **Deductible:** | | |
| **Refrigeration Maintenance Agreement:** | | |
| **Selling Price:** | | |
| **Causes Of Loss** | | |
| **Breakdown Or Contamination:** | | |
| **Power Outage:** | | |

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000132 of 000205

Filed        21-CI-00101     02/24/2021     Wendy Graney, Shelby Circuit Clerk

Filed 21-CI-00101 02/24/2021 Wendy Graney, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

| Premises Number | Building Number | Limit Of Insurance |
|---|---|---|
|  |  | $ |

| Description Of Property: |
|---|
| Deductible: |
| Refrigeration Maintenance Agreement: |
| Selling Price: |

| Causes Of Loss |
|---|
| Breakdown Or Contamination: |
| Power Outage: |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The Coverage Form to which this endorsement applies is extended to insure against direct physical loss or damage by the Covered Causes of Loss, but only with respect to coverage provided by this endorsement.

**A.** Paragraph **A.1., Covered Property,** is replaced by the following:

**1. Covered Property**

Covered Property means "perishable stock" at the described premises owned by you or by others that is in your care, custody or control.

**B.** With respect to the coverage provided by this endorsement, property located on buildings or in the open or in vehicles is considered to be Property Not Covered.

**C.** Paragraph **A.3., Covered Causes Of Loss,** is replaced by the following:

**3. Covered Causes Of Loss**

Covered Causes of Loss means the following only if indicated by an "X" in the Schedule:

**a.** Breakdown or Contamination, meaning:

**(1)** Change in temperature or humidity resulting from mechanical breakdown or mechanical failure of refrigerating, cooling or humidity control apparatus or equipment, only while such equipment or apparatus is at the described premises; and

**(2)** Contamination by the refrigerant.

**b.** Power Outage, meaning change in temperature or humidity resulting from complete or partial interruption of electrical power, either on or off the described premises, due to conditions beyond your control.

**D. Selling Price**

If Selling Price is indicated by an "X" in the Schedule, the following is added to the **Valuation** Loss Condition:

We will determine the value of finished "perishable stock" in the event of loss or damage at:

**1.** The selling price, as if no loss or damage had occurred;

**2.** Less discounts and expenses you otherwise would have had.

**E.** Paragraph **A.5., Coverage Extensions,** does not apply.

**F.** Paragraph **B., Exclusions,** is replaced by the following:

**B. Exclusions**

**1.** Only the following Exclusions contained in Paragraph **B.1.** of the Causes of Loss Form applicable to this Coverage Part apply to Spoilage Coverage:

**a.** Earth Movement;

**b.** Governmental Action;

**c.** Nuclear Hazard;

**d.** War And Military Action; and

**e.** Water.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000133 of 000205

© ISO Properties, Inc., 2006

**CP 04 40 06 07**

Filed 21-CI-00101 02/24/2021 Wendy Graney, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

**2.** The following Exclusions are added:

We will not pay for loss or damage caused by or resulting from:

**a.** The disconnection of any refrigerating, cooling or humidity control system from the source of power.

**b.** The deactivation of electrical power caused by the manipulation of any switch or other device used to control the flow of electrical power or current.

**c.** The inability of an Electrical Utility Company or other power source to provide sufficient power due to:

**(1)** Lack of fuel; or

**(2)** Governmental order.

**d.** The inability of a power source at the described premises to provide sufficient power due to lack of generating capacity to meet demand.

**e.** Breaking of any glass that is a permanent part of any refrigerating, cooling or humidity control unit.

**G.** Paragraph **D., Deductible,** is replaced by the following:

We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Schedule of this endorsement. We will then pay the amount of loss or damage in excess of that Deductible, up to the applicable Limit of Insurance. No other deductible in this policy applies to the coverage provided by this endorsement.

**H.** Paragraph **F., Additional Conditions,** is replaced by the following:

**ADDITIONAL CONDITION**

The following condition applies in addition to the Common Policy Conditions and the Commercial Property Conditions.

**REFRIGERATION MAINTENANCE AGREEMENTS**

If Breakdown or Contamination is designated as a Covered Cause of Loss and a refrigeration maintenance agreement is shown as applicable by an "X" in the Schedule, the following condition applies:

You must maintain a refrigeration maintenance or service agreement. If you voluntarily terminate this agreement and do not notify us, the insurance provided by this endorsement will be automatically suspended at the involved location.

**I.** Paragraph **G., Optional Coverages,** does not apply.

**J.** The following is added to the **Definitions:**

"Perishable stock" means personal property:

**a.** Maintained under controlled conditions for its preservation; and

**b.** Susceptible to loss or damage if the controlled conditions change.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000134 of 000205

Filed      21-CI-00101      02/24/2021      Wendy Graney, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

POLICY NUMBER:

**COMMERCIAL PROPERTY**
CP 04 17 06 07

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# UTILITY SERVICES – DIRECT DAMAGE

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
BUILDERS' RISK COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY
TOBACCO SALES WAREHOUSES COVERAGE FORM

**SCHEDULE**

| Prem. No. | Bldg. No. | Utility Services Limit Of Insurance | Enter **"X"** for each applicable Property | | | | |
|---|---|---|---|---|---|---|---|
| | | | Water Supply Property | Commu-nication Supply Property (including overhead transmis-sion lines) | Commu-nication Supply Property (not including overhead transmis-sion lines) | Power Supply Property (including overhead transmis-sion lines) | Power Supply Property (not including overhead transmis-sion lines) |
| | | $ | | | | | |
| **Covered Property:** | | | | | | | |
| **Causes Of Loss Form Applicable:** | | | | | | | |
| | | $ | | | | | |
| **Covered Property:** | | | | | | | |
| **Causes Of Loss Form Applicable:** | | | | | | | |
| | | $ | | | | | |
| **Covered Property:** | | | | | | | |
| **Causes Of Loss Form Applicable:** | | | | | | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | | | | | |

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000135 of 000205

Filed 21-CI-00101 02/24/2021 Wendy Graney, Shelby Circuit Clerk
NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

## A. Coverage

We will pay for loss of or damage to Covered Property described in the Schedule, caused by an interruption in utility service to the described premises. The interruption in utility service must result from direct physical loss or damage by a Covered Cause of Loss (as indicated in the Schedule) to the property described in Paragraph **C.** if such property is indicated by an "X" in the Schedule.

## B. Exception

Coverage under this endorsement for loss or damage to Covered Property does not apply to loss or damage to electronic data, including destruction or corruption of electronic data. The term electronic data has the meaning set forth in the Coverage Form to which this endorsement applies.

## C. Utility Services

1. **Water Supply Services,** meaning the following types of property supplying water to the described premises:

   **a.** Pumping stations; and

   **b.** Water mains.

2. **Communication Supply Services,** meaning property supplying communication services, including telephone, radio, microwave or television services to the described premises, such as:

   **a.** Communication transmission lines, including optic fiber transmission lines;

   **b.** Coaxial cables; and

   **c.** Microwave radio relays except satellites.

   It does not include overhead transmission lines unless indicated by an "X" in the Schedule.

3. **Power Supply Services,** meaning the following types of property supplying electricity, steam or gas to the described premises:

   **a.** Utility generating plants;

   **b.** Switching stations;

   **c.** Substations;

   **d.** Transformers; and

   **e.** Transmission lines.

   It does not include overhead transmission lines unless indicated by an "X" in the Schedule.

**D.** If a Utility Services Limit Of Insurance is shown in the Schedule, such limit is part of, not in addition to, the Limit of Insurance stated in the Declarations or in the Separation Of Coverage endorsement as applicable to the Covered Property.

If no Limit of Insurance is shown for Utility Services, coverage under this endorsement is subject to the applicable Limit of Insurance on the Covered Property as shown in the Declarations or in the Separation Of Coverage endorsement. But this Utility Services endorsement does not increase the applicable Limit of Insurance.

© ISO Properties, Inc., 2007
Wendy Graney, Shelby Circuit Clerk

**CP 04 17 06 07** □

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000136 of 000205

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

POLICY NUMBER:

**COMMERCIAL PROPERTY**
**CP 15 45 06 07**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# UTILITY SERVICES – TIME ELEMENT

This endorsement modifies insurance provided under the following:

BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM
BUSINESS INCOME (WITHOUT EXTRA EXPENSE) COVERAGE FORM
EXTRA EXPENSE COVERAGE FORM

### SCHEDULE

| Prem. No. | Bldg. No. | Utility Services Limit Of Insurance | Water Supply Property | Commu-nication Supply Property (including overhead transmis-sion lines) | Commu-nication Supply Property (not including overhead transmis-sion lines) | Power Supply Property (including overhead transmis-sion lines) | Power Supply Property (not including overhead transmis-sion lines) |
|---|---|---|---|---|---|---|---|
| | | | Enter **"X"** for each applicable Property | | | | |
| | | $ | | | | | |
| **Causes Of Loss Form Applicable:** | | | | | | | |
| | | $ | | | | | |
| **Causes Of Loss Form Applicable:** | | | | | | | |
| | | $ | | | | | |
| **Causes Of Loss Form Applicable:** | | | | | | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | | | | | |

**A. Coverage**

Your coverage for Business Income and/or Extra Expense, as provided and limited in the applicable Coverage Form, is extended to apply to a "suspension" of "operations" at the described premises caused by an interruption in utility service to that premises. The interruption in utility service must result from direct physical loss or damage by a Covered Cause of Loss (as indicated in the Schedule) to the property described in Paragraph **C.** if such property is indicated by an "X" in the Schedule.

**B. Exception**

Coverage under this endorsement does not apply to Business Income loss or Extra Expense related to interruption in utility service which causes loss or damage to electronic data, including destruction or corruption of electronic data. The term electronic data has the meaning set forth in the Coverage Form to which this endorsement applies.

© ISO Properties, Inc., 2007
**Page 1 of 2**

Filed          21-CI-00101          02/24/2021          Wendy Graney, Shelby Circuit Clerk

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000137 of 000205

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

**C. Utility Services**

   **1. Water Supply Services,** meaning the following types of property supplying water to the described premises:

   **a.** Pumping stations; and

   **b.** Water mains.

   **2. Communication Supply Services,** meaning property supplying communication services, including telephone, radio, microwave or television services, to the described premises, such as:

   **a.** Communication transmission lines, including optic fiber transmission lines;

   **b.** Coaxial cables; and

   **c.** Microwave radio relays except satellites.

   It does not include overhead transmission lines unless indicated by an "X" in the Schedule.

   **3. Power Supply Services,** meaning the following types of property supplying electricity, steam or gas to the described premises:

   **a.** Utility generating plants;

   **b.** Switching stations;

   **c.** Substations;

   **d.** Transformers; and

   **e.** Transmission lines.

   It does not include overhead transmission lines unless indicated by an "X" in the Schedule.

**D.** The **Coinsurance** Additional Condition does not apply to this endorsement.

**E.** The Utility Services Limit Of Insurance, as shown in the Schedule, is the only Limit which applies to the coverage provided under this endorsement, and is part of, not in addition to, the Limit of Insurance stated in the Declarations as applicable to the described premises.

Filed    21-CI-00101    02/24/2021    Wendy Graney, Shelby Circuit Clerk

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000138 of 000205

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM

# EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES

THIS ENDORSEMENT CHANGES YOUR POLICY.  PLEASE READ IT CAREFULLY

This endorsement modifies insurance provided under the following Coverage Parts **in their entirety**; including but not limited to the Coverage Forms identified below, and **all** subsequent attachments :

**BUSINESSOWNERS PROPERTY COVERAGE PART**
including but not limited to
> BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM
> BUSINESSOWNERS SPECIAL FORM COMPUTER COVERAGE
> AMENDMENT OF POLICY PROVISIONS - CONTRACTORS
> EQUIPMENT BREAKDOWN
> SYSTEM BREAKDOWN
> CAUSE OF LOSS--BREAKDOWN
> and all subsequent attachments

**COMMERCIAL PROPERTY COVERAGE PART**
including but not limited to
> BUILDING AND PERSONAL PROPERTY COVERAGE FORM
> CAUSES OF LOSS COVERAGE FORMS
> EQUIPMENT BREAKDOWN
> SYSTEM BREAKDOWN
> CAUSE OF LOSS--BREAKDOWN
> and all subsequent attachments

**COMMERCIAL INLAND MARINE COVERAGE PART**
including but not limited to
> ELECTRONIC DATA PROCESSING COVERAGE FORMS
> COMPUTER COVERAGE FORMS
> COMMERCIAL OUTPUT PROGRAM including but not limited to
>> PROPERTY COVERAGE PART
>> INCOME COVERAGE PART
>> and all other coverage forms, and subsequent attachments
> ACCOUNTS RECEIVABLE COVERAGE FORM
> VALUABLE PAPERS AND RECORDS COVERAGE FORM
> CONTRACTORS' EQUIPMENT COVERAGE FORMS
> INSTALLATION FLOATER COVERAGE FORMS
> TRANSIT AND LOCATION COVERAGES
> and all other coverage forms, and subsequent attachments

**BOILER AND MACHINERY COVERAGE PART**
**COMMERCIAL CRIME COVERAGE PART**
**STANDARD PROPERTY POLICY**

## Additional Exclusions

**A.** We will not pay for loss (loss) or damage caused directly or indirectly by the following. Such loss (loss) or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss (loss) or damage.

> **1.** The failure, malfunction, or inadequacy of:
>> **a.** Any of the following, whether belonging to any insured or to others:
>>> **(1)** Computer hardware, including micro-processors;
>>> **(2)** Computer application software;
>>> **(3)** Computer operating systems and related software;
>>> **(4)** Computer networks;
>>> **(5)** Micro-processors (computer chips) not part of any computer system; or
>>> **(6)** Any other computerized or electronic equipment or components; or
>> **b.** Any other product, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **A.1.a.** of this endorsement;
>> due to the inability to correctly recognize, process, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

> **2.** Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **A.1.** of this endorsement.

**B.** If an excluded Cause of Loss as described in Paragraph **A.** of this endorsement results:

> **1.** In a Covered Cause of Loss under the Boiler and Machinery Coverage Part, the Commercial Crime Coverage Part, Equipment Breakdown, Systems Breakdown, Cause of Loss--Breakdown, or the Standard Property Policy; or

> **2.** In a "Specified Cause of Loss", "Specified Perils", or in elevator collision resulting from mechanical breakdown, under any other Coverage Part shown above, and not listed in paragraph **B.1.** of this endorsement above;

> we will pay only for the loss ("loss") or damage caused by such "Specified Cause of Loss", elevator collision, or Covered Cause of Loss.

**C.** We will not pay for repair, replacement or modification of any items in Paragraphs **A.1.a.** and **A.1.b.** of this endorsement to correct any deficiencies or change any features.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000139 of 000205

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

THIS ENDORSEMENT CHANGES YOUR POLICY. PLEASE READ IT CAREFULLY.

# BUSINESS INCOME – ACTUAL LOSS SUSTAINED

This Endorsement modifies insurance provided under the following:
BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM
BUSINESS INCOME (WITHOUT EXTRA EXPENSE) COVERAGE FORM

With respect to coverage provided by this Endorsement, the provisions of the Coverage Form apply unless modified by this Endorsement.

**Limits Of Insurance**

Section B. Limits Of Insurance is amended by adding the following:

Subject to the Additional Conditions provision below, the Business Income Limit of Insurance shown in the Declarations does not apply. We will pay for the actual loss of Business Income that occurs within 12 consecutive months after the date of direct physical loss or damage. All other provisions of Section B. Limits Of Insurance apply.

**Additional Condition**

Section D. Additional Condition is amended to add the following:

**BUSINESS INCOME – ACTUAL LOSS SUSTAINED**

To activate BUSINESS INCOME – ACTUAL LOSS SUSTAINED, you must submit a completed Business Income Report/Worksheet showing financial data for your "operations". The Named Insured agrees that statements made in the Business Income Report/Worksheet, retained in our Company files, attach to and form a part of this Coverage Form. Those statements are based upon representations which you made to us and we have issued this Coverage Form in reliance upon these representations.

The Business Income Limit of Insurance shown on the Declarations must be equal to, or larger than the Required Premium Basis For Actual Loss Sustained Condition shown on the Business Income Report/Worksheet.

If the Business Income Limit of Insurance is less than the Required Premium Basis For Actual Loss Sustained Condition, we will not pay more than the Business Income Limit of Insurance.

Section D. Additional Condition; COINSURANCE does not apply when the BUSINESS INCOME-ACTUAL LOSS SUSTAINED Condition is activated.

All other terms and conditions of this policy not in conflict with the terms and conditions of this Endorsement shall continue to apply.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000140 of 000205

Filed        21-CI-00101        02/24/2021        Wendy Graney, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

IL 09 52 03 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
STANDARD PROPERTY POLICY

**A. Cap On Certified Terrorism Losses**

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a Program Year (January 1 through December 31) and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**B. Application Of Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000141 of 000205

Filed    21-CI-00101    02/24/2021    Wendy Graney, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

POLICY NUMBER:

IL 00 30 01 06

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF TERRORISM

This endorsement modifies insurance provided under the following:

    BOILER AND MACHINERY COVERAGE PART
    COMMERCIAL CRIME COVERAGE FORM
    COMMERCIAL INLAND MARINE COVERAGE PART
    COMMERCIAL PROPERTY COVERAGE PART
    EQUIPMENT BREAKDOWN PROTECTION COVERAGE FORM
    FARM COVERAGE PART
    GOVERNMENT CRIME COVERAGE FORM
    STANDARD PROPERTY POLICY

### SCHEDULE

The **Exception Covering Certain Fire Losses** (Paragraph C) applies to property located in the following state(s), if covered under the indicated Coverage Form, Coverage Part or Policy:

| State(s) | Coverage Form, Coverage Part or Policy |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** The following definition is added and applies under this endorsement wherever the term terrorism is enclosed in quotation marks.

"Terrorism" means activities against persons, organizations or property of any nature:

**1.** That involve the following or preparation for the following:

**a.** Use or threat of force or violence; or

**b.** Commission or threat of a dangerous act; or

**c.** Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

**2.** When one or both of the following applies:

**a.** The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

**b.** It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000142 of 000205

**IL 00 30 01 06**          © ISO Properties, Inc., 2004          **Page 1 of 2**    □

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

**B.** The following exclusion is added:

**EXCLUSION OF TERRORISM**

We will not pay for loss or damage caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

**1.** The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

**2.** Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

**3.** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**4.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or

**5.** The total of insured damage to all types of property in the United States, its territories and possessions, Puerto Rico and Canada exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions. Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the threshold is exceeded.

With respect to this item **B.5.**, the immediately preceding paragraph describes the threshold used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this Exclusion will apply to that incident. When the Exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Form, Coverage Part or Policy.

**C. Exception Covering Certain Fire Losses**

The following exception to the Exclusion Of Terrorism applies only if indicated and as indicated in the Schedule of this endorsement.

If "terrorism" results in fire, we will pay for the loss or damage caused by that fire, subject to all applicable policy provisions including the Limit of Insurance on the affected property. Such coverage for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense coverage forms or endorsements that apply to those coverage forms, or to the Legal Liability Coverage Form or the Leasehold Interest Coverage Form.

**D. Application Of Other Exclusions**

**1.** When the Exclusion Of Terrorism applies in accordance with the terms of **B.1.** or **B.2.**, such exclusion applies without regard to the Nuclear Hazard Exclusion in this Coverage Form, Coverage Part or Policy.

**2.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss or damage which would otherwise be excluded under this Coverage Form, Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000143 of 000205

Filed        21-CI-00101   02/24/2021       Wendy Graney, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

POLICY NUMBER:

IL 09 95 01 07

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CONDITIONAL EXCLUSION OF TERRORISM (RELATING TO DISPOSITION OF FEDERAL TERRORISM RISK INSURANCE ACT)

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
EQUIPMENT BREAKDOWN PROTECTION COVERAGE FORM
FARM COVERAGE PART
STANDARD PROPERTY POLICY

## SCHEDULE

| The **Exception Covering Certain Fire Losses** (Paragraph **D.**) applies to property located in the following state(s), if covered under the indicated Coverage Form, Coverage Part or Policy: | |
| --- | --- |
| **State(s)** | **Coverage Form, Coverage Part Or Policy** |
| | |
| | |
| | |
| | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A. Applicability Of The Provisions Of This Endorsement**

1. **The provisions of this endorsement become applicable commencing on the date when any one or more of the following first occurs. But if your policy (meaning the policy period in which this endorsement applies) begins after such date, then the provisions of this endorsement become applicable on the date your policy begins.**

    a. **The federal Terrorism Risk Insurance Program ("Program"), established by the Terrorism Risk Insurance Act, has terminated with respect to the type of insurance provided under this Coverage Form, Coverage Part or Policy; or**

**IL 09 95 01 07**            © ISO Properties, Inc., 2005            **Page 1 of 3**   ☐

Filed        21-CI-00101   02/24/2021       Wendy Graney, Shelby Circuit Clerk

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000144 of 000205

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

b. **A renewal, extension or replacement of the Program has become effective without a requirement to make terrorism coverage available to you and with revisions that:**

(1) **Increase our statutory percentage deductible under the Program for terrorism losses. (That deductible determines the amount of all certified terrorism losses we must pay in a calendar year, before the federal government shares in subsequent payment of certified terrorism losses.); or**

(2) **Decrease the federal government's statutory percentage share in potential terrorism losses above such deductible; or**

(3) **Redefine terrorism or make insurance coverage for terrorism subject to provisions or requirements that differ from those that apply to other types of events or occurrences under this policy.**

2. **If the provisions of this endorsement become applicable, such provisions:**

a. **Supersede any terrorism endorsement already endorsed to this policy that addresses "certified acts of terrorism" and/or "other acts of terrorism", but only with respect to loss or damage from an incident(s) of terrorism (however defined) that occurs on or after the date when the provisions of this endorsement become applicable; and**

b. **Remain applicable unless we notify you of changes in these provisions, in response to federal law.**

3. **If the provisions of this endorsement do NOT become applicable, any terrorism endorsement already endorsed to this policy, that addresses "certified acts of terrorism" and/or "other acts of terrorism", will continue in effect unless we notify you of changes to that endorsement in response to federal law.**

B. The following definition is added and applies under this endorsement wherever the term terrorism is enclosed in quotation marks.

"Terrorism" means activities against persons, organizations or property of any nature:

1. That involve the following or preparation for the following:

a. Use or threat of force or violence; or

b. Commission or threat of a dangerous act; or

c. Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

2. When one or both of the following applies:

a. The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

b. It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

C. The following exclusion is added:

**EXCLUSION OF TERRORISM**

We will not pay for loss or damage caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

1. The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

2. Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

3. The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

4. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000145 of 000205

Filed        21-CI-00101      02/24/2021        Wendy Graney, Shelby Circuit Clerk

Filed          21-CI-00101   02/24/2021          Wendy Graney, Shelby Circuit Clerk
NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

**5.** The total of insured damage to all types of property in the United States, its territories and possessions, Puerto Rico and Canada exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions. Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the threshold is exceeded.

With respect to this Item **C.5.**, the immediately preceding paragraph describes the threshold used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this Exclusion will apply to that incident. When the Exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Form, Coverage Part or Policy.

**D. Exception Covering Certain Fire Losses**

The following exception to the Exclusion Of Terrorism applies only if indicated and as indicated in the Schedule of this endorsement.

If "terrorism" results in fire, we will pay for the loss or damage caused by that fire, subject to all applicable policy provisions including the Limit of Insurance on the affected property. Such coverage for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense coverage forms or endorsements that apply to those coverage forms, or to the Legal Liability Coverage Form or the Leasehold Interest Coverage Form.

**E. Application Of Other Exclusions**

**1.** When the Exclusion Of Terrorism applies in accordance with the terms of **C.1.** or **C.2.**, such exclusion applies without regard to the Nuclear Hazard Exclusion in this Coverage Form, Coverage Part or Policy.

**2.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss or damage which would otherwise be excluded under this Coverage Form, Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000146 of 000205

Filed          21-CI-00101   02/24/2021          Wendy Graney, Shelby Circuit Clerk

Filed          21-CI-00101          02/24/2021          Wendy Graney, Shelby Circuit Clerk
NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

**IL 00 21 07 02**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
**(Broad Form)**

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

   A. Under any Liability Coverage, to "bodily injury" or "property damage":

      (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

      (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

      (1) The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

      (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

      (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000147 of 000205

Filed          21-CI-00101          02/24/2021          Wendy Graney, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

**2.** As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties.

"Nuclear material" means "source material", "Special nuclear material" or "by-product material".

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000148 of 000205

© ISO Properties, Inc., 2001 **IL 00 21 07 02** □

Filed     21-CI-00101     02/24/2021     Wendy Graney, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

COMMERCIAL GENERAL LIABILITY
CG 00 67 03 05

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – VIOLATION OF STATUTES THAT GOVERN E-MAILS, FAX, PHONE CALLS OR OTHER METHODS OF SENDING MATERIAL OR INFORMATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2.**, **Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

  **2. Exclusions**

    This insurance does not apply to:

    **DISTRIBUTION OF MATERIAL IN VIOLATION OF STATUTES**

    "Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

    **a.** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

    **b.** The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

    **c.** Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

**B.** The following exclusion is added to Paragraph **2.**, **Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

  **2. Exclusions**

    This insurance does not apply to:

    **DISTRIBUTION OF MATERIAL IN VIOLATION OF STATUTES**

    "Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

    **a.** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

    **b.** The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

    **c.** Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000149 of 000205

Filed      21-CI-00101      02/24/2021      Wendy Graney, Shelby Circuit Clerk

Filed 21-CI-00101 02/24/2021 Wendy Graney, Shelby Circuit Clerk
NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

COMMERCIAL GENERAL LIABILITY
CG 00 01 10 01

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **II – Who Is An Insured**.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V – Definitions**.

## SECTION I – COVERAGES

### COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III – Limits Of Insurance**; and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

**(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section **II – Who Is An Insured** and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II – Who Is An Insured** or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II – Who Is An Insured** or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)
EXH : 000150 of 000205

Filed 21-CI-00101 02/24/2021 Wendy Graney, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

## 2. Exclusions

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000151 of 000205

Filed      21-CI-00101      02/24/2021      Wendy Graney, Shelby Circuit Clerk

Filed          21-CI-00101      02/24/2021          Wendy Graney, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

**f. Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot from equipment used to heat that building;

**(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

**(i)** Any insured; or

**(ii)** Any person or organization for whom you may be legally responsible; or

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

**(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

**(ii)** "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000152 of 000205

Filed          21-CI-00101      02/24/2021          Wendy Graney, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of the operation of any of the equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

© ISO Properties, Inc., 2000
**CG 00 01 10 01**
Filed        21-CI-00101        02/24/2021        Wendy Graney, Shelby Circuit Clerk

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000153 of 000205

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **III** – Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** – Limits Of Insurance.

**COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY**

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance ; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000154 of 000205

 © ISO Properties, Inc., 2000

Filed        21-CI-00101        02/24/2021        Wendy Graney, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B.**

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2. Exclusions**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods – Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights.

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of websites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a., b.** and **c.** of "personal and advertising injury" under the Definitions Section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000155 of 000205

© ISO Properties, Inc., 2000

Filed        21-CI-00101        02/24/2021        Wendy Graney, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-Related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

## COVERAGE C MEDICAL PAYMENTS

**1. Insuring Agreement**

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)** On premises you own or rent;

**(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations;

provided that:

**(1)** The accident takes place in the "coverage territory" and during the policy period;

**(2)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(3)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

**(1)** First aid administered at the time of an accident;

**(2)** Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

We will not pay expenses for "bodily injury":

**a. Any Insured**

To any insured, except "volunteer workers".

**b. Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c. Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

**d. Workers Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e. Athletics Activities**

To a person injured while taking part in athletics.

**f. Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

**g. Coverage A Exclusions**

Excluded under Coverage **A.**

**h. War**

Due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution.

## SUPPLEMENTARY PAYMENTS – COVERAGES A AND B

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**a.** All expenses we incur.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000156 of 000205

Filed 21-CI-00101 02/24/2021 Wendy Graney, Shelby Circuit Clerk

**b.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**e.** All costs taxed against the insured in the "suit".

**f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**2.** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**f.** The indemnitee:

**(1)** Agrees in writing to:

**(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

**(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

**(c)** Notify any other insurer whose coverage is available to the indemnitee; and

**(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

**(2)** Provides us with written authorization to:

**(a)** Obtain records and other information related to the "suit"; and

**(b)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

**a.** We have used up the applicable limit of insurance in the payment of judgments or settlements; or

**b.** The conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

Filed   21-CI-00101   02/24/2021   Wendy Graney, Shelby Circuit Clerk

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000157 of 000205

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

**SECTION II – WHO IS AN INSURED**

**1.** If you are designated in the Declarations as:

**a.** An individual, and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**2.** Each of the following is also an insured:

**a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

**(1)** "Bodily injury" or "personal and advertising injury":

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs **(1)(a)** or **(b)** above; or

**(d)** Arising out of his or her providing or failing to provide professional health care services.

**(2)** "Property damage" to property:

**(a)** Owned, occupied or used by,

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

**(1)** With respect to liability arising out of the maintenance or use of that property; and

**(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** With respect to "mobile equipment" registered in your name under any motor vehicle registration law, any person is an insured while driving such equipment along a public highway with your permission. Any other person or organization responsible for the conduct of such person is also an insured, but only with respect to liability arising out of the operation of the equipment, and only if no other insurance of any kind is available to that person or organization for this liability. However, no person or organization is an insured with respect to:

**a.** "Bodily injury" to a co-"employee" of the person driving the equipment; or

**b.** "Property damage" to property owned by, rented to, in the charge of or occupied by you or the employer of any person who is an insured under this provision.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000158 of 000205

Filed 21-CI-00101 02/24/2021 Wendy Graney, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

**4.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

    **a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

    **b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

    **c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**SECTION III – LIMITS OF INSURANCE**

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

    **a.** Insureds;

    **b.** Claims made or "suits" brought; or

    **c.** Persons or organizations making claims or bringing "suits".

**2.** The General Aggregate Limit is the most we will pay for the sum of:

    **a.** Medical expenses under Coverage **C;**

    **b.** Damages under Coverage **A,** except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

    **c.** Damages under Coverage **B.**

**3.** The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

**4.** Subject to **2.** above, the Personal and Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

**5.** Subject to **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

    **a.** Damages under Coverage **A;** and

    **b.** Medical expenses under Coverage **C**

because of all "bodily injury" and "property damage" arising out of any one "occurrence".

**6.** Subject to **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

**7.** Subject to **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**

**1. Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

**2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

    **a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

        **(1)** How, when and where the "occurrence" or offense took place;

        **(2)** The names and addresses of any injured persons and witnesses; and

        **(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000159 of 000205

Filed        21-CI-00101        02/24/2021        Wendy Graney, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

**b.** If a claim is made or "suit" is brought against any insured, you must:

**(1)** Immediately record the specifics of the claim or "suit" and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in **c.** below.

**b. Excess Insurance**

This insurance is excess over:

**(1)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(a)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(b)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(c)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(d)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability.

**(2)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations for which you have been added as an additional insured by attachment of an endorsement.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000160 of 000205

Filed          21-CI-00101          02/24/2021          Wendy Graney, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(1)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(2)** The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V – DEFINITIONS**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web-sites, only that part of a web-site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means a land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment. But "auto" does not include "mobile equipment".

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000161 of 000205

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

  **a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

  **b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in **a.** above; or

  **c.** All other parts of the world if the injury or damage arises out of:

    **(1)** Goods or products made or sold by you in the territory described in **a.** above;

    **(2)** The activities of a person whose home is in the territory described in **a.** above, but is away for a short time on your business; or

    **(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication

  provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in **a.** above or in a settlement we agree to.

**5.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**6.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

**7.** "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

  **a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

  **b.** You have failed to fulfill the terms of a contract or agreement;

  if such property can be restored to use by:

  **a.** The repair, replacement, adjustment or removal of "your product" or "your work"; or

  **b.** Your fulfilling the terms of the contract or agreement.

**9.** "Insured contract" means:

  **a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

  **b.** A sidetrack agreement;

  **c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

  **d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

  **e.** An elevator maintenance agreement;

  **f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

  Paragraph **f.** does not include that part of any contract or agreement:

    **(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

    **(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

      **(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

      **(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

    **(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000162 of 000205

Filed     21-CI-00101     02/24/2021     Wendy Graney, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

**10.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**11.** "Loading or unloading" means the handling of property:

   **a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

   **b.** While it is in or on an aircraft, watercraft or "auto"; or

   **c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**12.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

   **a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

   **b.** Vehicles maintained for use solely on or next to premises you own or rent;

   **c.** Vehicles that travel on crawler treads;

   **d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

     **(1)** Power cranes, shovels, loaders, diggers or drills; or

     **(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

   **e.** Vehicles not described in **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

     **(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

     **(2)** Cherry pickers and similar devices used to raise or lower workers;

   **f.** Vehicles not described in **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

   **(1)** Equipment designed primarily for:

     **(a)** Snow removal;

     **(b)** Road maintenance, but not construction or resurfacing; or

     **(c)** Street cleaning;

   **(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

   **(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

   **a.** False arrest, detention or imprisonment;

   **b.** Malicious prosecution;

   **c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

   **d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

   **e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

   **f.** The use of another's advertising idea in your "advertisement"; or

   **g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000163 of 000205

© ISO Properties, Inc., 2000

Filed    21-CI-00101    02/24/2021    Wendy Graney, Shelby Circuit Clerk

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

**(1)** Products that are still in your physical possession; or

**(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

**(a)** When all of the work called for in your contract has been completed.

**(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

**(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**b.** Does not include "bodily injury" or "property damage" arising out of:

**(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

**(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

**(3)** Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**19.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**21.** "Your product":

**a.** Means:

**(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

**(a)** You;

**(b)** Others trading under your name; or

**(c)** A person or organization whose business or assets you have acquired; and

**(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000164 of 000205

Filed 21-CI-00101 02/24/2021 Wendy Graney, Shelby Circuit Clerk
NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

**b.** Includes

   **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

   **(2)** The providing of or failure to provide warnings or instructions.

**c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**22.** "Your work":

  **a.** Means:

   **(1)** Work or operations performed by you or on your behalf; and

   **(2)** Materials, parts or equipment furnished in connection with such work or operations.

  **b.** Includes

   **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work", and

   **(2)** The providing of or failure to provide warnings or instructions.

© ISO Properties, Inc., 2000
**CG 00 01 10 01**

Filed 21-CI-00101 02/24/2021 Wendy Graney, Shelby Circuit Clerk

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000165 of 000205

Filed            21-CI-00101    02/24/2021            Wendy Graney, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

COMMERCIAL GENERAL LIABILITY
CG 21 47 07 98

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

(1) A person arising out of any:

   (a) Refusal to employ that person;

   (b) Termination of that person's employment; or

   (c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

(2) The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

(1) A person arising out of any:

   (a) Refusal to employ that person;

   (b) Termination of that person's employment; or

   (c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

(2) The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000166 of 000205

Filed            21-CI-00101    02/24/2021            Wendy Graney, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

# LEAD LIABILITY EXCLUSION

This exclusion is added to the following:

BUSINESSOWNERS LIABILITY COVERAGE FORM
COMMERCIAL GENERAL LIABILITY COVERAGE FORM
BUSINESS UMBRELLA LIABILITY COVERAGE FORM
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY FORM

This insurance does not apply to "bodily injury," "property damage," "personal injury," or "advertising injury" resulting directly or indirectly from lead.  This exclusion applies both to any insured or to anyone for whom any insured may be held legally liable.

We will not pay for the cost or expense of clean-up, removal, testing, monitoring, containment, treatment **or any other costs** associated with the presence of lead.

FORM ILE 0196
9309

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000167 of 000205

Filed          21-CI-00101    02/24/2021          Wendy Graney, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

# ASBESTOS EXCLUSION

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This Endorsement Modifies Insurance Provided under the:

    BUSINESSOWNERS LIABILITY COVERAGE FORM
    COMMERCIAL GENERAL LIABILITY COVERAGE FORM
    OWNERS AND CONTRACTORS PROTECTIVE LIABILITY FORM

The following exclusion is added to the forms shown above as follows:

    This insurance does not apply to "bodily injury," "property damage," or " personal and advertising injury" resulting directly or indirectly from asbestos. This exclusion applies both to any insured or to anyone for whom any insured may be held legally liable.

    We will not pay for the cost or expense of clean-up, removal, testing, monitoring, containment, treatment or any other costs associated with the presence of asbestos.

Throughout this endorsement with regard to the BUSINESSOWNERS LIABILITY FORM the following term applies:

    a.  "Personal and advertising injury" means "personal injury" and "advertising injury"

ILE 0195
98 12                    Includes copyrighted material of Insurance Services Offices, Inc., with its permission.

Filed          21-CI-00101    02/24/2021          Wendy Graney, Shelby Circuit Clerk

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000168 of 000205

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

POLICY NUMBER:                                          **COMMERCIAL GENERAL LIABILITY**
                                                               **CG 20 28 07 04**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED – LESSOR OF LEASED EQUIPMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| Name Of Additional Insured Person(s) Or Organization(s) |
|---|
|  |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your maintenance, operation or use of equipment leased to you by such person(s) or organization(s).

**B.** With respect to the insurance afforded to these additional insureds, this insurance does not apply to any "occurrence" which takes place after the equipment lease expires.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000169 of 000205

Filed          21-CI-00101     02/24/2021          Wendy Graney, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

COMMERCIAL GENERAL LIABILITY
CG 21 67 04 02

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2.,** Exclusions of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi or Bacteria**

**a.** "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**b.** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for consumption.

**B.** The following exclusion is added to Paragraph **2.,** Exclusions of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi or Bacteria**

**a.** "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

**b.** Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**C.** The following definition is added to the **Definitions** Section:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000170 of 000205

CG 21 67 04 02                    © ISO Properties, Inc., 2001                    **Page 1 of 1**   □

Filed          21-CI-00101     02/24/2021          Wendy Graney, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

POLICY NUMBER:

**COMMERCIAL GENERAL LIABILITY**
CG 24 26 07 04

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF INSURED CONTRACT DEFINITION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Paragraph **9.** of the **Definitions** Section is replaced by the following:

9. "Insured contract" means:

    **a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

    **b.** A sidetrack agreement;

    **c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

    **d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

    **e.** An elevator maintenance agreement;

    **f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization, provided the "bodily injury" or "property damage" is caused, in whole or in part, by you or by those acting on your behalf. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

    **(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

    **(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

        **(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

        **(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

    **(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000171 of 000205

Filed      21-CI-00101      02/24/2021      Wendy Graney, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

THIS INSURANCE IS ON A "CLAIMS MADE" BASIS.  EXCEPT AS OTHERWISE
PROVIDED, IT APPLIES ONLY TO CLAIMS MADE AGAINST THE INSURED DURING
THE POLICY PERIOD.  PLEASE READ CAREFULLY.

# EMPLOYEE BENEFITS LIABILITY COVERAGE

This endorsement modifies insurance provided under the following:

Businessowners Liability Coverage Form
Commercial General Liability Coverage Form

SCHEDULE

Limits of Insurance

$ _____ each claim
$ _____ annual aggregate

Retroactive Date _____

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

For payment of a premium and subject to all the provisions of the policy not expressly modified herein, we agree with you to provide EMPLOYEE BENEFITS LIABILITY COVERAGE as follows:

## A.  COVERAGE

We will pay those sums that the insured becomes legally obligated to pay as damages to:

(1)  any employee or former employee; or

(2)  the beneficiaries or legal representatives there of;

for injury or damage caused by an "employee benefits incident" to which this insurance applies.

## B.  EXCLUSIONS

This insurance does not apply to:

(1)  any dishonest, fraudulent, criminal ormalicious act, or to libel, slander, discrimination or humiliation;

(2) "Bodily injury," "personal injury," or "property damage;"

(3)  any claim for failure of performance of   contract by any insurer;

(4)  any claim based upon the insured's failure to comply with any law concerning Workers' Compensation, unemployment insurance, social security, disability benefits or any similar law;

(5)  any claim based upon (1) failure of stock shares to perform as represented by an insured, or (2) advice given by an insured to any employee to participate or not to participate in stock subscription plan;

(6)  any claim based upon the selection of or advice given by an insured to an employee on selecting a contract for a health maintenance organization or similar health plan;

(7)  any claims based upon the investment or non-investment of funds;

(8)  any liability arising out of any violation(s) of any provision(s) of the Employee Retirement Income Security Act of 1974, Public Law 93-406 (commonly referred to as the Pension Reform Act of 1974) or any amendments thereto;

FORM ILE 0677
9309

Filed      21-CI-00101      02/24/2021      Wendy Graney, Shelby Circuit Clerk

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000172 of 000205

Filed 21-CI-00101 02/24/2021 Wendy Graney, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

(9) liability for punitive or exemplary damages awarded against an insured.

**C. PERSON INSURED**

Each of the following is an insured under this extension of coverage:

(1) any person or organization designated as the Named Insured in the Declarations; and

(2) any of your employees authorized to act in the "administration" of your "employee benefit programs."

**D. COVERAGE PERIOD**

This endorsement applies only to claims for damages because the "employee benefits incident" is first made against any insured during the policy period.

This endorsement does not apply to an "employee benefits incident" which occurred before the retroactive date, if any, shown in the Schedule or which occurs after the policy period.

**E. LIMITS OF INSURANCE**

(1) The Limits of Insurance shown in the Schedule and the rules below fix the most we will pay under this extension of coverage regardless of the number of:

    (a) insureds;
    (b) claims made or "suits" brought; or
    (c) persons or organizations making claims or bringing "suits."

(2) The Annual Aggregate Limit is the most we will pay for all damages in any one policy year.

(3) Subject to (2) above, the Each Claim Limit is the most we will pay for all damages arising out of any one negligent act, error or omission.

**F. DEDUCTIBLE**

$1000 will be deducted from the amount payable as damages for each claim. We may pay all or any part of this deductible amount in settlement of a claim. If we do, you agree to promptly reimburse us for the deductible amount we pay.

**G. DUTIES IN THE EVENT OF AN EMPLOYEE BENEFIT INCIDENT, CLAIM OR SUIT**

(1) Regardless of whether the loss exceeds the deductible amount, you must see to it that we are notified as soon as practicable of any "employee benefit incident" which may result in a claim. To the extent possible, notice should include:

    (a) How, when and where the "employee benefit incident" took place;

    (b) The names and addresses of any injured employee, dependents or beneficiaries of any employee, and witnesses; and

    (c) The nature and location of any injury caused by the "employee benefit incident."

Notice of an "employee benefit incident" is not notice of a claim.

(2) If a claim is received by any insured, you must:

    (a) Immediately record the specifics of the claims and the date received; and

    (b) Notify us as soon as practicable.

(3) You and any other involved insured must:

    (a) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or a "suit";

    (b) Authorize us to obtain records and other information;

    (c) Cooperate with us in the investigation, settlement or defense of the claim or "suit"; and

    (d) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury to which this insurance may also apply.

(4) No insured will, except at their own cost, voluntarily make a payment, assume any obligation, or incur any expense without our consent.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000173 of 000205

FORM ILE 0677
9309

Filed 21-CI-00101 02/24/2021 Wendy Graney, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

**H. OTHER INSURANCE**

The Other Insurance provisions of the policy to which this endorsement is attached also apply to any loss covered by this endorsement.

**I. EXTENDED REPORTING PERIOD OPTION**

If, for any reason, we cancel or refuse to renew this insurance, you may:

(1) by giving written notice to us within 60 days after the effective date of cancellation of this insurance; and

(2) upon payment of an additional premium of 150% of the annual premium developed under this endorsement;

have an Extended Reporting Period of three years following the effective date of such cancellation to report claims which may be made against the insured. Such claims shall be deemed to have been received and recorded during the policy period, but only if the "employee benefit incident" occurred prior to the effective date of the cancellation, but not before the retroactive date, if any, shown in the Schedule.

The Annual Aggregate Limit shown in the Schedule shall apply separately to each period of 12 consecutive calendar months or portion therof of the Extended Reporting Period following the effective date of cancellation.

Once in effect, the Extended Reporting Period option may not be cancelled.

All other provisions of this insurance, including those relating to our Limit of Insurance shall be unchanged by this provision.

**J. ADDITIONAL DEFINITIONS**

"Employee benefit program" means:

(1) group life, accident or health insurance;

(2) pension or profit sharing plans;

(3) employee stock subscription plans;

(4) Workers' Compensation insurance;

(5) social security, disability benefits and unemployment compensation insurance; and

(6) travel, savings and vacation plans.

"Administration" means:

(1) giving counsel to employees with respect to

(2) interpreting the "employee benefit programs;"

(3) handling records in connection with "employee benefit programs;" and

(4) effecting enrollment, termination or cancellation of employees under "employee benefit programs;"

provided all such acts are authorized by you.

"Employee benefit incident" means:

any negligent act, error or omission in the "administration" of the insured's "employee benefit programs" by the insured or any other person for whose acts, errors or omissions the insured is legally liable.

"Suit" means:

a civil proceeding in which damages because of an injury caused by an "employee benefit incident" are alleged. "Suit" includes an arbitration proceeding alleging such damages to which you must submit or submit with our consent.

Filed        21-CI-00101        02/24/2021        Wendy Graney, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

THIS ENDORSEMENT CHANGES YOUR POLICY. PLEASE READ IT CAREFULLY

# GENERAL LIABILITY WRAP

This endorsement modifies insurance provided under the following:
COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The following is a summary of the coverages provided in this Endorsement. This Endorsement is applicable only to those premises described in the Declarations.

| | | |
|---|---|---|
| A. | NON-OWNED WATERCRAFT | 1 |
| B. | NON-OWNED AIRCRAFT HIRED WITH CREW | 1 |
| C. | DAMAGE TO PREMISES RENTED TO YOU | 1 |
| D. | PERSONAL AND ADVERTISING INJURY - BROAD FORM | 2 |
| E. | MEDICAL PAYMENTS INCREASED LIMIT | 2 |
| F. | SUPPLEMENTARY PAYMENTS INCREASED LIMITS | 2 |
| G. | NEWLY FORMED OR ACQUIRED ORGANIZATIONS | 2 |
| H. | ADDITIONAL INSURED - BUILDING OWNER | 2 |
| I. | ADDITIONAL INSURED BY CONTRACT | 2 |
| J. | DUTIES AFTER LOSS REDEFINED | 3 |
| K. | BODILY INJURY REDEFINED | 3 |
| L. | UNINTENTIONAL FAILURE TO DISCLOSE | 3 |

With respect to coverage provided by this Endorsement, the provisions of the Coverage Form apply unless modified by the Endorsement.

**A. NON-OWNED WATERCRAFT**

1. SECTION I, COVERAGE A, 2. Exclusions, g. Aircraft, Auto or Watercraft, Paragraph (2) is deleted and replaced by the following:

   **(2)** A watercraft you do not own that is:

   **(a)** Less than 51 feet long; and

   **(b)** Not being used to carry persons or property for a charge;

2. This coverage applies to any person who, with your expressed or implied consent, either uses or is responsible for the use of a watercraft.

3. This coverage does not apply if there is any other insurance for "bodily injury" or "property damage" liability that would also apply to loss covered under this coverage, whether the other insurance is primary, excess, contingent or on any other basis. A policy issued by us to apply <u>specifically in excess of this policy</u> is not considered other insurance.

**B. NON-OWNED AIRCRAFT HIRED WITH CREW**

1. SECTION I, COVERAGE A., 2. Exclusions, g. Aircraft, Auto or Watercraft, does not apply to an aircraft that is:

   **a.** Not owned by any insured; and

   **b.** Hired or chartered by, or loaned to you, with a paid crew for the sole use of transporting your "employees."

2. This coverage does not apply if there is any other insurance for "bodily injury" or "property damage" liability that would also apply to loss covered under this coverage, whether the other insurance is primary, excess, contingent, or on any other basis. A policy issued by us to apply <u>specifically in excess of this policy</u> is not considered other insurance.

**C. DAMAGE TO PREMISES RENTED TO YOU**

SECTION I, COVERAGE A, 2. Exclusions, j. Damage to Property, is amended to remove the limitation that the property be rented to you for a period of 7 or fewer days. Coverage applies when the premises is rented to you or temporarily occupied by you with the permission of the owner.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
SECURA INSURANCE, A Mutual Company

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000175 of 000205

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

## D. PERSONAL AND ADVERTISING INJURY - BROAD FORM

1. SECTION I, COVERAGE B, 2. Exclusions, e. Contractual Liability, is deleted.

2. The following is added to the "Personal and Advertising Injury" definition:

    h. Discrimination or humiliation (unless insurance thereof is prohibited by law) that results in injury to the reputation of a natural person, but only if such discrimination or humiliation is:

        (1) Not done intentionally by or at the direction of:

            (a) You;

            (b) Any of your officers, directors, stockholders, partners, managers, or members.

        (2) Not directly or indirectly related to the employment, prospective employment or termination of employment of any person or persons by any insured.

## E. MEDICAL PAYMENTS INCREASED LIMIT

If Medical Expense Payments coverage applies:

1. SECTION I, COVERAGE C MEDICAL PAYMENTS, is amended as follows:

    The reporting period as shown in paragraph 1.a.(2) of the Insuring Agreement, is amended to be reported within three years of the date of accident, in lieu of one year.

2. The Medical Expense Limit shown in the Limits of Insurance section of the Declarations of the Commercial General Liability Coverage Part is increased to $10,000.

## F. SUPPLEMENTARY PAYMENTS INCREASED LIMITS

In SECTION I, SUPPLEMENTARY PAYMENTS - COVERAGES A and B, is amended as follows:

1. Item 1.b., the cost of bail bonds is changed to $2,500; and

2. Item 1.d., actual loss of earnings is changed to $500 a day.

## G. NEWLY FORMED OR ACQUIRED ORGANIZATIONS

SECTION II -- WHO IS AN INSURED, paragraph 4.(a), 90th day is changed to 180th day.

## H. ADDITIONAL INSURED - BUILDING OWNER

SECTION II, WHO IS AN INSURED is amended to include as an additional insured the owner, manager, or lessor of premises but only with respect to liability arising out of the ownership, maintenance, or use of that part of the premises leased to you subject to the following additional exclusions.

This insurance does not apply to:

1. Any "occurrence" which takes place after you cease to be a tenant in that premises.

2. Structural alterations, new construction, or demolition operations performed by or on behalf of the person or organization shown in the Schedule.

## I. ADDITIONAL INSURED BY CONTRACT

1. SECTION II - WHO IS AN INSURED is amended to include as an additional insured any person or organization for whom you are performing operations when you and such person or organization have agreed in writing in a contract or agreement that such person or organization be added as an additional insured on your policy. Such person or organization is an additional insured only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

    a. Your acts or omissions; or

    b. The acts or omissions of those acting on your behalf;

    in the performance of your ongoing operations for the additional insured.

    A person's or organization's status as an additional insured under this endorsement ends when your operations for that additional insured are completed.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000176 of 000205

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

2. With respect to the insurance afforded these additional insureds, the following additional exclusions apply:

   This insurance does not apply to:

   **a.** "Bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of, or the failure to render, any professional architectural, engineering or surveying services, including:

   **(1)** The preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

   **(2)** Supervisory, inspection, architectural or engineering activities.

   **b.** Any of your Subcontractors, or any partner, officer, agent or employee of such Subcontractor.

   **c.** "Bodily injury" or "property damage" occurring after:

   **(1)** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured (s) at the location of the covered operations has been completed; or

   **(2)** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

   **(3)** The limits of insurance applicable to such insurance shall be the lesser of the limits required by the agreement between the parties or the limits provided by this policy.

## J. DUTIES IN THE EVENT OF AN OCCURRENCE, OFFENSE, CLAIM OR SUIT

1. Notice of Occurrence or an Offense

   **a.** The requirement in SECTION IV, CONDITIONS, 2.a. that you must see to it that we are notified of an "occurrence" or an offense only applies when the "occurrence" or offense is known to:

   **(1)** You, if you are an individual;

   **(2)** A partner, if you are a partnership;

   **(3)** An officer of the corporation or insurance manager, if you are a corporation; or

   **(4)** A member or manager, if you are a limited liability company.

2. Notice of claim or suit

   **a.** The requirement in SECTION IV, CONDITIONS, 2.b. that you must see to it that we receive notice of a claim or "suit" applies only when the claim or "suit" is known to:

   **(1)** You, if you are an individual;

   **(2)** A partner, if you are a partnership; or

   **(3)** An officer of the corporation or insurance manager, if you are a corporation; or

   **(4)** A member or manager, if you are a limited liability company.

## K. BODILY INJURY REDEFINED

The definition of "Bodily injury" in SECTION V -- DEFINITIONS is replaced by the following:

"Bodily injury" means bodily injury, sickness, or disease sustained by a person, including mental anguish, mental injury, shock, fright or death resulting from any of these at any time.

## L. UNINTENTIONAL FAILURE TO DISCLOSE

Any unintentional error or omission in the description of, or failure to completely describe, any premises or operations intended to be covered by this Commercial General Liability Coverage Form will not invalidate or affect coverage for those premises or operations. However, you must report such error or omissions to us as soon as practicable after its discovery.

All other terms and conditions of this policy not in conflict with the terms and conditions of this Endorsement shall continue to apply.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000177 of 000205

Filed   21-CI-00101   02/24/2021   Wendy Graney, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

COMMERCIAL GENERAL LIABILITY
CG 21 60 09 98

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION – YEAR 2000 COMPUTER-RELATED AND OTHER ELECTRONIC PROBLEMS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to "bodily injury", "property damage", "personal injury" or "advertising injury" (or "personal and advertising injury" if defined as such in your policy) arising directly or indirectly out of:

**a.** Any actual or alleged failure, malfunction or inadequacy of:

**(1)** Any of the following, whether belonging to any insured or to others:

**(a)** Computer hardware, including microprocessors;

**(b)** Computer application software;

**(c)** Computer operating systems and related software;

**(d)** Computer networks;

**(e)** Microprocessors (computer chips) not part of any computer system; or

**(f)** Any other computerized or electronic equipment or components; or

**(2)** Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **2.a.(1)** of this endorsement

due to the inability to correctly recognize, process, distinguish, interpret or accept the year 2000 and beyond.

**b.** Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **2.a.** of this endorsement.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000178 of 000205

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# TWO OR MORE COVERAGE FORMS OR POLICIES ISSUED BY US
## A Single Limit Applies

This Endorsement modifies insurance provided under the following:
BUSINESSOWNERS LIABILITY COVERAGE FORM
COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY FORM
BUSINESS AUTO COVERAGE PART
GARAGE COVERAGE FORM

With respect to coverage provided by this Endorsement, the provisions of the Coverage Form apply unless modified by the Endorsement.

The following Condition is added:

**Coordinated Liability Condition**

We, or any company affiliated with us, may issue two or more insurance policies for you or any company affiliated with you. These policies may provide coverage for:

**a.** Claims or "suit" arising from the same continuous, repeated or related set of factual circumstances; or

**b.** Persons or organizations covered in those policies that are jointly and severally liable.

The various coverage parts or policies issued to you, or any company affiliated with you by us, or any company affiliated with us, do not provide any duplication or overlap of coverage for the same claim or "suit". If this policy and any other coverage part or policy issued to you, or any company affiliated with you by us, or any company affiliated with us, apply to the same loss, claim, accident, "occurrence", offense, wrongful act, abusive conduct, incident, event, upset or similar happening; whether defined in similar manner or not in each policy, **the maximum Limit of Insurance under all such coverage parts or policies combined shall not exceed the highest single Limit of Insurance under any applicable coverage part or policy**.

This condition does not apply to any Excess or Umbrella Policy issued by us specifically to apply as excess insurance over this policy.

All other terms and conditions of this policy not in conflict with the terms and conditions of this Endorsement shall continue to apply.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000179 of 000205

SECURA INSURANCE, A Mutual Company Page 1 of 1

Filed 21-CI-00101 02/24/2021 Wendy Graney, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87153-1

COMMERCIAL GENERAL LIABILITY
CG 21 70 01 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a Program Year (January 1 through December 31) and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

Filed     21-CI-00101     02/24/2021     Wendy Graney, Shelby Circuit Clerk

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000180 of 000205

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

**COMMERCIAL GENERAL LIABILITY**
**CG 21 69 01 02**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# WAR OR TERRORISM EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **i.** under Paragraph **2.**, **Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**i. War Or Terrorism**

"Bodily injury" or "property damage" arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war; or

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these; or

**(4)** "Terrorism", including any action taken in hindering or defending against an actual or expected incident of "terrorism"

regardless of any other cause or event that contributes concurrently or in any sequence to the injury or damage.

However, with respect to "terrorism", this exclusion only applies if one or more of the following are attributable to an incident of "terrorism":

**(1)** The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions ; or

**(2)** Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

**(a)** Physical injury that involves a substantial risk of death; or

**(b)** Protracted and obvious physical disfigurement; or

**(c)** Protracted loss of or impairment of the function of a bodily member or organ; or

**(3)** The "terrorism" involves the use, release or escape of nuclear materials, or directly or indirectly results in nuclear reaction or radiation or radioactive contamination; or

**(4)** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000181 of 000205

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

**(5)** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.

Paragraphs **(1)** and **(2),** immediately preceding, describe the thresholds used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply for the purpose of determining whether the Terrorism Exclusion will apply to that incident. When the Terrorism Exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Part.

In the event of any incident of "terrorism" that is not subject to the Terrorism Exclusion, coverage does not apply to any loss or damage that is otherwise excluded under this Coverage Part.

Multiple incidents of "terrorism" which occur within a seventy-two hour period and appear to be carried out in concert or to have a related purpose or common leadership shall be considered to be one incident.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**War Or Terrorism**

"Personal and advertising injury" arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war; or

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these; or

**(4)** "Terrorism", including any action taken in hindering or defending against an actual or expected incident of "terrorism"

regardless of any other cause or event that contributes concurrently or in any sequence to the injury.

However, with respect to "terrorism", this exclusion only applies if one or more of the following are attributable to an incident of "terrorism":

**(1)** The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions ; or

**(2)** Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

**(a)** Physical injury that involves a substantial risk of death; or

**(b)** Protracted and obvious physical disfigurement; or

**(c)** Protracted loss of or impairment of the function of a bodily member or organ; or

**(3)** The "terrorism" involves the use, release or escape of nuclear materials, or directly or indirectly results in nuclear reaction or radiation or radioactive contamination; or

**(4)** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000182 of 000205

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

**(5)** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.

Paragraphs **(1)** and **(2),** immediately preceding, describe the thresholds used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply for the purpose of determining whether the Terrorism Exclusion will apply to that incident. When the Terrorism Exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Part.

In the event of any incident of "terrorism" that is not subject to the Terrorism Exclusion, coverage does not apply to any loss or damage that is otherwise excluded under this Coverage Part.

Multiple incidents of "terrorism" which occur within a seventy-two hour period and appear to be carried out in concert or to have a related purpose or common leadership shall be considered to be one incident.

**C.** Exclusion **h.** under Paragraph **2., Exclusions** of **Section I – Coverage C – Medical Payments** does not apply.

**D.** The following definition is added to the **Definitions** Section:

"Terrorism" means activities against persons, organizations or property of any nature:

**1.** That involve the following or preparation for the following:

**a.** Use or threat of force or violence; or

**b.** Commission or threat of a dangerous act; or

**c.** Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

**2.** When one or both of the following applies:

**a.** The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

**b.** It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000183 of 000205

**CG 21 69 01 02**          © ISO Properties, Inc., 2001          **Page 3 of 3**   ◻

Filed      21-CI-00101      02/24/2021      Wendy Graney, Shelby Circuit Clerk

Filed 21-CI-00101 02/24/2021 Jeremy Stoner, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

COMMERCIAL GENERAL LIABILITY
CG 21 87 01 07

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CONDITIONAL EXCLUSION OF TERRORISM (RELATING TO DISPOSITION OF FEDERAL TERRORISM RISK INSURANCE ACT)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A. Applicability Of The Provisions Of This Endorsement**

1. The provisions of this endorsement become applicable commencing on the date when any one or more of the following first occurs. But if your policy (meaning the policy period in which this endorsement applies) begins after such date, then the provisions of this endorsement become applicable on the date your policy begins.

   a. The federal Terrorism Risk Insurance Program ("Program"), established by the Terrorism Risk Insurance Act, has terminated with respect to the type of insurance provided under this Coverage Part or Policy; or

   b. A renewal, extension or replacement of the Program has become effective without a requirement to make terrorism coverage available to you and with revisions that:

      (1) Increase our statutory percentage deductible under the Program for terrorism losses. (That deductible determines the amount of all certified terrorism losses we must pay in a calendar year, before the federal government shares in subsequent payment of certified terrorism losses.); or

      (2) Decrease the federal government's statutory percentage share in potential terrorism losses above such deductible; or

      (3) Redefine terrorism or make insurance coverage for terrorism subject to provisions or requirements that differ from those that apply to other types of events or occurrences under this policy.

2. If the provisions of this endorsement become applicable, such provisions:

   a. Supersede any terrorism endorsement already endorsed to this policy that addresses "certified acts of terrorism" and/or "other acts of terrorism", but only with respect to an incident(s) of terrorism (however defined) which results in injury or damage that occurs on or after the date when the provisions of this endorsement become applicable (for claims made policies, such an endorsement is superseded only with respect to an incident of terrorism (however defined) that results in a claim for injury or damage first being made on or after the date when the provisions of this endorsement become applicable); and

   b. Remain applicable unless we notify you of changes in these provisions, in response to federal law.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000184 of 000205

Filed 21-CI-00101 02/24/2021 Wendy Graney, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

**3. If the provisions of this endorsement do NOT become applicable, any terrorism endorsement already endorsed to this policy, that addresses "certified acts of terrorism" and/or "other acts of terrorism", will continue in effect unless we notify you of changes to that endorsement in response to federal law.**

**B.** The following definitions are added and apply under this endorsement wherever the term terrorism, or the phrase any injury or damage, are enclosed in quotation marks:

**1.** "Terrorism" means activities against persons, organizations or property of any nature:

**a.** That involve the following or preparation for the following:

**(1)** Use or threat of force or violence; or

**(2)** Commission or threat of a dangerous act; or

**(3)** Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

**b.** When one or both of the following applies:

**(1)** The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

**(2)** It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

**2.** "Any injury or damage" means any injury or damage covered under any Coverage Part or Policy to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "injury" or "environmental damage" as may be defined in any applicable Coverage Part or Policy.

**C.** The following exclusion is added:

**EXCLUSION OF TERRORISM**

We will not pay for "any injury or damage" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". "Any injury or damage" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury or damage. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

**1.** The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

**2.** Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

**3.** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**4.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or

**5.** The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

**6.** Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

**a.** Physical injury that involves a substantial risk of death; or

**b.** Protracted and obvious physical disfigurement; or

**c.** Protracted loss of or impairment of the function of a bodily member or organ.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000185 of 000205

Filed          21-CI-00101          02/24/2021          Wendy Graney, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the thresholds in Paragraphs **C.5.** or **C.6.** are exceeded.

With respect to this Exclusion, Paragraphs **C.5.** and **C.6.** describe the threshold used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this Exclusion will apply to that incident. When the Exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Part or Policy.

In the event of any incident of "terrorism" that is not subject to this Exclusion, coverage does not apply to "any injury or damage" that is otherwise excluded under this Coverage Part or Policy.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000186 of 000205

**CG 21 87 01 07**                    © ISO Properties, Inc., 2005                    **Page 3 of 3**    □

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

**CRIME AND FIDELITY**
CR 00 21 05 06

# COMMERCIAL CRIME COVERAGE FORM
# (LOSS SUSTAINED FORM)

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is or is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **F.** Definitions.

## A. Insuring Agreements

Coverage is provided under the following Insuring Agreements for which a Limit of Insurance is shown in the Declarations and applies to loss that you sustain resulting directly from an "occurrence" taking place during the Policy Period shown in the Declarations, except as provided in Condition **E.1.k.** or **E.1.l.**, which is "discovered" by you during the Policy Period shown in the Declarations or during the period of time provided in the Extended Period To Discover Loss Condition **E.1.g.**:

### 1. Employee Theft

We will pay for loss of or damage to "money", "securities" and "other property" resulting directly from "theft" committed by an "employee", whether identified or not, acting alone or in collusion with other persons.

For the purposes of this Insuring Agreement, "theft" shall also include forgery.

### 2. Forgery Or Alteration

**a.** We will pay for loss resulting directly from "forgery" or alteration of checks, drafts, promissory notes, or similar written promises, orders or directions to pay a sum certain in "money" that are:

**(1)** Made or drawn by or drawn upon you; or

**(2)** Made or drawn by one acting as your agent;

or that are purported to have been so made or drawn.

For the purposes of this Insuring Agreement, a substitute check as defined in the Check Clearing for the 21st Century Act shall be treated the same as the original it replaced.

**b.** If you are sued for refusing to pay any instrument covered in Paragraph **2.a.**, on the basis that it has been forged or altered, and you have our written consent to defend against the suit, we will pay for any reasonable legal expenses that you incur and pay in that defense. The amount that we will pay is in addition to the Limit of Insurance applicable to this Insuring Agreement.

### 3. Inside The Premises – Theft Of Money And Securities

**a.** We will pay for loss of "money" and "securities" inside the "premises" or "banking premises":

**(1)** Resulting directly from "theft" committed by a person present inside such "premises" or "banking premises"; or

**(2)** Resulting directly from disappearance or destruction.

**b.** We will pay for loss from damage to the "premises" or its exterior resulting directly from an actual or attempted "theft" of "money" and "securities", if you are the owner of the "premises" or are liable for damage to it.

**c.** We will pay for loss of or damage to a locked safe, vault, cash register, cash box or cash drawer located inside the "premises" resulting directly from an actual or attempted "theft" of or unlawful entry into those containers.

### 4. Inside The Premises – Robbery Or Safe Burglary Of Other Property

**a.** We will pay for loss of or damage to "other property":

**(1)** Inside the "premises" resulting directly from an actual or attempted "robbery" of a "custodian"; or

**(2)** Inside the "premises" in a safe or vault resulting directly from an actual or attempted "safe burglary".

**b.** We will pay for loss from damage to the "premises" or its exterior resulting directly from an actual or attempted "robbery" or "safe burglary" of "other property", if you are the owner of the "premises" or are liable for damage to it.

© ISO Properties, Inc., 2005

Filed       21-CI-00101       02/24/2021       Wendy Graney, Shelby Circuit Clerk

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000187 of 000205

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

**c.** We will pay for loss of or damage to a locked safe or vault located inside the "premises" resulting directly from an actual or attempted "robbery" or "safe burglary".

**5. Outside The Premises**

**a.** We will pay for loss of "money" and "securities" outside the "premises" in the care and custody of a "messenger" or an armored motor vehicle company resulting directly from "theft", disappearance or destruction.

**b.** We will pay for loss of or damage to "other property" outside the "premises" in the care and custody of a "messenger" or an armored motor vehicle company resulting directly from an actual or attempted "robbery".

**6. Computer Fraud**

We will pay for loss of or damage to "money", "securities" and "other property" resulting directly from the use of any computer to fraudulently cause a transfer of that property from inside the "premises" or "banking premises":

**a.** To a person (other than a "messenger") outside those "premises"; or

**b.** To a place outside those "premises".

**7. Funds Transfer Fraud**

We will pay for loss of "funds" resulting directly from a "fraudulent instruction" directing a financial institution to transfer, pay or deliver "funds" from your "transfer account".

**8. Money Orders And Counterfeit Money**

We will pay for loss resulting directly from your having accepted in good faith, in exchange for merchandise, "money" or services:

**a.** Money orders issued by any post office, express company or bank that are not paid upon presentation; or

**b.** "Counterfeit money" that is acquired during the regular course of business.

**B. Limit Of Insurance**

The most we will pay for all loss resulting directly from an "occurrence" is the applicable Limit of Insurance shown in the Declarations.

If any loss is covered under more than one Insuring Agreement or Coverage, the most we will pay for such loss shall not exceed the largest Limit of Insurance available under any one of those Insuring Agreements or Coverages.

**C. Deductible**

We will not pay for loss resulting directly from an "occurrence" unless the amount of loss exceeds the Deductible Amount shown in the Declarations. We will then pay the amount of loss in excess of the Deductible Amount, up to the Limit of Insurance.

**D. Exclusions**

**1.** This insurance does not cover:

**a. Acts Committed By You, Your Partners Or Your Members**

Loss resulting from "theft" or any other dishonest act committed by:

**(1)** You; or

**(2)** Any of your partners or "members";

whether acting alone or in collusion with other persons.

**b. Acts Of Employees Learned Of By You Prior To The Policy Period**

Loss caused by an "employee" if the "employee" had also committed "theft" or any other dishonest act prior to the effective date of this insurance and you or any of your partners, "members", "managers", officers, directors or trustees, not in collusion with the "employee", learned of that "theft" or dishonest act prior to the Policy Period shown in the Declarations.

**c. Acts Of Employees, Managers, Directors, Trustees Or Representatives**

Loss resulting from "theft" or any other dishonest act committed by any of your "employees", "managers", directors, trustees or authorized representatives:

**(1)** Whether acting alone or in collusion with other persons; or

**(2)** While performing services for you or otherwise;

except when covered under Insuring Agreement **A.1.**

**d. Confidential Information**

Loss resulting from:

**(1)** The unauthorized disclosure of your confidential information including, but not limited to, patents, trade secrets, processing methods or customer lists; or

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000188 of 000205

Filed 21-CI-00101 02/24/2021 Wendy Graney, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

**(2)** The unauthorized use or disclosure of confidential information of another person or entity which is held by you including, but not limited to, financial information, personal information, credit card information or similar non-public information.

**e. Governmental Action**

Loss resulting from seizure or destruction of property by order of governmental authority.

**f. Indirect Loss**

Loss that is an indirect result of an "occurrence" covered by this insurance including, but not limited to, loss resulting from:

**(1)** Your inability to realize income that you would have realized had there been no loss of or damage to "money", "securities" or "other property".

**(2)** Payment of damages of any type for which you are legally liable. But, we will pay compensatory damages arising directly from a loss covered under this insurance.

**(3)** Payment of costs, fees or other expenses you incur in establishing either the existence or the amount of loss under this insurance.

**g. Legal Fees, Costs And Expenses**

Fees, costs and expenses incurred by you which are related to any legal action, except when covered under Insuring Agreement **A.2.**

**h. Nuclear Hazard**

Loss or damage resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

**i. Pollution**

Loss or damage caused by or resulting from pollution. Pollution means the discharge, dispersal, seepage, migration, release or escape of any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**j. War And Military Action**

Loss or damage resulting from:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**2.** Insuring Agreement **A.1.** does not cover:

**a. Inventory Shortages**

Loss, or that part of any loss, the proof of which as to its existence or amount is dependent upon:

**(1)** An inventory computation; or

**(2)** A profit and loss computation.

However, where you establish wholly apart from such computations that you have sustained a loss, then you may offer your inventory records and actual physical count of inventory in support of the amount of loss claimed.

**b. Trading**

Loss resulting from trading, whether in your name or in a genuine or fictitious account.

**c. Warehouse Receipts**

Loss resulting from the fraudulent or dishonest signing, issuing, canceling or failing to cancel, a warehouse receipt or any papers connected with it.

**3.** Insuring Agreements **A.3., A.4.** and **A.5.** do not cover:

**a. Accounting Or Arithmetical Errors Or Omissions**

Loss resulting from accounting or arithmetical errors or omissions.

**b. Exchanges Or Purchases**

Loss resulting from the giving or surrendering of property in any exchange or purchase.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000189 of 000205

Filed 21-CI-00101 02/24/2021 Wendy Graney, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

**c. Fire**

Loss or damage resulting from fire, however caused, except:

**(1)** Loss of or damage to "money" and "securities"; and

**(2)** Loss from damage to a safe or vault.

**d. Money Operated Devices**

Loss of property contained in any money operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device.

**e. Motor Vehicles Or Equipment And Accessories**

Loss of or damage to motor vehicles, trailers or semi-trailers or equipment and accessories attached to them.

**f. Transfer Or Surrender Of Property**

**(1)** Loss of or damage to property after it has been transferred or surrendered to a person or place outside the "premises" or "banking premises":

**(a)** On the basis of unauthorized instructions;

**(b)** As a result of a threat to do bodily harm to any person;

**(c)** As a result of a threat to do damage to any property;

**(d)** As a result of a threat to introduce a denial of service attack into your computer system;

**(e)** As a result of a threat to introduce a virus or other malicious instruction into your computer system which is designed to damage, destroy or corrupt data or computer programs stored within your computer system;

**(f)** As a result of a threat to contaminate, pollute or render substandard your products or goods; or

**(g)** As a result of a threat to disseminate, divulge or utilize:

**(i)** Your confidential information; or

**(ii)** Weaknesses in the source code within your computer system.

**(2)** But, this Exclusion does not apply under Insuring Agreement **A.5.** to loss of "money", "securities" or "other property" while outside the "premises" in the care and custody of a "messenger" if you:

**(a)** Had no knowledge of any threat at the time the conveyance began; or

**(b)** Had knowledge of a threat at the time the conveyance began, but the loss was not related to the threat.

**g. Vandalism**

Loss from damage to the "premises" or its exterior, or to any safe, vault, cash register, cash box, cash drawer or "other property" by vandalism or malicious mischief.

**h. Voluntary Parting Of Title To Or Possession Of Property**

Loss resulting from your, or anyone acting on your express or implied authority, being induced by any dishonest act to voluntarily part with title to or possession of any property.

**4.** Insuring Agreement **A.6.** does not cover:

**a. Credit Card Transactions**

Loss resulting from the use or purported use of credit, debit, charge, access, convenience, identification, stored-value or other cards or the information contained on such cards.

**b. Funds Transfer Fraud**

Loss resulting from a "fraudulent instruction" directing a financial institution to transfer, pay or deliver "funds" from your "transfer account".

**c. Inventory Shortages**

Loss, or that part of any loss, the proof of which as to its existence or amount is dependent upon:

**(1)** An inventory computation; or

**(2)** A profit and loss computation.

**5.** Insuring Agreement **A.7.** does not cover:

**COMPUTER FRAUD**

Loss resulting from the use of any computer to fraudulently cause a transfer of "money", "securities" or "other property".

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000190 of 000205

## E. Conditions

The following Conditions apply in addition to the Common Policy Conditions:

### 1. Conditions Applicable To All Insuring Agreements

#### a. Additional Premises Or Employees

If, while this insurance is in force, you establish any additional "premises" or hire additional "employees", other than through consolidation or merger with, or purchase or acquisition of assets or liabilities of, another entity, such "premises" and "employees" shall automatically be covered under this insurance. Notice to us of an increase in the number of "premises" or "employees" need not be given and no additional premium need be paid for the remainder of the Policy Period shown in the Declarations.

#### b. Concealment, Misrepresentation Or Fraud

This insurance is void in any case of fraud by you as it relates to this insurance at any time. It is also void if you or any other Insured, at any time, intentionally conceal or misrepresent a material fact concerning:

**(1)** This insurance;

**(2)** The property covered under this insurance;

**(3)** Your interest in the property covered under this insurance; or

**(4)** A claim under this insurance.

#### c. Consolidation – Merger Or Acquisition

If you consolidate or merge with, or purchase or acquire the assets or liabilities of, another entity:

**(1)** You must give us written notice as soon as possible and obtain our written consent to extend the coverage provided by this insurance to such consolidated or merged entity or such purchased or acquired assets or liabilities. We may condition our consent by requiring payment of an additional premium; but

**(2)** For the first 90 days after the effective date of such consolidation, merger or purchase or acquisition of assets or liabilities, the coverage provided by this insurance shall apply to such consolidated or merged entity or such purchased or acquired assets or liabilities, provided that all "occurrences" causing or contributing to a loss involving such consolidation, merger or purchase or acquisition of assets or liabilities, must take place after the effective date of such consolidation, merger or purchase or acquisition of assets or liabilities.

#### d. Cooperation

You must cooperate with us in all matters pertaining to this insurance as stated in its terms and conditions.

#### e. Duties In The Event Of Loss

After you "discover" a loss or a situation that may result in loss of or damage to "money", "securities" or "other property" you must:

**(1)** Notify us as soon as possible. If you have reason to believe that any loss (except for loss covered under Insuring Agreement **A.1.** or **A.2.**) involves a violation of law, you must also notify the local law enforcement authorities.

**(2)** Submit to examination under oath at our request and give us a signed statement of your answers.

**(3)** Produce for our examination all pertinent records.

**(4)** Give us a detailed, sworn proof of loss within 120 days.

**(5)** Cooperate with us in the investigation and settlement of any claim.

#### f. Employee Benefit Plans

**(1)** The "employee benefit plans" shown in the Declarations (hereinafter referred to as Plan) are included as Insureds under Insuring Agreement **A.1.**

**(2)** If any Plan is insured jointly with any other entity under this insurance, you or the Plan Administrator must select a Limit of Insurance for Insuring Agreement **A.1.** that is sufficient to provide a Limit of Insurance for each Plan that is at least equal to that required if each Plan were separately insured.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000191 of 000205

**(3)** With respect to loss sustained or "discovered" by any such Plan, Insuring Agreement **A.1.** is replaced by the following:

We will pay for loss of or damage to "funds" and "other property" resulting directly from fraudulent or dishonest acts committed by an "employee", whether identified or not, acting alone or in collusion with other persons.

**(4)** If the first Named Insured is an entity other than a Plan, any payment we make for loss sustained by any Plan will be made to the Plan sustaining the loss.

**(5)** If two or more Plans are insured under this insurance, any payment we make for loss:

   **(a)** Sustained by two or more Plans; or

   **(b)** Of commingled "funds" or "other property" of two or more Plans;

resulting directly from an "occurrence" will be made to each Plan sustaining loss in the proportion that the Limit of Insurance required for each Plan bears to the total Limit of Insurance of all Plans sustaining loss.

**(6)** The Deductible Amount applicable to Insuring Agreement **A.1.** does not apply to loss sustained by any Plan.

**g. Extended Period To Discover Loss**

We will pay for loss that you sustained prior to the effective date of cancellation of this insurance, which is "discovered" by you:

**(1)** No later than 1 year from the date of that cancellation. However, this extended period to "discover" loss terminates immediately upon the effective date of any other insurance obtained by you, whether from us or another insurer, replacing in whole or in part the coverage afforded under this insurance, whether or not such other insurance provides coverage for loss sustained prior to its effective date.

**(2)** No later than 1 year from the date of that cancellation with regard to any "employee benefit plans".

**h. Joint Insured**

**(1)** If more than one Insured is named in the Declarations, the first Named Insured will act for itself and for every other Insured for all purposes of this insurance. If the first Named Insured ceases to be covered, then the next Named Insured will become the first Named Insured.

**(2)** If any Insured, or partner, "member" or officer of that Insured has knowledge of any information relevant to this insurance, that knowledge is considered knowledge of every Insured.

**(3)** An "employee" of any Insured is considered to be an "employee" of every Insured.

**(4)** If this insurance or any of its coverages is cancelled as to any Insured, loss sustained by that Insured is covered only if it is "discovered" by you:

   **(a)** No later than 1 year from the date of that cancellation. However, this extended period to "discover" loss terminates immediately upon the effective date of any other insurance obtained by that Insured, whether from us or another insurer, replacing in whole or in part the coverage afforded under this insurance, whether or not such other insurance provides coverage for loss sustained prior to its effective date.

   **(b)** No later than 1 year from the date of that cancellation with regard to any "employee benefit plans".

**(5)** We will not pay more for loss sustained by more than one Insured than the amount we would pay if all such loss had been sustained by one Insured.

**(6)** Payment by us to the first Named Insured for loss sustained by any Insured, other than an "employee benefit plan", shall fully release us on account of such loss.

**i. Legal Action Against Us**

You may not bring any legal action against us involving loss:

**(1)** Unless you have complied with all the terms of this insurance;

**(2)** Until 90 days after you have filed proof of loss with us; and

**(3)** Unless brought within 2 years from the date you "discovered" the loss.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000192 of 000205

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

If any limitation in this Condition is prohibited by law, such limitation is amended so as to equal the minimum period of limitation provided by such law.

**j. Liberalization**

If we adopt any revision that would broaden the coverage under this insurance without additional premium within 45 days prior to or during the Policy Period shown in the Declarations, the broadened coverage will immediately apply to this insurance.

**k. Loss Sustained During Prior Insurance Issued By Us Or Any Affiliate**

**(1) Loss Sustained Partly During This Insurance And Partly During Prior Insurance**

If you "discover" loss during the Policy Period shown in the Declarations, resulting directly from an "occurrence" taking place:

**(a)** Partly during the Policy Period shown in the Declarations; and

**(b)** Partly during the Policy Period(s) of any prior cancelled insurance that we or any affiliate issued to you or any predecessor in interest;

and this insurance became effective at the time of cancellation of the prior insurance, we will first settle the amount of loss that you sustained during this Policy Period. We will then settle the remaining amount of loss that you sustained during the Policy Period(s) of the prior insurance.

**(2) Loss Sustained Entirely During Prior Insurance**

If you "discover" loss during the Policy Period shown in the Declarations, resulting directly from an "occurrence" taking place entirely during the Policy Period(s) of any prior cancelled insurance that we or any affiliate issued to you or any predecessor in interest, we will pay for the loss, provided:

**(a)** This insurance became effective at the time of cancellation of the prior insurance; and

**(b)** The loss would have been covered under this insurance had it been in effect at the time of the "occurrence".

We will first settle the amount of loss that you sustained during the most recent prior insurance. We will then settle any remaining amount of loss that you sustained during the Policy Period(s) of any other prior insurance.

**(3)** In settling loss subject to this Condition:

**(a)** The most we will pay for the entire loss is the highest single Limit of Insurance applicable during the period of loss, whether such limit was written under this insurance or was written under the prior insurance issued by us.

**(b)** We will apply the applicable Deductible Amount shown in the Declarations to the amount of loss sustained under this insurance. If no loss was sustained under this insurance, we will apply the Deductible Amount shown in the Declarations to the amount of loss sustained under the most recent prior insurance.

If the Deductible Amount is larger than the amount of loss sustained under this insurance, or the most recent prior insurance, we will apply the remaining Deductible Amount to the remaining amount of loss sustained during the prior insurance.

We will not apply any other Deductible Amount that may have been applicable to the loss.

**(4)** The following examples demonstrate how we will settle losses subject to this Condition **E.1.k.**:

**EXAMPLE NO. 1:**

The insured sustained a covered loss of $10,000 resulting directly from an "occurrence" taking place during the terms of Policy **A** and Policy **B.**

**POLICY A**

The current policy. Written at a Limit of Insurance of $50,000 and a Deductible Amount of $5,000.

**POLICY B**

Issued prior to Policy **A.** Written at a Limit of Insurance of $50,000 and a Deductible Amount of $5,000.

The amount of loss sustained under Policy **A** is $2,500 and under Policy **B** is $7,500.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000193 of 000205

CR 00 21 05 06 © ISO Properties, Inc., 2005 **Page 7 of 14** ☐

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

The highest single Limit of Insurance applicable to this entire loss is $50,000 written under Policy **A**. The Policy **A** Deductible Amount of $5,000 applies. The loss is settled as follows:

1. The amount of loss sustained under Policy **A** ($2,500) is settled first. The amount we will pay is nil ($0.00) because the amount of loss is less than the Deductible Amount (i.e., $2,500 loss - $5,000 deductible = $0.00).

2. The remaining amount of loss sustained under Policy **B** ($7,500) is settled next. The amount recoverable is $5,000 after the remaining Deductible Amount from Policy **A** of $2,500 is applied to the loss (i.e., $7,500 loss - $2,500 deductible = $5,000).

The most we will pay for this loss is $5,000.

**EXAMPLE NO. 2:**

The insured sustained a covered loss of $250,000 resulting directly from an "occurrence" taking place during the terms of Policy **A** and Policy **B**.

### POLICY A

The current policy. Written at a Limit of Insurance of $125,000 and a Deductible Amount of $10,000.

### POLICY B

Issued prior to Policy **A**. Written at a Limit of Insurance of $150,000 and a Deductible Amount of $25,000.

The amount of loss sustained under Policy **A** is $175,000 and under Policy **B** is $75,000.

The highest single Limit of Insurance applicable to this entire loss is $150,000 written under Policy **B**. The Policy **A** Deductible Amount of $10,000 applies. The loss is settled as follows:

1. The amount of loss sustained under Policy **A** ($175,000) is settled first. The amount we will pay is the Policy **A** Limit of $125,000 because $175,000 loss - $10,000 deductible = $165,000 which is greater than the $125,000 policy limit.

2. The remaining amount of loss sustained under Policy **B** ($75,000) is settled next. The amount we will pay is $25,000 (i.e., $150,000 Policy **B** limit - $125,000 paid under Policy **A** = $25,000).

The most we will pay for this loss is $150,000.

**EXAMPLE NO. 3:**

The insured sustained a covered loss of $2,000,000 resulting directly from an "occurrence" taking place during the terms of Policies **A**, **B**, **C** and **D**.

### POLICY A

The current policy. Written at a Limit of Insurance of $1,000,000 and a Deductible Amount of $100,000.

### POLICY B

Issued prior to Policy **A**. Written at a Limit of Insurance of $750,000 and a Deductible Amount of $75,000.

### POLICY C

Issued prior to Policy **B**. Written at a Limit of Insurance of $500,000 and a Deductible Amount of $50,000.

### POLICY D

Issued prior to Policy **C**. Written at a Limit of Insurance of $500,000 and a Deductible Amount of $50,000.

The amount of loss sustained under Policy **A** is $350,000, under Policy **B** is $250,000, under Policy **C** is $600,000 and under Policy **D** is $800,000.

The highest single Limit of Insurance applicable to this entire loss is $1,000,000 written under Policy **A**. The Policy **A** Deductible Amount of $100,000 applies. The loss is settled as follows:

1. The amount of loss sustained under Policy **A** ($350,000) is settled first. The amount we will pay is $250,000 (i.e., $350,000 loss - $100,000 deductible = $250,000).

2. The amount of loss sustained under Policy **B** ($250,000) is settled next. The amount we will pay is $250,000 (no deductible is applied).

3. The amount of loss sustained under Policy **C** ($600,000) is settled next. The amount we will pay is $500,000, the policy limit (no deductible is applied).

4. We will not make any further payment under Policy **D** as the maximum amount payable under the highest single Limit of Insurance applying to the loss of $1,000,000 under Policy **A** has been satisfied.

The most we will pay for this loss is $1,000,000.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000194 of 000205

Filed        21-CI-00101        02/24/2021        Wendy Graney, Shelby Circuit Clerk

**l. Loss Sustained During Prior Insurance Not Issued By Us Or Any Affiliate**

**(1)** If you "discover" loss during the Policy Period shown in the Declarations, resulting directly from an "occurrence" taking place during the Policy Period of any prior cancelled insurance that was issued to you or a predecessor in interest by another company, and the period of time to discover loss under that insurance had expired, we will pay for the loss under this insurance, provided:

**(a)** This insurance became effective at the time of cancellation of the prior insurance; and

**(b)** The loss would have been covered under this insurance had it been in effect at the time of the "occurrence".

**(2)** In settling loss subject to this Condition:

**(a)** The most we will pay for the entire loss is the lesser of the Limits of Insurance applicable during the period of loss, whether such limit was written under this insurance or was written under the prior cancelled insurance.

**(b)** We will apply the applicable Deductible Amount shown in the Declarations to the amount of loss sustained under the prior cancelled insurance.

**(3)** The insurance provided under this Condition is subject to the following:

**(a)** If loss covered under this Condition is also partially covered under Condition **E.1.k.,** the amount recoverable under this Condition is part of, not in addition to, the amount recoverable under Condition **E.1.k.**

**(b)** For loss covered under this Condition that is not subject to Paragraph **(3)(a),** the amount recoverable under this Condition is part of, not in addition to, the Limit of Insurance applicable to the loss covered under this insurance and is limited to the lesser of the amount recoverable under:

**(i)** This insurance as of its effective date; or

**(ii)** The prior cancelled insurance had it remained in effect.

**m. Other Insurance**

If other valid and collectible insurance is available to you for loss covered under this insurance, our obligations are limited as follows:

**(1) Primary Insurance**

When this insurance is written as primary insurance, and:

**(a)** You have other insurance subject to the same terms and conditions as this insurance, we will pay our share of the covered loss. Our share is the proportion that the applicable Limit of Insurance shown in the Declarations bears to the total limit of all insurance covering the same loss.

**(b)** You have other insurance covering the same loss other than that described in Paragraph **(1)(a),** we will only pay for the amount of loss that exceeds:

**(i)** The Limit of Insurance and Deductible Amount of that other insurance, whether you can collect on it or not; or

**(ii)** The Deductible Amount shown in the Declarations;

whichever is greater. Our payment for loss is subject to the terms and conditions of this insurance.

**(2) Excess Insurance**

**(a)** When this insurance is written excess over other insurance, we will only pay for the amount of loss that exceeds the Limit of Insurance and Deductible Amount of that other insurance, whether you can collect on it or not. Our payment for loss is subject to the terms and conditions of this insurance.

**(b)** However, if loss covered under this insurance is subject to a Deductible, we will reduce the Deductible Amount shown in the Declarations by the sum total of all such other insurance plus any Deductible Amount applicable to that other insurance.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000195 of 000205

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

**n. Ownership Of Property; Interests Covered**

The property covered under this insurance is limited to property:

**(1)** That you own or lease; or

**(2)** That you hold for others whether or not you are legally liable for the loss of such property.

However, this insurance is for your benefit only. It provides no rights or benefits to any other person or organization. Any claim for loss that is covered under this insurance must be presented by you.

**o. Records**

You must keep records of all property covered under this insurance so we can verify the amount of any loss.

**p. Recoveries**

**(1)** Any recoveries, whether effected before or after any payment under this insurance, whether made by us or you, shall be applied net of the expense of such recovery:

**(a)** First, to you in satisfaction of your covered loss in excess of the amount paid under this insurance;

**(b)** Second, to us in satisfaction of amounts paid in settlement of your claim;

**(c)** Third, to you in satisfaction of any Deductible Amount; and

**(d)** Fourth, to you in satisfaction of any loss not covered under this insurance.

**(2)** Recoveries do not include any recovery:

**(a)** From insurance, suretyship, reinsurance, security or indemnity taken for our benefit; or

**(b)** Of original "securities" after duplicates of them have been issued.

**q. Territory**

This insurance covers loss that you sustain resulting directly from an "occurrence" taking place within the United States of America (including its territories and possessions), Puerto Rico and Canada.

**r. Transfer Of Your Rights Of Recovery Against Others To Us**

You must transfer to us all your rights of recovery against any person or organization for any loss you sustained and for which we have paid or settled. You must also do everything necessary to secure those rights and do nothing after loss to impair them.

**s. Valuation – Settlement**

**(1)** The value of any loss for purposes of coverage under this policy shall be determined as follows:

**(a)** Loss of "money" but only up to and including its face value. We will, at your option, pay for loss of "money" issued by any country other than the United States of America:

**(i)** At face value in the "money" issued by that country; or

**(ii)** In the United States of America dollar equivalent determined by the rate of exchange published in *The Wall Street Journal* on the day the loss was "discovered".

**(b)** Loss of "securities" but only up to and including their value at the close of business on the day the loss was "discovered". We may, at our option:

**(i)** Pay the market value of such "securities" or replace them in kind, in which event you must assign to us all your rights, title and interest in and to those "securities"; or

**(ii)** Pay the cost of any Lost Securities Bond required in connection with issuing duplicates of the "securities". However, we will be liable only for the payment of so much of the cost of the bond as would be charged for a bond having a penalty not exceeding the lesser of the:

**i.** Market value of the "securities" at the close of business on the day the loss was "discovered"; or

**ii.** The Limit of Insurance applicable to the "securities".

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

© ISO Properties, Inc., 2005   CR 00 21 05 06   ☐

EXH : 000196 of 000205

**(c)** Loss of or damage to "other property" or loss from damage to the "premises" or its exterior for the replacement cost of the property without deduction for depreciation. However, we will not pay more than the least of the following:

**(i)** The cost to replace the lost or damaged property with property of comparable material and quality and used for the same purpose;

**(ii)** The amount you actually spend that is necessary to repair or replace the lost or damaged property; or

**(iii)** The Limit of Insurance applicable to the lost or damaged property.

With regard to Paragraphs **s.(1)(c)(i)** through **s.(1)(c)(iii)**, we will not pay on a replacement cost basis for any loss or damage:

**i.** Until the lost or damaged property is actually repaired or replaced; and

**ii.** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

If the lost or damaged property is not repaired or replaced, we will pay on an actual cash value basis.

**(2)** We will, at your option, settle loss or damage to property other than "money":

**(a)** In the "money" of the country in which the loss or damage occurred; or

**(b)** In the United States of America dollar equivalent of the "money" of the country in which the loss or damage occurred determined by the rate of exchange published in *The Wall Street Journal* on the day the loss was "discovered".

**(3)** Any property that we pay for or replace becomes our property.

**2. Conditions Applicable To Insuring Agreement A.1.**

**a. Termination As To Any Employee**

This Insuring Agreement terminates as to any "employee":

**(1)** As soon as:

**(a)** You; or

**(b)** Any of your partners, "members", "managers", officers, directors, or trustees not in collusion with the "employee";

learn of "theft" or any other dishonest act committed by the "employee" whether before or after becoming employed by you.

**(2)** On the date specified in a notice mailed to the first Named Insured. That date will be at least 30 days after the date of mailing.

We will mail or deliver our notice to the first Named Insured's last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

**b. Territory**

We will pay for loss caused by any "employee" while temporarily outside the territory specified in the Territory Condition **E.1.q.** for a period of not more than 90 consecutive days.

**3. Conditions Applicable To Insuring Agreement A.2.**

**a. Deductible Amount**

The Deductible Amount does not apply to legal expenses paid under Insuring Agreement **A.2.**

**b. Electronic And Mechanical Signatures**

We will treat signatures that are produced or reproduced electronically, mechanically or by other means the same as handwritten signatures.

**c. Proof Of Loss**

You must include with your proof of loss any instrument involved in that loss, or, if that is not possible, an affidavit setting forth the amount and cause of loss.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000197 of 000205

Filed     21-CI-00101     02/24/2021     Wendy Graney, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

**d. Territory**

We will cover loss that you sustain resulting directly from an "occurrence" taking place anywhere in the world. Territory Condition **E.1.q.** does not apply to Insuring Agreement **A.2.**

**4. Conditions Applicable To Insuring Agreements A.4. And A.5.**

**a. Armored Motor Vehicle Companies**

Under Insuring Agreement **A.5.,** we will only pay for the amount of loss you cannot recover:

**(1)** Under your contract with the armored motor vehicle company; and

**(2)** From any insurance or indemnity carried by, or for the benefit of customers of, the armored motor vehicle company.

**b. Special Limit Of Insurance For Specified Property**

We will only pay up to $5,000 for any one "occurrence" of loss of or damage to:

**(1)** Precious metals, precious or semi-precious stones, pearls, furs, or completed or partially completed articles made of or containing such materials that constitute the principal value of such articles; or

**(2)** Manuscripts, drawings, or records of any kind, or the cost of reconstructing them or reproducing any information contained in them.

**5. Conditions Applicable To Insuring Agreement A.6.**

**a. Special Limit Of Insurance For Specified Property**

We will only pay up to $5,000 for any one "occurrence" of loss of or damage to manuscripts, drawings, or records of any kind, or the cost of reconstructing them or reproducing any information contained in them.

**b. Territory**

We will cover loss that you sustain resulting directly from an "occurrence" taking place anywhere in the world. Territory Condition **E.1.q.** does not apply to Insuring Agreement **A.6.**

**F. Definitions**

**1.** "Banking premises" means the interior of that portion of any building occupied by a banking institution or similar safe depository.

**2.** "Counterfeit money" means an imitation of "money" that is intended to deceive and to be taken as genuine.

**3.** "Custodian" means you, or any of your partners or "members", or any "employee" while having care and custody of property inside the "premises", excluding any person while acting as a "watchperson" or janitor.

**4.** "Discover" or "discovered" means the time when you first become aware of facts which would cause a reasonable person to assume that a loss of a type covered by this insurance has been or will be incurred, regardless of when the act or acts causing or contributing to such loss occurred, even though the exact amount or details of loss may not then be known.

"Discover" or "discovered" also means the time when you first receive notice of an actual or potential claim in which it is alleged that you are liable to a third party under circumstances which, if true, would constitute a loss under this insurance

**5.** "Employee":

**a.** "Employee" means:

**(1)** Any natural person:

**(a)** While in your service and for the first 30 days immediately after termination of service, unless such termination is due to "theft" or any dishonest act committed by the "employee";

**(b)** Who you compensate directly by salary, wages or commissions; and

**(c)** Who you have the right to direct and control while performing services for you;

**(2)** Any natural person who is furnished temporarily to you:

**(a)** To substitute for a permanent "employee" as defined in Paragraph **a.(1),** who is on leave; or

**(b)** To meet seasonal or short-term work load conditions;

while that person is subject to your direction and control and performing services for you, excluding, however, any such person while having care and custody of property outside the "premises";

EXH : 000198 of 000205

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

(3) Any natural person who is leased to you under a written agreement between you and a labor leasing firm, to perform duties related to the conduct of your business, but does not mean a temporary employee as defined in Paragraph **a.(2)**;

(4) Any natural person who is:

   (a) A trustee, officer, employee, administrator or manager, except an administrator or manager who is an independent contractor, of any "employee benefit plan"; and

   (b) A director or trustee of yours while that person is engaged in handling "funds" or "other property" of any "employee benefit plan";

(5) Any natural person who is a former "employee", partner, "member", "manager", director or trustee retained as a consultant while performing services for you;

(6) Any natural person who is a guest student or intern pursuing studies or duties, excluding, however, any such person while having care and custody of property outside the "premises";

(7) Any "employee" of an entity merged or consolidated with you prior to the effective date of this policy; or

(8) Any of your "managers", directors or trustees while:

   (a) Performing acts within the scope of the usual duties of an "employee"; or

   (b) Acting as a member of any committee duly elected or appointed by resolution of your board of directors or board of trustees to perform specific, as distinguished from general, directorial acts on your behalf.

**b.** "Employee" does not mean:

Any agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character not specified in Paragraph **5.a.**

**6.** "Employee benefit plan" means any welfare or pension benefit plan shown in the Declarations that you sponsor and which is subject to the Employee Retirement Income Security Act of 1974 (ERISA) and any amendments thereto.

**7.** "Forgery" means the signing of the name of another person or organization with intent to deceive; it does not mean a signature which consists in whole or in part of one's own name signed with or without authority, in any capacity, for any purpose.

**8.** "Fraudulent instruction" means:

**a.** An electronic, telegraphic, cable, teletype, telefacsimile or telephone instruction which purports to have been transmitted by you, but which was in fact fraudulently transmitted by someone else without your knowledge or consent;

**b.** A written instruction (other than those described in Insuring Agreement **A.2.**) issued by you, which was forged or altered by someone other than you without your knowledge or consent, or which purports to have been issued by you, but was in fact fraudulently issued without your knowledge or consent; or

**c.** An electronic, telegraphic, cable, teletype, telefacsimile, telephone or written instruction initially received by you which purports to have been transmitted by an "employee" but which was in fact fraudulently transmitted by someone else without your or the "employee's" knowledge or consent.

**9.** "Funds" means "money" and "securities".

**10.** "Manager" means a person serving in a directorial capacity for a limited liability company.

**11.** "Member" means an owner of a limited liability company represented by its membership interest, who also may serve as a "manager".

**12.** "Messenger" means you, or a relative of yours, or any of your partners or "members", or any "employee" while having care and custody of property outside the "premises".

**13.** "Money" means:

**a.** Currency, coins and bank notes in current use and having a face value; and

**b.** Travelers checks, register checks and money orders held for sale to the public.

**14.** "Occurrence" means:

**a.** Under Insuring Agreement **A.1.**:

   (1) An individual act;

   (2) The combined total of all separate acts whether or not related; or

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000199 of 000205

Filed     21-CI-00101     02/24/2021     Wendy Graney, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

**(3)** A series of acts whether or not related;

committed by an "employee" acting alone or in collusion with other persons, during the Policy Period shown in the Declarations, except as provided under Condition **E.1.k.** or **E.1.l.**

**b.** Under Insuring Agreement **A.2.:**

**(1)** An individual act;

**(2)** The combined total of all separate acts whether or not related; or

**(3)** A series of acts whether or not related;

committed by a person acting alone or in collusion with other persons, involving one or more instruments, during the Policy Period shown in the Declarations, except as provided under Condition **E.1.k.** or **E.1.l.**

**c.** Under All Other Insuring Agreements:

**(1)** An individual act or event;

**(2)** The combined total of all separate acts or events whether or not related; or

**(3)** A series of acts or events whether or not related;

committed by a person acting alone or in collusion with other persons, or not committed by any person, during the Policy Period shown in the Declarations, except as provided under Condition **E.1.k.** or **E.1.l.**

**15.** "Other property" means any tangible property other than "money" and "securities" that has intrinsic value. "Other property" does not include computer programs, electronic data or any property specifically excluded under this insurance.

**16.** "Premises" means the interior of that portion of any building you occupy in conducting your business.

**17.** "Robbery" means the unlawful taking of property from the care and custody of a person by one who has:

**a.** Caused or threatened to cause that person bodily harm; or

**b.** Committed an obviously unlawful act witnessed by that person.

**18.** "Safe burglary" means the unlawful taking of:

**a.** Property from within a locked safe or vault by a person unlawfully entering the safe or vault as evidenced by marks of forcible entry upon its exterior; or

**b.** A safe or vault from inside the "premises".

**19.** "Securities" means negotiable and nonnegotiable instruments or contracts representing either "money" or property and includes:

**a.** Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

**b.** Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you;

but does not include "money".

**20.** "Theft" means the unlawful taking of property to the deprivation of the Insured.

**21.** "Transfer account" means an account maintained by you at a financial institution from which you can initiate the transfer, payment or delivery of "funds":

**a.** By means of electronic, telegraphic, cable, teletype, telefacsimile or telephone instructions communicated directly through an electronic funds transfer system; or

**b.** By means of written instructions (other than those described in Insuring Agreement **A.2.**) establishing the conditions under which such transfers are to be initiated by such financial institution through an electronic funds transfer system.

**22.** "Watchperson" means any person you retain specifically to have care and custody of property inside the "premises" and who has no other duties.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000200 of 000205

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

CRIME AND FIDELITY
CR 02 53 10 10

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# KENTUCKY CHANGES – TERMINATION OF EMPLOYEE

This endorsement modifies insurance provided under the following:

COMMERCIAL CRIME COVERAGE FORM
COMMERCIAL CRIME POLICY
EMPLOYEE THEFT AND FORGERY POLICY
GOVERNMENT CRIME COVERAGE FORM
GOVERNMENT CRIME POLICY
GOVERNMENT EMPLOYEE THEFT AND FORGERY POLICY

**A.** In the Commercial Crime Coverage Form, Commercial Crime Policy and Employee Theft And Forgery Policy, Paragraph **(2)** of the **Termination As To Any Employee** Condition **E.2.a.** is deleted.

**B.** In the Government Crime Coverage Form, Government Crime Policy and Government Employee Theft And Forgery Policy, Paragraph **(2)** of the **Termination As To Any Employee** Condition **E.2.b.** is deleted.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000201 of 000205

CR 02 53 10 10 © Insurance Services Office, Inc., 2009 **Page 1 of 1** □

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

# NOTICE REGARDING YOUR POLICIES WITH SECURA

Thank you for choosing SECURA Insurance as your insurance provider. SECURA is a service-focused, relationship-driven mutual property and casualty insurance company operating through independent agents. Our vision is to be the company of choice for agents, policyholders, and associates.

SECURA currently maintains two insurance underwriting companies: SECURA Insurance, A Mutual Company ("Mutual") and SECURA Supreme Insurance Company ("Supreme"). The companies share resources and your policy coverages between the two companies are similar, although pricing may vary. The primary difference between the companies is the corporate structure. SECURA Insurance, A Mutual Company, is a mutual insurance company, providing its member policyholders voting rights at its annual meeting. SECURA Supreme Insurance Company is a stock insurance company that is wholly owned by Mutual and does not offer annual voting rights.

Mutual and Supreme are pooled companies. They share the same financial strength and are rated "A" Excellent by A.M. Best.

As a policyholder, your renewal policy may be offered through either SECURA underwriting company. The reasons could include different pricing structure or different underwriting guidelines that may better fit your account at renewal. Any movement between companies would only occur at policy expiration/renewal.

You will be able to determine which company is offering the continued coverage by looking at your Premium Invoice and policy Declarations.

If you ever have any questions regarding your policy, please contact your insurance agent.

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000202 of 000205

# SECURA INSURANCE, A Mutual Company
P. O. BOX 819     APPLETON, WI 54912-0819
## COMMERCIAL PROPERTY
KENTUCKY TAX SCHEDULE

Filed 02/24/2021 Wendy Graney, Shelby Circuit Clerk
NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

> **POLICY NO. 20-CP-003196759-4/000**
> RENEWAL OF  20-CP-003196759-3

**ACCOUNT NUMBER:** 00007254873
**NAMED INSURED AND MAILING ADDRESS**

**AGENCY AND MAILING ADDRESS 160110   09**

CREATIVE PACKAGING COMPANY INC
CREATIVE PROPERTIES LLC
6301 MIDLAND INDUSTRIAL DR
SHELBYVILLE KY 40065

ASSURED PARTNERS NL
2305 RIVER RD
LOUISVILLE KY   40206

**POLICY PERIOD:**   From 08/21/2014 to 08/21/2015 AT 12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

## KENTUCKY TAX SCHEDULE

| Building | Municipality | Code | Annual Premium | Tax% | LGP Tax | Collection Fee | Subtotal | State Surcharge | Total Tax Paid |
|----------|--------------|------|----------------|------|---------|----------------|----------|-----------------|----------------|
| 001 | Shelbyville | 0107 | $8,885 | 5.00 | $444.25 | $66.64 | $510.89 | $159.93 | $670.82 |
| ALL | Shelbyville | 0107 | $1,300 | 5.00 | $65.00 | $9.75 | $74.75 | $23.40 | $98.15 |

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000203 of 000205

08-29-14                    CRR   ID162

Original
Page    1 of    3

Filed    21-CI-00101    02/24/2021    Wendy Graney, Shelby Circuit Clerk
NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

# SECURA INSURANCE, A Mutual Company

P. O. BOX 819    APPLETON, WI 54912-0819

## COMMERCIAL GENERAL LIABILITY
KENTUCKY TAX SCHEDULE

| POLICY NO. 20-CP-003196759-4/000 |
| --- |
| RENEWAL OF  20-CP-003196759-3 |

**ACCOUNT NUMBER: 00007254873**

**NAMED INSURED AND MAILING ADDRESS**          **AGENCY AND MAILING ADDRESS 160110   09**

| CREATIVE PACKAGING COMPANY INC |
| --- |
| CREATIVE PROPERTIES LLC |
| 6301 MIDLAND INDUSTRIAL DR |
| SHELBYVILLE KY 40065 |

| ASSURED PARTNERS NL |
| --- |
| 2305 RIVER RD |
| LOUISVILLE KY   40206 |

**POLICY PERIOD:**   From 08/21/2014 to 08/21/2015 AT 12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

KENTUCKY TAX SCHEDULE

| State | Municipality | Code | Annual Premium | Tax% | LGP Tax | Collection Fee | Subtotal | State Surcharge | Total Tax Paid |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 001 | Shelbyville | 0107 | $5,883 | 5.00 | $294.15 | $44.12 | $338.27 | $105.89 | $444.16 |
| ALL | Shelbyville | 0107 | $474 | 5.00 | $23.70 | $3.56 | $27.26 | $8.53 | $35.79 |

08-29-14                    CRR   ID162        Original
                                               Page   2 of   3

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000204 of 000205

Filed 21-CI-00101 02/24/2021 Wendy Graney, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03/01/2021 01:58:19 PM
87453-1

# SECURA INSURANCE, A Mutual Company

P. O. BOX 819     APPLETON, WI 54912-0819

## COMMERCIAL CRIME POLICY

KENTUCKY TAX SCHEDULE

**POLICY NO. 20-CP-003196759-4/000**
RENEWAL OF   20-CP-003196759-3

**ACCOUNT NUMBER: 00007254873**
**NAMED INSURED AND MAILING ADDRESS**

**AGENCY AND MAILING ADDRESS 160110    09**

CREATIVE PACKAGING COMPANY INC
CREATIVE PROPERTIES LLC
6301 MIDLAND INDUSTRIAL DR
SHELBYVILLE KY 40065

ASSURED PARTNERS NL
2305 RIVER RD
LOUISVILLE KY    40206

POLICY PERIOD:   From 08/21/2014 to 08/21/2015 AT 12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

KENTUCKY TAX SCHEDULE

| Premise | Municipality | Code | Annual Premium | Tax% | LGP Tax | Collection Fee | Subtotal | State Surcharge | Total Tax Paid |
|---------|--------------|------|----------------|------|---------|----------------|----------|-----------------|----------------|
| 001 | Shelbyville | 0107 | $194 | 5.00 | $9.70 | $1.46 | $11.16 | $3.49 | $14.65 |

Filed 21-CI-00101 02/24/2021 Wendy Graney, Shelby Circuit Clerk

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000205 of 000205

Filed    21-CI-00101    02 24 2021    Wendy Graney, Shelby Circuit Clerk

NOT ORIGINAL DOCUMENT
03 01 2021 01:59:48 PM
87453-1

**SECURA**
INSURANCE COMPANIES

June 15, 2020

Creative Packaging Company Inc.
Attn: Jim Lyons
6301 Midland Industrial Dr.
Shelbyville, KY  40065

RE: Claim Number: C0103549
    Policy Number: CP3196759
    Date of Loss:   04/25/2015

Dear Mr. Lyons,

SECURA received notice of your loss on May 11, 2020. The policy allows two (2) years from the date of loss to finalize all claim damages. Please be advised this time limitation has elapsed with the date of loss being April 25, 2015. We direct you to the Conditions Section of the policy below:

### COMMERCIAL PROPERTY CONDITIONS – CP 00 90 0788

**D. LEGAL ACTION AGAINST US**
No one may bring a legal action against us under this Coverage Part unless:
1. There has been full compliance with all of the terms of this Coverage Part; and
2. The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

We are respectfully denying your claim as the date of loss is outside the reporting period.

Your claim has been placed in a closed status.

The reservations included in this letter are based upon the information received to date. If you believe additional information is relevant to insurance coverage and should be considered, please do not hesitate to contact me or send the information to me at the address listed on this letter.

By naming specific grounds for this reservation of rights, we do not waive any of our rights or any of the other provisions or conditions of the insurance policy, and specifically reserve all of our rights and remedies under the policy and under the statutes and common law.

Filed      21-CI-00101      02 24 2021      Wendy Graney, Shelby Circuit Clerk

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000001 of 000002

NOT ORIGINAL DOCUMENT
03 01 2021 01:59:48 PM
87453-1

**SECURA**
INSURANCE COMPANIES

Sincerely,

Tony Rogers, AIC
Field Claims Representative
Office: (800) 318-2136 ext. 6372
Cell: (502) 263-8425
Fax: (502) 318-2209
Email: TRogers@secura.net

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

EXH : 000002 of 000002